STATE OF NEW YORK  
COURT OF CLAIMS

NOTICE OF INTENT  
TO FILE A CLAIM

RASHAUN. P. BLANFORD  
          claimant  
   —against—  

THE STATE OF NEW YORK  
       Defendant

RMHU Correction officer S. BANKS  
RMHU Correction officer J. Johnson  
RMHU OMH coordinator MR. demeree  
RMHU RN nurse S. derocco

U.S. DISTRICT COURT - N.D. OF N.Y.  
**FILED**  
MAR 01 2021  
AT_____ O'CLOCK  
John M. Domurad, Clerk - Syracuse

9:21-cv-237  
TJM/CFH

PLEASE TAKE NOTICE, the the undersigned intends to file a claim against the state of newyork department of corrections and community supervision pursuant to section 10 and 11 of the court of claims Act.

RASHAUN p BLANFORD   Din# 18B0908  
marcy correctional facility  
p.o. Box 3600  
MARCY, N.Y. 13403-3600

The claimant is submitting this claim pro se.

             RASHAUN. B  
             signature ✗

MR: RASHAUN B------

TO: ~~OFFICIAL GRIEVANCE~~

SUBJECT: ~~[struck through]~~ grievance copy

I am writing to report a serious medical emergency that occured on february, 2, 2021 and to this date nothing has been done about it. As follows on the above date of february, 2, 2021 while i was in A2-47-cell i stated that i was suicidle and upon me stating that i put 2-pintips inside of my penis. AND while the pintips was inside my penis i was suppose to see the nurse that was the only one working during the time frame of 12:35 and she never came upstairs the only person that came upstairs was the l.t. and when the l.t. came i told him that i have 2-pintip's inside of my penis and he told me that im not going nowhere so he denied me medical attention. AND after the l.t. said that i decided to come out my cell the c.o. Johnson for no reason picked me up by my handcuffs and threw me to the point where my body flew sideways and hit the ground. upon me being on the ground the c.o. ~~banks~~ MR. Johnson that threw me wasn't even restraining me or he wasn't even on me the c.o. named S.BANKS came running up the company saying stop resisting loud enough to where the audio could hear and the camera could see. AFTER c.o. S.BANKS came running up the company he grabed me and while c.o. S. BANKS grabed me for no reason he turned me around and sexually touched my butt. WHILE everything was going on camera if you listen to the audio you could clearly hear other people screaming on my behalf prea because they was witnessing the misconduct that was being done to me. AFTER the misconduct was done too me i went downstairs to medical and when i was inside the medical room i informed the RN nurse S.Derocco that i put two pin tip's inside of my penis and told her and all she told me was to take it out myself so i was medically denied proper medical attention because the RN nurse S.Derocco was covering up for the misconduct that happened. AND i will get the nurse name and tell you in which i did. LAST but not least is that i was placed on contraband watch in B2-50 cell from tuesday to saturday and during that time frame i was on contraband watch the omh staff mr. Etheree that works was comming around conducting rounds and i told him that i put 2-pin tips in my penis and that i want to make a complaint he stated too me on Audio which yould hear him say think about what you did. AND i was still reporting to the omh staff mr. Etheree that i have two-pintips in my penis and all he was saying was that it will pass you put it in there yourself and that's when i told him if it could pass i wouldn't be on contraband watch and still did nothing about the issue. Now saturday comes and i take my second defecation and the l.t. that was working february 6, 2021 took me off of contraband watch when there was still contraband in my penis so therefore by the l.t. taking me off of contraband watch when he knew the contraband is in my penis and yet never received the contraband shows falsifying records.

SWORN TO ME
on 25th Febuary 2021 this day and date
to be true.

RASHAUN B
signature



STEVEN PETRAS, NOTARY PUBLIC
State of New York - No. 01PE6349665
Qualified in Oneida County
Commission Expires October 24, 2024

All the claims that I am suing the
defendants in this matter listed below

1# personal injury claim
2# excessive use of force claim
3# failure to protect claim
4# sexual harassment claim
5# eight amendment ~~claim~~ medical claim
6# dileberate indifference claim
7# medical malpractice claim

Sworn to before me this
____25th____ day of __February__, 20_21_

_____
NOTARY PUBLIC

__Rashaun B__
Signature

STEVEN PETRAS, NOTARY PUBLIC
State of New York - No. 01PE6349665
Qualified in Oneida County
Commission Expires October 24, _2024_

#1

EXHIBIT OF EVIDENCE EXHIBITS
RMHU correction officer ~~Mr. Johnson~~ caused serious injury
MR. J. Johnson

THE way how i was injured by this person was because when the RMHU correction officer MR. Johnson as seen on the camera footage for the February, 2, 2021 incident put the handcuffs on me ~~and~~ he knew that i had 2-pintip's inside of my penis. BUT yet for no reason what so ever that could justify his actions he picked me up by my handcuffs and threw me with force to the point where my body flew sideways and hit the ground all while i was in handcuffs. AND by the correction officer doing that it clearly shows excessive use of force when it wasn't needed because i wasn't resisting or i wasn't being aggressive.

Sworn to me 25th February 2021 on this day and date ~~this oath~~ to be ~~fact~~ true.

_____
NOTARY

RASHAUN. B
Signature ✗

STEVEN PETRAS, NOTARY PUBLIC
State of New York - No. 01PE6349665
Qualified in Oneida County
Commission Expires October 24, 2024

#2 matter RMHU correction officer S. BANK'S caused serious INJURY

THE WAY how i was injured by this person was because when the RMHU correction officer S. BANK'S came running up the company he was saying stop resisting loud enough to where the audio could hear him and the camera could see. AND by the RMHU correction officer S. BANK'S making false statements when he knew i wasn't resisting and by him saying that lead to him grabing me and turning me around and while he turned me around he sexually touched my butt. AND by me going through once again another excessive use of force that resulted in me being sexually touched and i had two pin tips in my penis which resulted in a lot of pain. LAST but no least is if you listen to the audio and watch the footage from the time frame of 12:20 pm to 12:50 pm you could hear other people screaming on my behalf prea because he was witnessing what was going on and being done to me. THE last thing that i would like to mention is that by the RMHU correction officer S. BANK making false statements on me he also wrote a false ticket which i have as evidence which will result in me being found guilty by the hearing officer and now i have a misbehavior report that can affect my chances of going home on my parole board which also shows pain and suffering.

Sworn to me on 25th of February 2021 this day and date to be true.

RASHAUN.B
signature

NOTARY

STEVEN PETRAS, NOTARY PUBLIC
State of New York - No. 01PE6349665
Qualified in Oneida County
Commission Expires October 24, 2024

#3     matter RN nurse S. Derocco caused serious injury

THE way how i was injured by this person was because when the RMHU RN nurse S. derocco was in the medical room i informed her and told her that i have two pintips in my penis and the RMHU RN nurse s. derocco told me to take it out myself. AND by the RMHU RN Nurse s. derocco refusing me proper medical treatment when it's serious shows medical negligence on her part. AND as of todays date 2/11/2021 i still have the two pintips inside my penis and this is causing me great pain every day it's in here. THE last thing that i would like to mention is the RN nurse job is to provide proper medical care when it's needed and in this situation the RMHU RN nurse s. derocco failed to provide that on the date of february, 2, 2021 and i have had the 2 pintips inside my penis going on 10-days.

Sworn to me on 25th of Febrary 2021 this day and date to be true.

NOTARY

X RASHAUN. B
Signature

STEVEN PETRAS, NOTARY PUBLIC
State of New York - No. 01PE6349665
Qualified in Oneida County
Commission Expires October 24, 2024

W29W

#4

Exhibit of evidence explaining
This matter RMHV coordinator MR. demeree caused serious
injury

THE way how i was injured by this person was because on february,3,2021 when the RMHV coordinator was doing rounds i was on contraband watch and while i was on contraband watch and while on Audio that's right b4 B2-50-cell i tried to report to him respectfully saying that i have a complaint and he stated on Audio clearly think about what you did AND b4 the coordinator doing that he simply disregarded my emergency medical complaint in which if he would have reported i wouldn't have the two pintips inside of me going on 10-days. SINCE he is omh he is suppose to treat all mental health ~~complaints~~ paitence and report all complaints and b4 him not doing that i have to suffer with this pain i'm going through. AND then i was reporting it to him everyday and he simply did nothing about it and if he would have reported it something wou have happened and that's called on his part of deliberate indifferance.

Sworn to me
on 25th of Febray 2021 this day and time
to be true.

_____
NOTARY

STEVEN PETRAS, NOTARY PUBLIC
State of New York - No. 01PE6349665
Qualified in Oneida County
Commission Expires October 24, 2024

RASHAUN-B
signature

W29W

From: RASHAUN, [illegible]
To: court of clerk

Notice of intent
complaint

I am writing to report a serious medical emergency that occured on February, 2, 2021 and to this date nothing has been done about it. As follows on the above date of February, 2, 2021 while was in A2-42-cell i stated that i was suicidle and upon me stating that i put 2-pintips inside of my penis. AND while the pintips was inside my penis i was suppose to see the nurse that was the only one working during the time frame of 12:35pm and she never came upstairs the only person that came upstairs was the l.t. and when the l.t. came told him that i have 2-pintips inside of my penis and he told me that i'm not going nowhere so he denied me medical attention. AND after the l.t. said that i decided to come out my cell the c.o. J. Johnson for no reason picked me up by my handcuffs and threw me to the point where my body flew sideways and hit the ground. Upon me being on the ground the c.o. J. Johnson that threw me wasn't even restraining me or he wasn't even on me the c.o. named S. BANKS came running up the company saying stop resisting loud enough to where the audio could hear and the camera could see. AFTER c.o. S. BANKS came running up the company he grabed me and while c.o. S. BANKS grabed me for no reason he turned me around and sexually touched my butt. WHILE everything was going on camera if you listen to the audio you could clearly hear other people screaming on my behalf prea because they was witnessing the misconduct that was being done to me. AFTER the misconduct was done too me i went downstairs to medical and when i was inside the medical room i informed the RN. nurse siderocco that i put two pintips inside of my penis and told her and all she told me was to take it out myself so i was medically denied proper medical attention. AND i will get the nurse name and tell you in which i did. LAst but not least is that i was placed on contraband watch the omh staff mr. demere that works was comming around conducting round's and i told him that I put 2-pintips in my penis and that i want to make a complaint he stated too me on audio which could hear him say think about what you did. AND i was still reporting to the omh staff mr. demeree that i have two-pintips in my penis and all he was saying was that it will pass you put it in there yourself and that's when i told him if it could pass i wouldn't be on contraband watch and still did nothing about the issue. NOw saturday come's and i take my second defecation and the l.t. that was working February 6, 2021 took me off of contraband watch when there was still contraband in my penis so therefore by the l.t. taking me off of contraband watch when he knew the contraband is in my penis and yet never received the contraband shows falsifying records.

Sworn to me 25th of February 2021 on this day and date to be true.

RASHAUN. B
Signature

NOTARY

STEVEN PETRAS, NOTARY PUBLIC
State of New York - No. 01PE6349665
Qualified in Oneida County
Commission Expires October 24, 2024

STATE OF NEW YORK
COURT OF CLAIMS

VERIFICATION

RASHAUN P BLANFORD
) Claimant

—against—

The State of New York

Defendant

RMHU correction officer S. BANKS
RMHU correction officer J. Johnson
RMHU omh coordinator MR. demeree
RMHU RN nurse S. derocco

_____, being duly sworn, deposes and says; that he is the claimant in the above entitled action and that he has read the foregoing claim and knows its contents; the same is true to my knowledge, except as to the matters therein stated to be alleged upon information and belief, AND as to those matters i believe them to be true.

Sworn to before me this
25th day of February, 2021

_____
NOTARY PUBLIC

STEVEN PETRAS, NOTARY PUBLIC
State of New York - No. 01PE6349665
Qualified in Oneida County
Commission Expires October 24, 2024

RASHAUN BLANFORD
Din # 18A0785

Marcy correctional
facility
P.o. Box 3600
MARCY, N.Y. 13403-3600

signature

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.
County of ONEIDA )

_____, being duly sworn, deposes and says: that on the ____ day of _____, 20___, I served a true copy of the within Notice of intent to File a Claim, by depositing the same endorsed in the official depository in Marcy correctional facility, under the exclusive care and custody of the New York State department of correction and community supervision, addressed and sent to the following individuals at the address designated by them:

To: Hon.
New York State Attorney General
Department of law
Albany, New York 12224-0341

ONE COPY ONLY
CERTIFIED MAIL / RETURN RECEIPT
# 7020 0640 0000 3406 2406

Sworn to before me this
25th day of February, 2021

_____
NOTARY PUBLIC

STEVEN PETRAS, NOTARY PUBLIC
State of New York - No. 01PE6349665
Qualified in Oneida County
Commission Expires October 24, 2024

RASHAUN BLANFORD  claimant
DIN # 18B0908
Marcy correctional facility
P.O. Box 3600
Marcy, New York 13403-3600

X_____ signature

The time when, the place where and the manner in which the claim arose are as follows: on the next page.

Sworn to before me this 25th day of February, 20 21

NOTARY PUBLIC

RASHAUN. B
✶ signature

/s/
NOTARY

STEVEN PETRAS, NOTARY PUBLIC
State of New York - No. 01PE6349665
Qualified in Oneida County
Commission Expires October 24, 2024