**LEGAL MAIL**

MARCY CORRECTIONAL FACILITY
P.O. BOX 3600
MARCY, N.Y. 13403-3600
NAME: RASHAUN BLANFORD
DIN: 18B0908

U.S. DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
JAMES Hanley Federal Bldg
and cthse.J
100 S. Clinton St., P.O. Box 7367
Syracuse, NY. 13261-7367



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
MAR - 1 2021
RECEIVED