IN RESPONSE TO NUMBER 7—
As a result of this incident, claimant suffered (describe generally how and what you suffered, such as severe physical and mental emotional anguish and pain.

As a result of the incident that happened February, 2, 2021 i am describing how i suffered and how i suffered was because when i put the two pintips inside of my penis i was refused emergency medical attention and by me being refused medical attention my paitence bill of rights section (4) was violated where it states receive emergency care if you need it. Also section (3) Receive considerate and respectful care in a clean and safe enviorment free of unnecessary restraints and in this situation i was not in a safe enviorment because i got tossed from my cell in handcuff's for no reason to the point where my body flew sideways and hit the ground. AND too cover the free of unnecessary restraint part i was not free of unnecessary restraint's because when i was on the ground in handcuff's the correction officer J. Johnson that threw me to the point where my body flew sideways and hit the ground wasn't even on me restraining me he just left me there on the ground in handcuff's. AND by correction officer S. BANKS running up A2-company saying stop resisting when he knew no one was on me and by the correction officer J. Johnson allowing correction officer S. BANKS to do that he failed to intervene. AND by allowing grabbing S. BANKS to do that which resulted in him me and turning me around and sexually touched my butt and using unnecessary restraints which lead to a severly pain and suffering that affected my mental and also lead too the correction officers using excessive use of force would show that clearly my mental health paitence bill of rights was clearly violated as well as the claim thats set forth. LAST but not least is that i am going to present evidence in the form of paper too support the excessive use of force claim and the failure to intervene claim as well as the deliberate medical indifference claim. FIRST OFF i received the use of force staff mamorandum and the medical report also the 109 book paper where it stated that a use of force happened. WHENEVER a use of force happens and you receive a ticket your suppose to go too a hearing and then plead your case now when this use of force happened on camera i started my hearing and then in the middle of the hearing the office of special investigation came and then i got transferred too attica correctional facility. UPON me being in this facility i never went to the hearing to complete it and the hearing officer never started my hearing out my presence and also the incident that happened never came on my prison disciplinary record. So therefore since a use of force incident happened and i have the supporting papers to prove it and the hearing officer started the hearing but didn't finish it and the incident never came on my disciplinary record would show that not only did i get assaulted during the incident but also an excessive use of force happened. LAST but not least is on one of the use of force paper that i am putting in here it states that i was forced to the floor face first but yet on the medical report the R.N. nurse S. Derocco states that there was no injuries what so ever and thats even after she denied me emergency medical by telling me to take the pintip's out my penis must which is also listed. AND there was a video that was available but yet the video never came upon request. AND as a result of this happening to me i was in a stressful situation because also instead of me being sent out to the outside hospital i was placed on a contraband watch and the only way you can be on a contraband watch is if you have contraband and in this situation i did so i have supported the excessive use of force claim as well as the deliberate medical indifference claim. AND the last thing that i would like to mention is that now i am showing for the failure to intervene claim not o

against the correction officers but also against the RN. nurse S. Derocco and as mentioned the RN. nurse S. Derocco failed to intervene because she deliberately stated that i had no injuries on the medical report when on the use of force report it stated that i got slammed face first to the floor and if i got slammed to the floor face first i would have some type of bruise on my face. Also, by the RN. nurse s. Derocco allowing the correction officers to put me on contraband watch and when she told me too take the pintips out myself would show another form of element failing to intervene and as a nurse her job title is to help people and i didn't get no help what so ever. IN CONCLUSION i would like for you to pay attention

to where it states Describe actual force used it states officer Johnson took control of the mechanical wrist restraints with his right hand and his left arm wraped around inmate's upper torso. OFFICER BANK's took control of inmate's left leg with his left hand on his right hand on inmate's right ankle together then forced inmate to the floor face first. Now this also proves that excessive use of force was done to me in which i'm going too break down. FIRST off by the correction officer Johnson taken control of the mechanical wrist restraints and by his left arm being wraped around my torso he never stated that i was resisting. AND by him having that type of control of me that would be considered use of force body hold now by both of the correction officers forcing me to floor by grabbing my ankle when that type of force was unnecessary because the other correction officer had control of me would clearly show excessive use of force to support that claim.