CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RASHAUN BLANFORD

                        PLAINTIFF

V.

THE STATE OF NEW YORK, et al,
RMHU correction officer S. BANKS
RMHU correction officer J. Johnson   Defendants.
RMHU OMH coordinator MR. Jamerlee
RMHU RN. nurse S. Derosco

9:21-CV-0231
(TJM/CFH)

CLAIM FOR DAMAGES

Claim no _____

1. THE post office address of the claimant is

Attica correctional facility P.O. BOX 149  Attica, NY 14011

2. THE claim is for assault and battery by the state of New York committed by it's employee, correction officer(s) RMHU correction officer S. BANKS RMHU correction officer J. Johnson who injured claimant while acting within the scope of his/her employment and in the discharge of his/her duties on February 2, 2021.

3. On (date) February 2nd at (time) 12:35 pm in the city of MARCY, county of ONEIDA, state of NEW YORK, (RMHU correction officer S. BANKS and RMHU correction officer officer J. Johnson, assaulted and beat claimant by (describe what happened and how you were assaulted.

4. A notice of intention to file this claim was served upon the attorney general of the state of New York by certified mail return receipt requested, on the _____ day of _____.

5. This claim is filed within one year after the claim accured as required by law.

6. Attached hereto as part of the claim is a sketch of the place of the above described incident.

7. As a result of this incident, claimant suffered (describe generally how and what you suffered, such as severe physical and mental emotional anguish and pain.

8. The particulars of claimant's damages are as follows

9. This action is filed pursuant to section 10 and 11 of the court of claims act.

Wherefore, claimant respectfully request judgement against the defendants in the sum of ~~$~~ $8,000 dollars.

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 17 2021
AT____O'CLOCK____
John M. Domurad, Clerk - Syracuse

RASHAUN, Blanford
(your name) pro se

PAGE (1)
page 1 of 11
Case 9:21-cv-00231-TJM-CFH   Document 17   Filed 05/17/21   Page 2 of 11
IN RESPONE TO NUMBER 47-
this incident, claimant suffered (describe generally how and what you suffered, such as ... pain.

As a result of the incident that happened february, 2, 2021 i am describing how i suffered and how i suffered was because when i put the two pintips inside of my penis i was refused emergency medical attention and by me being refused medical attention my paitence bill of rights section (4) was violated where it states receive emergency care if you need it. Also section (3) receive considerate and respectful care in a clean and safe enviorment free of unnecessary restraints and in this situation i was not in a safe enviorment because i got tossed from my cell in handcuffs for no reason to the point where my body flew sideways and hit the ground. AND too cover the free of unnecessary restraint part i was not free of unnecessary restraints because when i was on the ground in handcuffs the correction officer J. Johnson that threw me to the point where my body flew sideways and hit the ground wasn't even on me restraining me he just left me there on the ground in handcuffs. AND by correction officer S. BANKS running up A2-company saying stop resisting when he knew no one was on me and by the correction officer J. Johnson allowing correction officer S. BANKS to do that he failed to intervene. AND by allowing S. BANKS to do that which resulted in him grabbing me and turning me around and sexually touched my butt and using unnecessary restraints which lead to a severly pain and suffering that affected my mental and also lead too the correction officers using excessive use of force would show that clearly my mental health paitence bill of rights was clearly violated as well as the claim thats set forth. LAST but not least is that i am going to present evidence in the form of paper too support the excessive use of force claim and the failure to intervene claim as well as the deliberate medical indifferance claim. FIRST OFF i received the use of force staff mamorandum and the medical report also the log book paper where it stated that a use of force happened. WHENEVER a use of force happens and you receive a ticket your suppose to go too a hearing and then plead your case now when this use of force happened on camera i started my hearing and then in the middle of the hearing the office of special investigation came and then i got transferred too attica correctional facility. UPON me being in this facility i never went to the hearing to complete it and the hearing officer never started my hearing out my presence and also the incident that happened never came on my prison disciplinary record. So therefore since a use of force incident happened and i have the supporting papers to prove it and the hearing officer started the hearing but didn't finish it and the incident never came on my disciplinary record would show that not only did i get assaulted during the incident but also an excessive use of force happened. LAST but not least is on one of the use of force paper that i am putting in here it states that i was forced to the floor face first but yet on the medical report the RN, nurce S. Derocco states that there was no injuries what so ever and thats even after she denied me emergency medical by telling me to take the pintip's out my penis which is also listed. AND there was a video that was available but yet the video never came upon request. AND as a result of this happening to me i was in a stressful situation because also instead of me being sent out to the outside hospital i was placed on a contraband watch and the only way you can be on a contraband watch is if you have contraband and in this situation i did so i have supported the excessive use of force claim. as well as the deliberate medical indifference claim. AND the last th that i would like to mention is that now i am showing for the failure to intervene claim not o

page 6 of (2 of 5)

against the correction officers but also against the RN nurse S. berocco and as mentioned the RN nurse S. berocco failed to intervene because she deliberately stated that i had no injuries on the medical report when on the use of force report it stated that i got slammed face first to the floor and if i got slammed to the floor face first i would have some type of bruise on my face. Also by the RN nurse s. berocco allowing the correction officers to put me on contraband watch and when she told me too take the pintips out myself would show another form of element failing to intervene and as a nurse her job title is to help people and i didn't get no help what so ever. IN conclusion i would like for you to pay attention

to where it states Describe actual force used it states officer Johnson took control of the mechanical wrist restraints with his right hand and his left arm wraped around inmate's upper torso. OFFICER BANKS took control of inmates left leg with his left hand on his right hand on inmates right ankle together then forced inmate to the floor face first. Now this also proves that excessive use of force was done to me in which i'm going too break down. FIRST off by the correction officer Johnson taken control of the mechanical wrist restraints and by his left arm being wraped around my torso he never stated that i was resisting. AND by him having that type of control of me that would be considered use of force body hold now by both of the correction officers forcing me to floor by grabbing my ankle when that type of force was unnecessarily because the other correction officer had control of me would clearly show excessive use of force to support that claim.

```
UNS571         STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
02/19/21                            USE OF FORCE REPORT
09:35:24                   MARCY RES MNTL HLTH UNIT              UF LOG NO. ████
                    INCIDENT DATE 02/02/21  TIME 12:35PM         UI CCC NO.
GEN LOC. 17 MENTAL HLTH  SPEC LOC.                               CB LOG NO.
================================================================================
INMATE                     DIN/NYSID ETHNIC ROLE
BLANFORD, RASHAUN          18B0908   BLK     PERP
================================================================================
STAFF INVOLVED              TITLE     FORCE1       FORCE2       FORCE3    DEGREE

LEONE, V████                 CO       MECH RESTR

JOHNSON, D████               CO       BODY HOLD

BANKS, S████                 CO       BODY HOLD
================================================================================
```

DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
ON 2/2/21 AT APPROXIMATELY 12:35 P.M. INMATE BLANDFORD #18B0908 WHILE EXITING HIS CELL TO BE PLACED ON CONTRABAND WATCH, ATTEMPTED TO KICK STAFF.

DESCRIBE ACTUAL FORCE USED:
OFFICER JOHNSON TOOK CONTROL OF THE MECHANICAL WRIST RESTRAINTS WITH HIS RIGHT HAND, HIS LEFT ARM WRAPPED AROUND INMATE'S UPPER TORSO. OFFICER BANKS TOOK CONTROL OF INMATES LEFT LEG WITH HIS LEFT HAND AND HIS RIGHT HAND ON INMATE'S RIGHT ANKLE, TOGETHER THEY FORCED INMATE TO THE FLOOR FACE FIRST. ONCE ON THE FLOOR OFFICER JOHNSON USED HIS LEFT HAND TO CONTROL THE MECHANICAL WRIST RESTRAINTS AND HIS RIGHT FOREARM APPLYING DOWNWARD PRESSURE ON INMATE'S UPPER BACK AREA. OFFICER BANKS SAT ON INMATE'S RIGHT LEG AND TOOK CONTROL OF THE INMATE'S LEFT ANKLE WITH BOTH HANDS. BOTH OFFICERS MAINTAINED THEIR HOLDS UNTIL OFFICER LEONE APPLIED THE MECHANICAL LEG RESTRAINTS, AT WHICH TIME INMATE BLANFORD BECAME COMPLIANT, ENDING FORCE.

```
UNS571       STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
02/19/21                        USE OF FORCE REPORT
09:35:24                   MARCY RES MNTL HLTH UNIT                UF LOG NO. ▉
                     INCIDENT DATE 02/02/21  TIME 12:35PM          UI CCC NO.
GEN LOC. 17 MENTAL HLTH   SPEC LOC.                                CB LOG NO.
==============================================================================
INMATE                       DIN/NYSID  ETHNIC ROLE
BLANFORD, RASHAUN            18B0908    BLK    PERP
==============================================================================
EXAMINERS NAME              TITLE                 EXAM DATE   TIME
S. DEROCCO                  NURSE                 02/02/21    12:38PM

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
NO INJURIES NOTED
```

```
==============================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? YES                  WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                                 DATE:  /  /
WERE USE OF FORCE PHOTOS TAKEN? YES PER DIRECTIVE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? ▉
WAS STAFF SEEN BY MEDICAL? ▉
WAS INMATE INJURED?   NO
WAS INMATE SEEN BY MEDICAL?    YES PER DIRECTIVE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO   TRANSFERED TO: RM-B2-50
REPORTED BY: SGT    DAVIS                                 DATE: 02/02/21
REVIEWED BY: LT     PYKE                                  DATE: 02/02/21
==============================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
```

```
==============================================================================
SPT P▉     REARDON                                          02/09/21
SUPERINTENDENT                                              DATE
                                                                    PAGE 2
```

FORM 2104.1ADD (4/12)  STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Ref. Directive #4944, 4004  **USE OF FORCE REPORT - PART B - ADDENDUM**

| FACILITY | Date & Time of Incident | Facility Use of Force Log # |
|---|---|---|
| Marcy 495 | 2/2/21 12:35pm | |

| INMATE NAME | DIN | Cell Location |
|---|---|---|
| Blanford, Rasheen | 18B0908 | A2-47 |

**PHYSICAL EXAMINATION / TREATMENT - DETAIL**

| EXAMINER'S NAME AND TITLE | Date & Time of Examination |
|---|---|
| S. DeTrocco RN II | 2/2/21 12:38pm |

FRONT    BACK

OD (Right)

OS (Left)

Inmate seen in medical after UOF; Inmate very aggitated - states "I have a pen in my dick, you're gonna have to send me out." This Foreign body insertion was not wittnessed - Enc Inmate to remove whatever he put in his penis - No trauma seen by staff on penis during strip frisk. Per NP Corigliano with regard to Foreign body - monitor Inmate at this time.

EXAMINER'S SIGNATURE AND DATE
2/2/21

Dist: Original - Superintendent   Copy - Guidance unit file(s) of Inmate(s) Involved

**PATIENT'S BILL OF RIGHTS**

As a patient in a hospital in New York State, you have the right, consistent with law, to:

(1) Understand and use these rights. If for any reason you do not understand or you need help, the hospital MUST provide assistance, including an interpreter.

(2) Receive treatment without discrimination as to race, color, religion, sex, national origin, disability, sexual orientation or source of payment.

(3) Receive considerate and respectful care in a clean and safe environment free of unnecessary restraints.

(4) Receive emergency care if you need it.

(5) Be informed of the name and position of the doctor who will be in charge of your care in the hospital.

(6) Know the names, positions and functions of any hospital staff involved in your care and refuse their treatment, examination or observation.

(7) A no smoking room.

(8) Receive complete information about your diagnosis, treatment and prognosis.

(9) Receive all the information that you need to give informed consent for any proposed procedure or treatment. This information shall include the possible risks and benefits of the proposed procedure or treatment.

(10) Receive all the information you need to give informed consent for an order not to resuscitate. You also have the right to designate an individual to give this consent for you if you are too ill to do so. If you would like additional information, please ask for a copy of the pamphlet "Do Not Resuscitate Orders - A Guide for Patients and Families."

408.00 Medical and Mental Health Care: Self-Help Remedies
JBogin 2/2019 (revised contact information)

# Medical and Mental Health Care in Prison: Self-Help Remedies
### Prepared by Prisoners' Legal Services of New York

## INTRODUCTION

In another PLS memo, called "Medical Care in Prison: Judicial Remedies," we discuss the legal remedies available to prisoners dissatisfied with the medical care they are receiving. The standards for getting relief in a court challenge are very high and often hard or impossible to meet if you are representing yourself. For example, most prisoners do not have the funds to hire a doctor as an expert witness to prove their claims. Outside legal services to represent prisoners in medical care cases are scarce.

A court challenge is not the only way to improve your medical care. There are other ways to become more informed about your medical care and to improve the quality of care when you feel it is inadequate.

We believe that it is important for everyone to become an informed consumer in order to negotiate (deal with) the health care system.

Many complaints about prison medical care arise from a lack of communication between the doctor or other health care provider and the prisoner/patient. This memo outlines some steps that prisoners can take to become better informed about the care that DOCCS is providing.

## KNOW YOUR RIGHTS!

Over the past several years, the New York State Health Department has developed a Patient's Bill of Rights. Under Health Department regulations, 10 N.Y.C.R.R. 405.7, a copy of the Patient's Bill of Rights must be given to everyone who receives care at a hospital whether they are getting inpatient or outpatient services. This means that if you are sent out to a hospital, even if it is just for the day, you should receive a copy of the Patient's Bill of Rights from the hospital staff. The following is the Patient's Bill of Rights.

Tour II 2/2/21 Tuesday Continued

[redacted]

RELEASED INMATE **Blanford**   DIN # **1800908**
FROM CELL **A2-47** TO **B2-50** PER **Larusso**

NOTIFIED:  MOVEMENT & CONTROL ✓   NEW CENSUS **88**

11:49 AM Program Run started
12:30 AM Program Run Complete
12:35 AM UOF on Blanford put in B2-50

[redacted]

TO: CLERK, U.S DISTRICT COURT   D.IN: WB0208
FROM: RAJHAUN BLANFORD            5/13/2021          SUBJECT: letter

I am writing too you to let you know that i am sending you the particulars of claimant's damages in the next letter respectfully, i ran out of papers and i wanted to make sure that these important documents get too you.

**ATTICA CORRECTIONAL FACILITY**
BOX 149
ATTICA, NEW YORK 14011-0149

NAME: RASHAUN BLANFORD     DIN: 18B0808

CLERK, U.S. DISTRICT COURT
P.O. BOX 7367
100 S. Clinton Street
Syracuse, New York, 13261-7367

LEGAL MAIL





BUFFALO NY 140
14 MAY 2021 PM 5 L
ATTICA CORRECTIONAL FACILITY

NEOPOST
05/14/2021
US POSTAGE $000.71
FIRST-CLASS MAIL
ZIP 14011
041M11284163

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
MAY 17 2021
RECEIVED

13261-610099