UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

RASHAUN BLANFORD,

              *Plaintiff*,

    v.

CORRECTION OFFICER S. BANKS, et al.,

              *Defendants*.

_____

**Declaration of
Assistant Attorney General
Brittany M. Haner**

Index No. 9:21-CV-0231
(TJM/CFH)

      Brittany M. Haner, on the date noted below and pursuant to § 1746 of title 28 of the United States Code, declares the following to be true and correct under penalty of perjury under the laws of the United States of America:

      1.      I am an Assistant Attorney General and of Counsel in this case to Letitia James, Attorney General of the State of New York, attorney for Defendants Correction Officer S. Banks, Rehabilitation Coordinator B. Demeree, Registered Nurse S. Derocco, and Correction Officer D. Johnson.

      2.      I make this declaration in support of Defendants' Motion for Summary Judgment.

      3.      The information contained herein is based upon my personal knowledge.

      4.      Attached hereto, and made a part hereof, and marked Exhibit "A" is a true and

correct copy of the transcript of Plaintiff, Rashaun Blanford's May 2, 2022 deposition testimony.

Dated:  Albany, New York
            September 26, 2022

LETITIA JAMES
Attorney General of the State of New York
*Attorney for Defendants*
The Capitol
Albany, NY 12224-0341

By: /s//Brittany M. Haner
Brittany M. Haner
Assistant Attorney General, of Counsel
Bar Roll No. 700987
Telephone: (518) 776-2389

2

# Exhibit A

Page 1

Blanford v Banks – 5/2/2022 – Rashaun Blanford

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

RASHAUN BLANFORD,

    Plaintiff,

v                            Index No.:  21-CV-0231

BANKS, et al,

    Defendants.

_____X

DEPOSITION OF: RASHAUN BLANFORD

DATE:          May 2, 2022

TIME:          9:05 a.m. to 11:36 a.m.

VENUE:         WebEx

**ASSOCIATED REPORTERS INT'L., INC.**
ARII@courtsteno.com
**(800) 523-7887** www.courtsteno.com
**Transcription - National and International reporting coverage**

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 2

```
 1            Blanford v Banks - 5/2/2022 - Rashaun Blanford

 2    APPEARANCES:

 3         FOR THE PLAINTIFF:

 4              Pro Se

 5         FOR THE DEFENDANTS:

 6              OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL

 7              BY:   BRITTANY HANER, A.A.G.

 8                    WILLIAM SCOTT, A.A.G.

 9              The Capitol

10              Albany, New York 12224

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

1        Blanford v Banks – 5/2/2022 – Rashaun Blanford

2          I N D E X   O F   P R O C E E D I N G S

3   RASHAUN BLANFORD: Sworn

4   Direct Examination by Ms. Haner                        5

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2                          STIPULATIONS
 3          It is HEREBY STIPULATED by and among the attorneys
 4     for the respective parties, in accordance with the Federal
 5     Rules of Civil Procedure, that this deposition may be
 6     taken by the Defendant at this time, pursuant to subpoena;
 7          FURTHER STIPULATED, that all objections except as to
 8     the form of the questions and responsiveness of the
 9     answers, be reserved until trial;
10          FURTHER STIPULATED, that the witness may read and
11     sign the deposition and make any corrections to same
12     before any Notary Public;
13          AND FURTHER STIPULATED, that if the original
14     deposition has not been duly signed by the witness and
15     returned to the attorney taking the deposition by the time
16     of trial or any hearing in this cause, a certified copy of
17     the deposition may be used as though it were the original
18
19
20
21
22
23
24
25
```

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2                      (The deposition commenced at 09:05
 3          a.m.)
 4                      THE REPORTER:  On the record.  It is
 5          nine zero five a.m.  All right.  Mr. Blanford, will
 6          you please raise your right hand?  Do you swear or
 7          affirm that the testimony that you are about to give
 8          in this cause today is the truth, the whole truth and
 9          nothing but the truth?
10                      MR. BLANFORD:  Yes, I do.  I swear,
11          yes.
12                      WITNESS; RASHAUN BLANFORD; Sworn
13                      THE REPORTER:  Will -- will you please
14          state your full name for the record?
15                      THE WITNESS:  My name is Rashun
16          Blanford, eighteen B zero nine zero eight.
17                      THE REPORTER:  The witness has been
18          sworn.  Your witness, Ms.  Haner.
19                      DIRECT EXAMINATION
20                      BY MS. HANER:
21                      Q.   Good morning.  My name is
22          Brittany Haner.  I'm an Assistant Attorney General
23          for New York State.  You can put your hand down.  I'm
24          representing the Defendant, correction officers and
25          nurse that you sued in a federal lawsuit.
```

```
 1           Blanford v Banks - 5/2/2022 - Rashaun Blanford

 2                      A.    Yes.

 3                      Q.    I mean, you know what I'm

 4      referring to, right?

 5                      A.    I know you're talking about

 6      Banks, Mr. -- C.O. Johnson, Nurse Doroco, yes.

 7                      Q.    That's right.  Okay.  So I'm just

 8      going to go over a couple of things at the outset to

 9      make things easier for us.  I'm going to ask you a

10      bunch of questions today.  If you don't understand my

11      question, feel free to tell me you don't understand

12      my question, I'll rephrase it for you as many times

13      as you need, you know, just want to go through that

14      you know what you're being asked, so you can give

15      good answers.

16                      If you don't understand the question

17      and you don't ask me, I would just assume that you do

18      understand.

19                      A.    Okay.

20                      Q.    And if I ask you a question and

21      you don't know the answer, it's perfectly fine to say

22      that you don't know.

23                      A.    Okay.  And excuse me?

24                      Q.    Sure.

25                      A.    And -- and this is about the
```

1       Blanford v Banks - 5/2/2022 - Rashaun Blanford

2       February 2nd incident.  Do you want me to explain

3       everything that happened?  I mean, I could tell you

4       everything that happened, and I was saying -- I was

5       told that you all received the incident of the video,

6       right?  So I say, explain everything happen now or

7       whatever.

8                       Q.   Well, in a manner of speaking

9       sort of.  What happens today in the deposition is, I

10      just ask you questions, and you give me answers.  And

11      I ask questions --

12                      A.   Okay.

13                      Q.   -- you give me answers.  It's not

14      really -- it's not really like, as open ended as that

15      but yeah, you will be able to tell me what happened,

16      but I'll just ask you sort of point by point.

17                      A.   You can ask the question on the

18      video.  You -- huh, excuse me?

19                      Q.   Go ahead.

20                      A.   Can I ask you, now on the video,

21      does the video shows everything that I'm saying as

22      far as in the complaint like everything that was did

23      with it?

24                      Q.   I won't be able to answer that

25      for you today.  I'm just here to ask you questions

Page 8

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2     about the lawsuit.  I'm sorry.
 3                    A.    Okay.  And I still haven't got
 4     representative lawyers that they said they were going
 5     to give me when I started going to trial.
 6                    Q.    And that's also something that --
 7     that I can't personally address.  I think that you
 8     had motions, but you'd -- you'd have to deal with
 9     that -- with the Court.
10                    A.    Okay.
11                    Q.    So if at any point today you need
12     a break, let me know that you need a break, we can go
13     ahead and take one.  I know that sometimes people get
14     their -- their lunches or breakfasts or whatever
15     served while we're doing this.
16                    A.    Right.
17                    Q.    You know, I don't want to see you
18     miss your meal break.  So we can take a break or, you
19     know, for any reason.  I just ask that the question
20     that I'm asking, that you answer the question before
21     we take a break.
22                    A.    No, problem.
23                    Q.    And so -- sure.  Try to remember
24     that there is a transcript being recorded today.  So
25     it's a written transcript.  And the transcriber
```

 1              Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2       cannot take down things like head nods and gestures
 3       and things.
 4                      A.    Okay.
 5                      Q.    So make sure that your answers
 6       are verbal, like you say yes or no, so that they can
 7       record your answer properly.  And because you don't
 8       have a lawyer present today, I just want to let you
 9       know that when we do depositions, there's a standard
10       set of stipulations or agreements that we do during
11       these depositions.
12                      And all that means is, whatever
13       objections that could be made to my questions, those
14       are preserved until the time of trial, so there's no
15       need to really make them now except if I ask you a
16       question that you don't understand, like the form of
17       the question, please let me know if you don't
18       understand.
19                      A.    Okay.
20                      Q.    Another stipulation that is
21       standard is that we agree is that the deposition is
22       properly noticed, like I gave you notice of it
23       properly and that the Court Reporter is duly
24       qualified.  Right.  So --
25                      THE REPORTER:  I just want to

```
 1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2     interrupt just for some housekeeping stuff as well --
 3                  MS. HANER:  Go ahead.
 4                  THE REPORTER:  -- on my end.  So Mr.
 5     Blanford, I just wanted to let you know, so as best
 6     as you can, I know it's a little hard because it's
 7     over digital.  Try to let Ms. Haner finish her
 8     question until you know she's done speaking and vice
 9     versa.  She'll do the same for you.
10                  That way when the transcript comes
11     out, you know, everything is clear, there's not any
12     parts where we missed words because two people spoke
13     at the same time.  We want to make sure, you know,
14     that you're able to get a, you know, the case that
15     you want out of it because the transcript comes out
16     properly.
17                  THE WITNESS:  I understand.
18                  THE REPORTER:  And the only other
19     thing just to add is that, just so you know, if you
20     say uh-huh, you can say it.  But if you do say it, if
21     it's like an answer, like if someone says, do you
22     live at blah, blah, blah and you say, uh-huh.  That
23     answer, I actually can't accept that.
24                  THE WITNESS:  It's not clear.
25                  THE REPORTER:  Yes, yes.
```

Associated Reporters Int'l., Inc.

1          Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                         THE WITNESS:  Right.

3                         THE REPORTER:  Because -- yeah, you

4          understand.  Okay.  So if you say it unintentionally

5          during a long sentence, don't worry about it.  I

6          won't say a thing but I may interrupt you just so you

7          know.

8                         THE WITNESS:  All right.

9                         THE REPORTER:  So that's --

10                        MS. HANER:  So I'll try to help you

11         out and ask you, you know, is that yes or no?  If you

12         mumble or nod, I'll say, is that a yes or no.

13                        THE REPORTER:  But --

14                        MS. HANER:  A normal con --

15         conversation you can say it, and this is a different

16         thing.

17                        THE REPORTER:  Yeah.  And that's all I

18         have to say on my end.  So we're all set to proceed.

19         So thank you, Mr. Blanford and thank you, Ms. Haner.

20                        MS. HANER:  Thank you.

21                        BY MS. HANER:  (Cont'g.)

22                        Q.   Okay.  So Mr. Blanford, where are

23         you right now?

24                        A.   I'm in Wende Correctional

25         Facility in the visiting room.

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2                          Q.    Visiting room.  And is there
 3          anyone in that room with you?
 4                          A.    Yeah, there's a counselor whose
 5          name I don't know because this is the first time I've
 6          seen him.
 7                          Q.    Is that it?
 8                          A.    Yes, that's it.
 9                          Q.    Okay.  So --
10                          A.    Besides me -- besides me.
11                          Q.    All right.  It sounds like
12          someone else in the room with you.  I just want to
13          make sure that you understand that when I ask you a
14          question, the answers have to come from you.
15                          I don't -- I don't think that the
16          counselor would give you an answer but just as a
17          precautionary thing, the answers do have to come from
18          you.
19                          A.    Okay.
20                          Q.    So let's get into our first set
21          of questions.  What is your name, just for the
22          record?
23                          A.    My -- my name is Rashun Blanford,
24          R-A-S-H-U-N B-L-A-N-F-O-R-D.
25                          Q.    Okay.  And how old are you?
```

1          Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                          A.    I'm twenty-five years old.

3                          Q.    And where are you from?

4                          A.    I'm from -- I'm from Syracuse,

5     New York, but originally, I was born in Florida, but

6     I'm from Syracuse, New York.

7                          Q.    Okay.  How long have you been

8     incarcerated?

9                          A.    On this bid, I've been

10    incarcerated going on five years as of September, I

11    don't know the exact date, but as of September, I've

12    been going on five years.

13                         Q.    Okay.  And what are you in for?

14                         A.    I'm in for attempted murder and

15    criminal possession of a weapon.

16                         Q.    Okay.  And you said this is your

17    -- on this bid.  So that means that you probably were

18    incarcerated before.  Were you incarcerated prior to

19    this?

20                         A.    Yes, I was.  This is my second

21    bid.

22                         Q.    Okay.  What was the first one?

23                         A.    My first one was -- do you mean

24    my DIN number?

25                         Q.    No, just that -- where were you

Associated Reporters Int'l., Inc.

1          Blanford v Banks - 5/2/2022 - Rashaun Blanford

2          incarcerated before?

3                          A.   I was -- well, I was incarcerated

4          in New York State.

5                          Q.   Okay.

6                          A.   And I was locked up for robbery,

7          grand larceny, assault, something else, which I

8          forgot.

9                          Q.   Okay.  How long did you serve for

10         that?

11                         A.   One and a third to four years and

12         I end up doing all four.

13                         Q.   You did all four, okay.  Do you

14         remember where you served out your term?  Where you

15         were let out?

16                         A.   Yes.  Yes, I end up serving the

17         whole four years.  And I got -- they civilly confined

18         me upon my release.

19                         Q.   Okay.  And where was that?

20                         A.   To the Greater Binghamton

21         Hospitals.

22                         Q.   Did I understand that you were

23         released to Greater Binghamton Hospital?

24                         A.   That's correct.  I wasn't --

25         correct.  And I was also -- go ahead.

1       Blanford v Banks - 5/2/2022 - Rashaun Blanford
2                       Q.   Where were you incarcerated
3    before you got released to Greater Binghamton?
4                       A.   Well, I was in -- I started up at
5    Bare Hill.  From Bare Hill I went to Greene P.H.U. I
6    went to Ups -- no, I was -- pardon me.  I was in Bare
7    Hill.  Then I went to Upstate P.H.U. on it because I
8    was young.  They send me to Greene P.H.U. on it.
9    From Greene, all of a sudden they send me to
10   Coxsackie.
11                      From Coxsackie, I end up going to
12   Great Meadow P.H.U. well, Great Meadow in a regular
13   box.  From there, I went to -- I went to Sullivan and
14   then I was going over to O.B.S. trips, I went to
15   several car programs and then from there, I went -- I
16   think I went to Auburn or somewhere, but either way,
17   it goes -- I was going through a -- going through a
18   whole bunch of prisons, basically all the prison
19   that's around.
20                      Q.   Okay.  Have you ever been at
21   Marcy's R.M.H.U. before --
22                      A.   Yes.
23                      Q.   -- this incident?
24                      A.   No, this is the first time that
25   I've ever been in Marcy R.M.H.U.

Page 16

```
 1           Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2                       Q.   Okay.  Did you know any of the
 3           defendants before the incident that you complained
 4           about?
 5                       A.   To be honest, on this bid, this
 6           is the second time I was there.  So yes.
 7                       Q.   Okay.  Can you -- we'll go one by
 8           one.  Can you tell me how you knew Nurse Doroco
 9           before this incident?
10                       A.   No, I'm talking about this prior
11           incident.  I knew -- I didn't know her, but the C.O.
12           that was involved, I knew him, when I was there
13           before on this bid, like in early year 2022, back in
14           early 2021 -- no, 2020, if I'm not mistaken.
15                       Q.   Okay.  So it's your testimony
16           that you didn't know Nurse Doroco before the
17           incident?
18                       A.   No, I did not know her.
19                       Q.   Okay.  So did you know Correction
20           Officer Johnson before the incident?
21                       A.   Yes, because he was there last
22           time.  When I was there, yes.
23                       Q.   Okay.  Can you tell me how you
24           knew him?
25                       A.   I knew him because when I was in
```

```
 1         Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2    the R.M.H.U the first time around two thousand -- I'm
 3    going to say 2020.  He was one of the C.O.s that have
 4    been there for a long period of time and I knew him
 5    because he is just one of those C.O.s that just don't
 6    leave the facility.  He is always there.
 7                   Q.    Okay.  Do you have --
 8                   A.    I just never spoke to him.
 9                   Q.    You never spoke to him.  Is that
10    what you said?
11                   A.    Yeah, because I don't speak to
12    these people because of the stuff they've been doing
13    some time.  So I just tried to stay to myself.  I
14    talked to him because I have to, but I just don't
15    really talk to them like that.
16                   Q.    Okay.  So did you have any
17    negative interactions with him before this incident?
18                   A.    I never -- I never -- I never
19    ever had no negative interactions with him
20    whatsoever.
21                   Q.    Okay.
22                   A.    I only had -- go ahead.
23                   Q.    What about C.O. Banks?
24                   A.    Yes.
25                   Q.    Did you know him before?
```

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2                    A.   Yes, I did.  He was -- he is gang
 3      intelligent -- a fake gang intelligence officer that
 4      works here in R.M.H.U.  He never liked me.  He always
 5      used to harass me and stuff like that, and he always
 6      wanted to do stuff as far as -- he always want to,
 7      like, do some stuff, whenever he got opportunity to
 8      do it to me, but I just never gave him the
 9      opportunity, I guess, until this incident happened.
10      But yes, I knew him.
11                    Q.   Okay.  And what about C.O.
12      Demory?  Did you know him before the incident?
13                    A.   That Demory, he's a civilian.  I
14      never really knew him until now.  Even if he was here
15      for a bid --
16                    Q.   What do you mean by now?
17                    A.   Yeah, because when I was on my --
18      when I was there in 2020, I never really used to pay
19      attention to him, but I started paying attention to
20      him more so.
21                    If he was here then, I didn't know
22      because I never talked to him or spoke to him.  But
23      since I start to pay attention -- pardon me.  Since I
24      started to pay attention, I know him now because I
25      spoke to him.
```

1       Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                          Q.    Okay.  So is it your testimony

3       that you did not know him before the incident, but

4       you do know him now?

5                          A.    Correct.

6                          Q.    Okay.  Thank you.  Can you tell

7       me why you're at the R.M.H.U. at Marcy instead of

8       general population?

9                          A.    Well, Marcy R.M.H.U. was a mental

10      health -- is a mental health program.  It's designed

11      for level 1S, 1SB,  basically anybody who's got the

12      1S designation and that fits the criteria.

13                         And in that program, we got -- we get

14      two hours in the morning, two hours in the afternoon.

15      There's cameras everywhere throughout the program.

16      There's audio everywhere in the program.

17                         And whenever we go out to the program

18      that, well, we got handcuffs behind our back.  And

19      then they bring us to a table, and they put shackles

20      on us, my hands is like this.  They take the shackles

21      off and so it's like this.

22                         Now, after a month or thirty days,

23      that's when you would go to -- that's when you're

24      level two.  Level two, you get to buy food, you get

25      to use a phone more, more rec period and then like

Associated Reporters Int'l., Inc.

1      Blanford v Banks - 5/2/2022 - Rashaun Blanford
2      ninety days later, that's when you're level three
3      meaning you get to walk out without handcuffs.
4                     You got to get your personal property
5      and you get to walk around with a little more
6      privilege, lot of privilege that you have time to get
7      to watch T.V. and stuff like, yeah.
8                     Q.   Okay.  So how do you get put in
9      the R.M.H.U. instead of general population though?
10                    A.   All right.  Let's -- I'm one that
11     -- so let's say I get into a fight, right?  If I get
12     into a fight and I get maced that's a use of force.
13     So now because I got maced during a fight, they're
14     going to send me to the box.
15                    In the box, I can't do no more than
16     thirty days in the box because I'm a 1S.  So with it
17     -- so now while I'm going through my hearing, they
18     try to figure out a place to send me to.
19                    So when the thirty days comes up,
20     that's when they send me to a program that's
21     designated for me and that's how I end up in the
22     mental health program.
23                    Q.   Okay.  Thank you.  Could you
24     explain to me what 1S is.  I'm not familiar with
25     that.

Associated Reporters Int'l., Inc.

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2                    A.    Level 1S is just like severely
 3          mentally ill like people that do a lot of crazy stuff
 4          like swallow metal, just -- like put stuff in their
 5          thing, and they -- just do a whole bunch of crazy
 6          stuff.  These people --
 7                    Q.    Okay.
 8                    A.    -- are in a mental health crisis
 9          and they just do stuff.  They just do stuff because
10          they're going through and then that C.O.s messing
11          with them, and they going through it, or they just
12          tired of being in a box and they just -- that's the
13          only way out.  They know how to cope with the stress.
14                    Q.    Okay.
15                    A.    They assault somebody or
16          whatever.
17                    Q.    Understood.  Okay.  Thank you.
18          Have you ever filed a lawsuit against a corrections
19          officer or prison staff before this lawsuit?
20                    A.    To be -- to be honest, this is
21          the first time I've ever filed a lawsuit, you know.
22          And the only reason why I filed it because it was on
23          camera, and I had more -- I had more evidence to
24          support -- to support on my behalf than they did.
25                    So I'm like, you know what, since
```

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2      everything happened on camera and -- and I got a
 3      whole bunch of paperwork, I had a lot going for me,
 4      so I filed it.
 5                      Q.   Okay.  Thank you.  All right.  So
 6      let's talk a little bit more about the day of the
 7      incident in your complaint.
 8                      A.   Yes.
 9                      Q.   Where were you at -- in the
10      R.M.H.U. at Marcy when the incident occurred exactly?
11                      A.   All right.  On February 2nd,
12      2021, I was on A Two, the second floor.  There's
13      cameras that are pointed down like this and there's
14      an audio.  And my cell it was right -- I don't know
15      the exact cell, but my cell was right there and
16      there's cameras pointed right like this.
17                      THE REPORTER:  Mr. Blanford, just so
18      you're aware.  When you say pointed like this, if you
19      want to try to say the verbal direction, just so it -
20      - it comes out.  I know it's hard to say, but I just
21      want to help the transcript be good because I can't
22      dictate the -- the arm directions.
23                      So I can't say like you're pointing
24      down, for example.  I can't say that.
25                      THE WITNESS:  Okay.  The camera is
```

```
 1            Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2       pointing towards each other.  And then there was an
 3       audio box to the side.  I don't know the exact cell
 4       location that I was at, but it should be in the
 5       discovery packet.  You should have it, but yeah, I
 6       don't know the exact cell I was at.
 7                      BY MS. HANER:  (Cont'g.)
 8                 Q.   So is it your testimony that
 9       during the incident you were inside of your cell or
10       near your cell?
11                 A.   This is what happened.  I
12       inserted two pen tips inside my penis.  I stated that
13       I was suicidal, I was in a mental health crisis.  I
14       tried to call for staff attention.  I said, I need --
15       I need to see mental health, I'm suicidal.
16                      The lieutenant came up there and asked
17       me what happened.  I said, I inserted two pen tips
18       inside of my penis.  And I was pissed off.  I said I
19       was going through a mental health crisis.  I say I
20       want to go out to the outside hospital.  I need to
21       get this out of me.  He said, I'm not going nowhere.
22                      So then I said, I was suicidal.  The
23       C.O. -- the lieutenant told the -- I guess,
24       lieutenant at the mental health but I told the mental
25       health that I was suicidal as well.  So then that's
```

1      Blanford v Banks - 5/2/2022 - Rashaun Blanford

2      when the C.O., Mr. Johnson came in front of my cell.

3                      I had my back turned, put my hands

4      behind my back.  He opened up my cell.  Then I have -

5      - I did not refuse any orders he gave me.  I had my

6      hands turned behind my back.  He grabbed my cuffs,

7      the next thing you know, for no reason, he started

8      trying to push me in my cell.

9                      When he start trying to put -- when he

10     started to try to push me in my cell, there's a cell,

11     the cell opened up.  So he tried to push me in my

12     cell so he could beat me up and other stuff, so I put

13     my feet outside of the cell to block him from pushing

14     me in my cell.  Do you know what I'm saying?

15                     And during that process, that's when

16     he picked me up, literally picked me up and threw me.

17     My head hit the wall and then I hit the ground.  I'm

18     in handcuffs right in front of the camera.

19                     Everybody on the company was screaming

20     PREA, PREA, PREA.  And then C.O. Banks had nothing to

21     do with the incident.  He came running up the stairs.

22     He went towards me, and he stopped.

23                     And then came running towards me,

24     grabbed me.  He said, stop resisting, stop resisting,

25     pardon me.  And I'm just sitting here, look man, I'm

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2     like -- I'm not even resisting.  He grabbed me and
 3     turned me around.
 4                   And the other officer which is Johnson
 5     grabbed me and along with it, when he grabbed me he
 6     sexually touched my butt, right.  And then that's
 7     when they put the shackles on me and then they took
 8     me to medical where I was, pardon me.
 9                   While I was in the medical, I told Ms.
10     Doroco that I got two metal pen tips.  It's like a
11     SHU pen.  I got two pen tips inside of my penis.  Can
12     you take this out?  Can you send me to the hospital?
13     So they can come out.  She said, she told me to take
14     it out in my cell.
15                   And then after that I was on
16     contraband watch.  And then the only way you could be
17     on a contraband watch is you -- if you have something
18     inside of you.  They was telling me that nothing was
19     inside of me.
20                   So then after I got off the contraband
21     watch, I was in O.B.S.  When I was in O.B.S., I tried
22     to tell -- no, I tried to tell Demory in the
23     contraband watch that I got metal pen tips inside of
24     me.  He told me to think about what I did.  And I
25     said, I made probably a few statements toward him.
```

Associated Reporters Int'l., Inc.

```
 1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2    So -- but anyways -- did you hear me?
 3                    Q.   I can hear you.
 4                    A.   Yeah, he told me to think about
 5    what I did.  So in other words, I was refused medical
 6    treatment.  I'm like, okay.  Then after the whole
 7    situation happened, while I was on contraband watch,
 8    I went to O.B.S.
 9                    From O.B.S. I went back to my cell.
10    That's when I started writing a grievance.  That's
11    when I start calling O.S.I. calling I.G., the
12    inspector general.  The inspector then -- no, the
13    O.S.I. investigator came and saw me.  He asked me --
14    he had a recorder in his hand.
15                    He asked me what was I trying to do?
16    I said, I was trying to file a -- no, press charges
17    and -- and then let them know everything happened.
18    He says he is going to get back to me.  He never did.
19                    The grievance.  Listen, I was seen
20    about it by Ms. Demory that same day.  She forward it
21    to O.S.I.  And after that, I just been pretty much --
22    so after that it's been pretty much writing to make
23    sure everything is still going on with it -- with the
24    case and I haven't heard nothing back.
25                    Q.   Okay.  So I'm just going to
```

```
 1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2     rewind a little bit and I'm going to ask you bunch of
 3     a quest -- questions to kind of break that down a bit
 4     because that was a lot of information.  So I'm sorry
 5     if I ask you to repeat some answers.
 6                    You -- you said earlier that C.O.
 7     Banks is, what you called, a fake gang intelligence
 8     officer?
 9                    A.    Yeah, the reason that I --.
10                    Q.    Yeah.
11                    A.    Go ahead.
12                    Q.    Are you affiliated with the gang?
13     Are you in a gang?
14                    A.    No, listen, to be honest, I'm not
15     a gang member.  These people here got me down as a
16     Crip, these people here is retarded.  I don't do gang
17     bang.  I don't do that in prison, nothing.
18                    The C.O. lied on his ticket at Bare
19     Hill and said some -- something about some nonsense
20     and they just -- they look me as a gang member.
21                    That's why I'm not even a gang member.
22     So now --
23                    Q.    Okay.
24                    A.    -- because of that ticket that
25     the C.O. lied on, I've got to deal with that gang
```

Associated Reporters Int'l., Inc.

```
 1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2        affiliation on my records when I'm not even a gang
 3        member.
 4                    Q.   Okay.  If you have a gang
 5        affiliation on your record, do you get watched more
 6        closely by the C.O.s or anything?
 7                    A.   To be -- to be honest, if you --
 8        they watch because you're in prison and there's a lot
 9        of stuff that goes on.  But my thing is, like, they
10        always did what the C.O.s doing because you got gang
11        intelligence in every facility.
12                    So what they do is, they look people
13        up who come into the facility and work as a gang
14        member.  They watch you and they watch -- even if
15        you're not a gang member just because it states here,
16        they watch you.
17                    So that's why I said  fake gang
18        intelligence because the C.O.s here, they think every
19        little thing or no, they think just because they say
20        you're a gang member on the record or because you say
21        something that makes you a gang member.  That's why I
22        said fake gang intelligence, but --.
23                    Q.   Okay.
24                    A.   Yeah, they watched you closely.
25                    Q.   Okay.  Thank you.  All right.  So
```

1          Blanford v Banks - 5/2/2022 - Rashaun Blanford

2      you -- you said that you were having a mental health

3      crisis, and felt suicidal, and you inserted, I think

4      you're saying pen tips into your penis.  Can you

5      explain what you're talking about?

6                     A.    All right.  It's two metal pen

7      tips when you have in your shoe, it's like a plastic

8      pin. So I put the two pen tips inside my penis

9      because, to be honest, the C.O.s was messing with me.

10                     So I did that so I can talk to them

11     like, well, listen, why do you keep messing me?  I

12     never did nothing to you.  Stop playing with my food

13     but -- and I wanted to go out to the outside

14     hospital.

15                     So whatever we got, we could just talk

16     about it like men or whatever.  But like I said, that

17     didn't work because the lieutenant denied me medical

18     attention.  And when I went to get -- when I went --

19     while this whole thing was going on.

20                     After I left Marcy, I had to go to

21     Attica.  I put in the sick call in Attica letting

22     them know that I got two metal pen tips inside my

23     penis.  They got -- they got me x-rayed.  They said

24     there was nothing inside of you.

25                     So then after my three-months being

Associated Reporters Int'l., Inc.

1           Blanford v Banks – 5/2/2022 – Rashaun Blanford

2      there or four-months being in Attica G.D.P. program,

3      I was on my way to Downstate before it closed up.

4      You keeping up?

5                     Q.    Uh-huh.

6                     A.    I was on my way to -- I was on my

7      way to Downstate before it closed down.  I swallowed

8      a lighter on purpose because I know if I swallowed a

9      lighter that Downstate, they -- they do their job.

10                     So I went to -- while I was in

11     Downstate, I told them I had chest pains.  They did a

12     thorough x-ray on me.  The nurse down there did

13     actual x-rays in and say, oh, they see metal inside

14     of me.

15                     They took me out from Downstate and

16     sent me to Mount Vernon Hospital in Mount Vernon.

17     While I was in Mount Vernon Hospital, they stated --

18     they did a C.A.T. scan.  They did x-ray and there

19     they said, do you want surgery because they seen all

20     that metal inside of me.

21                     They said, do you want surgery to get

22     this stuff out.  And I said, yes.  And then a few

23     days later, the next thing I know is they discharged

24     me and now I'm back here go through this right here,

25     but yes.

Associated Reporters Int'l., Inc.

1      Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                    Q.   Okay.  I'm sorry I'm going to

3      back you --.

4                    A.   I didn't hear you.

5                    Q.   I'm sorry, I'm going to back you

6      up a little bit.  I just want to make sure I

7      understand what the object was.  Are they made -- is

8      it your testimony that it was plastic, two plastic

9      items?

10                    A.   Yeah.  It's -- it's a SHU pen.  A

11      SHU -- can you excuse me.  Can I talk to the

12      counselor, please?  Can you show what a SHU pen look

13      like so she can see what it -- so she can see what it

14      is?  You know the plastic pen that they have in a --

15      yeah.  Hold on a minute.

16                    Q.   Okay.  Anything that they show me

17      doesn't show on the transcript.  You're going to have

18      to describe it in words.

19                    A.   All right.  Say -- say this is a

20      SHU pen.  It's plastic.  This right -- this piece

21      right here is like this big.  So I put two of these

22      inside my penis, but because it's not metal, it

23      didn't show up on these people record for whatever

24      reason.  It didn't show up.  And that's when I --

25                    Q.   Okay.  We're now talking about a

```
 1             Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2      pen, like a writing utensil that they have in a
 3      Special Housing Unit?
 4                        A.    Exactly, yes.
 5                        Q.    Okay.
 6                        A.    I how you doing -- yes.
 7                        Q.    All right.  Thank you.
 8                        A.    And every time I've been writing
 9      for sick call, these people been -- how you doing,
10      talking about -- these people being sitting there
11      saying that it's not there, but I say, hold on.
12      That's impossible because when I was just in Mount
13      Vernon in the real world, they did -- their job is --
14      they seen something.
15                        So how all of a sudden, I'm in state
16      prison and -- and that they keep saying they never
17      see -- nothing's up there.
18                        Q.    Okay.
19                        A.    That doesn't make sense.
20                        Q.    All right.  So were you inside of
21      your cell when you inserted the pen tips?
22                        A.    I did -- I did it in front of the
23      C.O.  I said, C.O. look, I'm putting this inside of
24      me, and I did it in front of him.
25                        Q.    Which C.O. was that?
```

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2                    A.   To be honest, I don't know.
 3                    Q.   Okay.  Can you describe what he
 4     looks like?
 5                    A.   To be -- I was so mad at the time
 6     that -- to be honest, I wasn't even paying attention
 7     really at right then and there.
 8                    Q.   Okay.  Do you remember anything
 9     like, you know, his race, his hair color?  The color
10     of his eyes?
11                    A.   I mean, I'm not trying to be
12     funny or nothing, but he was white.
13                    Q.   White, okay.
14                    A.   Yeah.
15                    Q.   Do you remember how tall he was?
16     What color hair, anything?
17                    A.   No, I don't.
18                    Q.   Nothing.  Do you remember what
19     color uniform he had on?
20                    A.   Yeah, the -- a blue shirt.  He
21     had a blue shirt on.
22                    Q.   Okay.  Do -- big guy, small guy?
23                    A.   I can't -- I -- I'm not going to
24     say it like that.  I don't -- I don't really know.
25                    Q.   No.  So would you remember if he
```

1         Blanford v Banks - 5/2/2022 - Rashaun Blanford
2    had any tattoos visible, anything like that, or
3    glasses on?
4                   A.   I think, if I'm not mistaken, I
5    don't think I've seen him with any glasses on.
6                   Q.   Okay.  Do you remember if he had
7    facial hair?
8                   A.   No, I don't.
9                   Q.   Okay.  All right.  So you said
10   that you put the pen tips inside your penis, but
11   where did you put them?  Did you put them in the
12   urethra or somewhere else?
13                  A.   Like you know, the -- the hole
14   that's in the penis, I stuck the -- I stuck the two
15   pen tips through the pee hole and I said --
16                  Q.   Okay.
17                  A.   -- look, this is in here and I'm
18   showing -- I'm showing the C.O.s that this is in
19   here.  And I pushed it down.  They still did nothing.
20   Literally they still stuck inside of me --
21                  Q.   Okay.
22                  A.   -- from, since February 2nd.  And
23   I put in for a sick call slip here.  I made a PREA
24   complaint.  They did a x-ray on me here and pardon
25   me, they said that there's no pen tips inside of me.

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2                      And I'm like, it's impossible because
 3          I was just in Downstate, and they said there was
 4          something inside of me.  So yes --
 5                      Q.   Okay.
 6                      A.   -- there's a whole bunch of metal
 7          that still stuck inside of me.
 8                      Q.   Okay.  So you said that there was
 9          a correction officer there when you -- you put the
10          pen tip in.  Did you tell anybody else that you had
11          done that?
12                      A.   Yes, I told --.
13                      Q.   How long did you wait to tell
14          anyone?
15                      A.   I told -- I told the nurses there
16          that same day and I went on a hunger strike to let
17          people know, listen, I got metal stuck inside of me.
18          Can you all do something about it?  I even went on a
19          hunger strike --
20                      Q.   Okay.
21                      A.   -- which is all in my file.
22                      Q.   Did you put in the medical slip
23          that day?
24                      A.   I -- yes.  And you know what
25          happened?  I put in the medical slip.  When I came
```

1     Blanford v Banks - 5/2/2022 - Rashaun Blanford
2     back, after O.S.I. came and seen me, received the
3     video of me being assaulted, the Nurse Doroco, she --
4     she put like a pink urethras thing inside my penis to
5     try to drain it out and nothing came out.
6                   I think she -- by her doing that, she
7     just pushed it deeper where it's at and now, it's
8     stuck inside of me.
9                   Q.   Okay.  So let me back up a little
10    bit.  That day you -- you inserted the tips, you
11    testified?
12                  A.   Correct.
13                  Q.   And you were taken out of your
14    cell.  And I'll ask you --
15                  A.   Yeah.
16                  Q.   -- some questions about that in a
17    minute.  I just want to cover one thing at a time.
18    When you were taken out of your cell, where did they
19    take you to?
20                  A.   They threw me -- they threw me
21    towards the wall.  I hit the ground.  I was taken to
22    medical.  From medical, I was taken to the strip
23    frisk room.
24                  From the strip frisk room, I was taken
25    to another company to another company inside the cell

```
 1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2    with a C.O. watching me with nothing inside there
 3    besides the mattress and the smock, that's it.
 4                    They didn't give me no medical
 5    attention.
 6                    Q.   Okay.  When you say you were
 7    brought to another company, are you talking about a
 8    contraband watch?
 9                    A.   Yes.
10                    Q.   Okay.  So when they took you to
11    medical, do you know who examined you?  Was that --?
12                    A.   Nurse -- excuse me.  Pardon me
13    for being loud.  It was Nurse Doroco.
14                    Q.   Okay.
15                    A.   That's the lady who stated --.
16                    Q.   And can you just walk me -- I'm
17    sorry to interrupt you.  Go ahead.
18                    A.   That's the lady who stated on my
19    medical use of force paper that there was nothing
20    wrong with me and she stated to take it out myself.
21    That's that lady right there.
22                    Q.   Okay.  So can you just walk me
23    through what happened when you got to medical.
24    Basically, describe her exam and treatment.
25                    A.   Yeah, when I went to -- when I
```

1          Blanford v Banks - 5/2/2022 - Rashaun Blanford

2     went to medical after the situation happened, I said,

3     excuse me, I got two pen tips stuck inside my penis.

4     You need to get this out.

5                    She told me to take it out myself with

6     attitude and I'm looking at her like, you realize I

7     got two pen tips stuck inside of me.  I keep -- if I

8     could get it out, I wouldn't even be crying to you

9     but for the most part, she said that, and I was

10    denied medical treatment there.

11                   When I was on a contraband watch, I

12    went on a hunger strike and let people know the

13    reason why I'm not eating because I got metal stuck

14    inside my penis and you all aren't doing nothing

15    about it.

16                   Only thing the nurse told me was, oh,

17    drink some water and it will pass.  And that's --.

18                   Q.   Okay.  Okay.  So you -- you

19    testified that you were taken from medical to a strip

20    frisk and then you were put on contraband watch?

21                   A.   Yes.

22                   Q.   Did you have a medical attention

23    while you're on contraband watch at all?

24                   A.   Yes, I -- yes, yes, yes.  Yes, I

25    did.

Associated Reporters Int'l., Inc.

1       Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                       Q.   Did you submit medical slips for

3       that?

4                       A.   On the contraband watch, I can't

5       do nothing, but when I got back to my normal cell, I

6       put in for a sick call and I would -- I received

7       medical treat -- attention, but nothing still came

8       out.

9                       Q.   So am I correct that your

10      testimony is that you didn't ask for medical

11      attention during contraband watch?

12                      A.   No, I -- I did, but I just

13      couldn't write.  I couldn't do no writing because I

14      was on a contraband watch.  I was letting --

15                      Q.   Okay.

16                      A.   -- everybody know that I got two

17      pen tips stuck inside of me and that when I was piss

18      -- oh, when I was using the bathroom there was blood

19      coming out.  They did absolutely nothing for me when

20      I was on contraband watch and if you think I'm lying,

21      you can get the video because there's cameras right

22      on the company where I was at, and you could see that

23      everything I'm saying is true.

24                      Q.   Okay.  Who did you ask for

25      medical attention while you were on contraband watch?

Associated Reporters Int'l., Inc.

1        Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                       A.   I ask that -- it was a nurse.  It

3    was a old nurse lady.  Oh, man.  It was the old nurse

4    lady.  I don't know her exact name but there was the

5    nurse lady that was there.

6                       Q.   When you say she is there, do you

7    mean that she is assigned to work there?

8                       A.   Yes.

9                       Q.   Can you describe her for me?

10                      A.   To be honest, I can't.

11                      Q.   Okay.  Do you -- do you remember

12   her race?

13                      A.   Yeah, she is white.  A lot of

14   C.O.s that worked -- that worked in Marcy R.M.H.U. is

15   white.

16                      Q.   Okay.  You said she was old.  How

17   old would you say she is?

18                      A.   Cool -- I mean, pardon me,

19   grandmas -- grandma old.

20                      Q.   Well, some of us have a funny old

21   grandma.  There's -- some of us have a hundred-year-

22   old grandmother, so.

23                      A.   All right.  So she looked as like

24   -- she was in like her 50s or 60s.  That's my

25   assumption, I could be off, but she looks like --

                    Blanford v Banks - 5/2/2022 - Rashaun Blanford

 1

 2                          Q.    That's okay.

 3                          A.    -- she was around there.

 4                          Q.    Okay.  Okay.  Do you remember her

 5      stature?  Was she tall, short, heavyset, skinny?

 6                          A.    Yes, she was short.

 7                          Q.    She was short?  Do you remember

 8      her hair color?

 9                          A.    No, I don't.

10                          Q.    Okay.  Did she wear glasses?

11                          A.    I wasn't paying attention to her

12      like that.

13                          Q.    Okay.

14                          A.    I don't know.

15                          Q.    And anything else that you --

16      that stuck out to you like a tattoo or anything that

17      you think would help identify her?

18                          A.    To be honest, when I'm mad, I

19      don't really be paying attention to people like that.

20                          Q.    Okay.

21                          A.    They are like when I -- when I'm

22      not mad and I start playing it back no, not that I --

23      not that I know of.

24                          Q.    Okay.  So you said you asked her

25      for medical care.  Can you tell me specifically what

Page 42

```
 1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2        you said to her?
 3                    A.    I said, excuse me, miss, my -- my
 4        penis is hurting.  I got two metal pen tips stuck
 5        inside of me.  I'm not peeing, and she was telling me
 6        that, oh, they will pass, and she was saying drink
 7        water.  That was it.
 8                    Q.    Did she examine it by looking at
 9        it?
10                    A.    Did she?  No.  Actually, no.  She
11        didn't do none of that.
12                    Q.    Okay.  And how long were you on
13        contraband watch?
14                    A.    For -- I think like February 2nd.
15        I don't know what that -- what date that was.  I was
16        only on contraband watch for like, for -- probably
17        for the rest of that weekend.  I got off like that
18        Monday.
19                    Q.    Okay.  So --.
20                    A.    So let's say it happened on
21        Tuesday and they had me Tuesday on the contraband
22        watch, Wednesday, Thursday and Friday, Saturday,
23        Sunday, Monday, so about like seven -- almost a week.
24                    Q.    Okay.  Did you tell anyone else
25        except for the nurse while you're on contraband
```

Associated Reporters Int'l., Inc.

1        Blanford v Banks - 5/2/2022 - Rashaun Blanford

2        watch?

3                        A.    I told the -- I told the nurse.

4        I told the sergeant.  I told -- listen.  I told the

5        civilian, which is Demory.  I told everybody that

6        walked through and then I just stopped talking.

7                        Q.    Okay.  When you said you told

8        them, what did -- what were you saying to them

9        exactly?

10                       A.    I got two -- I said, I got to two

11       metal pen tips stuck inside of me.  You're going to

12       do something about this and they just sitting there

13       looking at me just, oh, we're going to check into it.

14       Oh, it's going to pass.  And that was it.  I'm like,

15       okay.

16                       Q.    Okay.  Were you ever sent to

17       medical while you were on contraband watch?

18                       A.    When I was on contraband watch, I

19       never once got sent to medical and I kept on telling

20       them, yo.  I said, by me being in a contraband watch,

21       you all got to do something about this.  You're not

22       doing that.  I said, you all do realize that you --

23       you're all on camera, it's going to come back, and

24       they just started.

25                       One of the C.O.s came to my cell and

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2      laughed and then, he say, ha, ha, ha, ha.  We gave
 3      you a lawsuit, literally on camera.
 4                      Q.   Which C.O. was that?
 5                      A.   Him?  I don't know because, like
 6      I said, I wasn't talking to a lot of them over there
 7      because, yeah, I just don't talk to him like that.
 8      But he literally --
 9                      Q.   Okay.
10                      A.   -- came in my cell and laughed in
11      my face when I was going through the whole situation.
12                      Q.   Okay.  And then you -- after you
13      were on contraband watch, you testified that you went
14      back to your regular cell.  Did you put a metal --
15                      A.   No, I went to -- I went to --
16                      MR. SCOTT:  Objection.
17                      THE WITNESS:  I went to O -- I went to
18      O.B.S.  And then I went to my regular cell.
19                      BY MS. HANER:  (Cont'g.)
20                      Q.   Is -- what is O.B.S.?
21      Observation?
22                      A.   Yes, it's a observation cell.
23      When you would like in a strip, it's like you got
24      green mats, you got smocks and a sink, and you're
25      basically closed in like your own cell.
```

Page 45

1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
2                         Q.    Okay.   How long were you in
3          observation?
4                         A.    Probably for like Saturday,
5          Sunday, probably for like a day-and-a-half.   And I
6          got off on Monday.
7                         Q.    Okay.  Okay.  Did you ask for
8          medical attention while you were in the observation
9          cell?
10                        A.    Yeah, I was asking almost every
11         single day for medical attention.   They didn't do
12         nothing for me when I was in O.B.S.
13                        Q.    Okay.   When you're in O.B.S., did
14         you submit medical slips asking for care or did you
15         just ask the people?
16                        A.    I mean, I was just verbally
17         asking because I can't write nothing when I'm in
18         O.B.S.
19                        Q.    Why can't you verbally write
20         anything?
21                        A.    Because when you were in O.B.S.
22         that means you're suicidal and if we were suicidal,
23         they're not going to give you a pen while you're in a
24         suicidal state of mind because if they give you a
25         pen, if something happens to you, it goes back on

1          Blanford v Banks - 5/2/2022 - Rashaun Blanford

2          them.

3                          Q.   Okay.  So do you know who it was

4          that you asked for medical care?

5                          A.   To be honest, I was -- if you was

6          to get the records, I was asking everybody that's --

7          that was down there.  Sometimes I'll just ask people

8          about it, and I don't even know their names.

9                          Q.   Okay.  Is there anyone that you

10         asked for medical care that you could describe to me

11         so I can identify them?

12                         A.   I mean the nurse, Nurse Doroco

13         who denied me.  I asked her for help.  Besides the

14         short old lady whose name I don't know.

15                         Q.   Are you saying that Nurse Doroco

16         was also there while you were in the observation

17         cell?

18                         A.   No, she was the one that was in a

19         medical room when I got denied medical attention but

20         that was the thing, you know everyone who I asked,

21         who I have a hope.

22                         Q.   I'm sorry.  I think my question

23         was confusing.  I was just asking you about during

24         the period of time you were in the observation cell.

25                         A.   Okay.  Okay.  I asked all the

Associated Reporters Int'l., Inc.

```
 1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2     nurses that came through down there, let them know
 3     that I got two metal pen tips stuck inside of me.  I
 4     let the sergeant know.  He is the red -- now, him, I
 5     remember, but I still have no help.
 6                    Q.   Okay.  Do you remember anyone's
 7     names that you asked for help?
 8                    A.   I mean the sergeant, he is black.
 9     I don't know his name.
10                    Q.   Okay.  And how about the nurses?
11                    A.   Nurse Doroco.  You had a old lady
12     whose name I don't know, and I ask Demory for help,
13     which is a civilian.
14                    Q.   When you say Demory is a
15     civilian, what do you mean?
16                    A.   He's the old lady.  She yeah, or
17     something like that.
18                    Q.   Okay.
19                    A.   Or some, yeah, some -- something
20     like -- I don't know the exact name because I don't
21     have documents in front of me, but he is somewhere in
22     the O.M.H.
23                    Q.   Okay.  When you asked them for
24     medical care, what did they -- what did they say to
25     you?
```

1          Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                          A.    He told me think about what you

3          did, meaning that because, you know, they stick up

4          for the C.O.s whether they right or wrong.  So I say,

5          listen, I got two pen tips stuck inside of me.  Can

6          you please report this, and I would like make a

7          complaint or something like that.

8                          He was like, he looked at me literally

9          and said, think about what you did.  And I'm like,

10         I'm looking at him, I say, yo, there's audio right

11         there I said watch, and he just walked on.

12                         Q.    You're referring to Defendant

13         Demory?

14                         A.    Demory, yes.

15                         Q.    Okay.

16                         A.    That happened when I was on a

17         contraband watch on the other company.

18                         Q.    Okay.

19                         A.    I think it happened on that other

20         --.

21                         Q.    When they put you back in your

22         regular cell, did you ask for medical attention

23         there?

24                         A.    Yeah, but check this out.  The

25         only way that I got medical attention was after

800.523.7887                                    Associated Reporters Int'l., Inc.

1        Blanford v Banks - 5/2/2022 - Rashaun Blanford

2        party.  I said, check this out.  The only way how I

3        got medical attention was after when the O.S.I.

4        investigator came because after the O.S.I.

5        investigator came, Mr. Pavlik or House, I don't know

6        his name either.

7                    But I guess he received the video, the

8        incident or whatever.  And then that's when they

9        wanted to act like they was giving me medical

10       attention afterwards.  But they didn't really do

11       nothing for me.

12                    Q.   Okay.  So I just have to rewind

13       you a little bit just so I understand everything step

14       by step and I'm sorry for that because that's makes

15       you repeat yourself a lot.

16                    When you went back to your regular

17       cell, did you submit medical slips for medical

18       attention?

19                    A.   Yes, I slip -- I said a slip.  I

20       put in sick calls slips let them know that my -- I

21       feel a sharp pain when I urinate.  What happened was

22       the lady came to do a urine sample and I stated that,

23       I can't piss because I just can't piss because

24       there's something inside of me, it hurts when I piss.

25                    She lied and stated that I refused to

1           Blanford v Banks - 5/2/2022 - Rashaun Blanford
2      give a urine sample when I never refused.  And I'm
3      looking at them like, no, you know, I got pen tips
4      stuck inside of me.  I can't even piss right.  And
5      you telling them that I refused.  And she walked off.
6      Got it?
7                    Q.   Okay.  Do you know who that was?
8                    A.   I don't know because it was early
9      in the morning.
10                   Q.   Okay.  So do you know when you
11     submitted the sick call slips?  The dates maybe.
12                   A.   To be honest, I -- I was putting
13     in sick calls slips, I think every day.
14                   Q.   Every day?
15                   A.   And then, I was write -- yes, and
16     I was writing to outside agencies, letting them know
17     like I was putting in sick call slips to other
18     agencies that I need help.
19                   Q.   You said you submitted them every
20     day, every day for how long?
21                   A.   Almost every day.
22                   Q.   Okay.
23                   A.   Because I can't keep tracking of
24     it because I don't have all my paperwork because they
25     threw out some of my documents but almost every day,

1       Blanford v Banks - 5/2/2022 - Rashaun Blanford

2       I was keeping track of it.

3                   Q.    Okay.  How long did you do that

4       for?

5                   A.    Say that again.

6                   Q.    How long did you do that for?

7                   A.    I'd probably say with --

8       throughout that whole month and then when I -- when I

9       left, I was doing it in every facility that I went

10      to, and they got documents of that.

11                  Q.    Okay.  When you requested medical

12      attention at the other facilities, did you submit

13      medical slips for that?

14                  A.    Yeah.  Yes, I let them know that

15      I was still in sharp pain, and it was hard -- hard

16      for me, I can't urinate and they -- they did the x-

17      ray machine -- thing on me and according to them

18      nothing was in there.

19                  Q.    Okay.  So you testified earlier

20      that Nurse Doroco did a physical exam the day it

21      happened.

22                  A.    Yes.

23                  Q.    What was the next time that

24      somebody actually looked at the injury?

25                  A.    To be honest when Nurse Doroco

1       Blanford v Banks - 5/2/2022 - Rashaun Blanford

2       said take it out yourself.  You had the doctor,

3       nurse, I put up for sick call.  You had a -- I think

4       she was a unity or a doctor whatever.  I came out to

5       see her.  She looked at my stuff.  She was --

6       whatever, trying to see -- see where the metal was

7       at.

8                    And she was like, if metal was stuck

9       in you, I would have felt that it is impossible for

10      metal to be stuck inside of you, it would have

11      passed.  And I'm looking at her and she was like, I

12      was the one that denied you that didn't want to go to

13      out to the hospital, in her own word she said that.

14      And I'm looking at her, like, but yeah, I don't know

15      her name though.

16                    Q.    Okay.

17                    A.    She was just trying to stick up -

18      - she was just sticking up for the other nurse

19      because the other nurse messed up and she was just

20      sticking up for her.  That's all she was doing.

21                    Q.    Okay.  So after Ms. Doroco took a

22      look at it the first day, when was the next time that

23      somebody actually looked at it?

24                    A.    Like a few weeks later after

25      O.S.I. came, I put in for a sick call.  Nurse Doroco

1        Blanford v Banks - 5/2/2022 - Rashaun Blanford

2        had -- she looked at it.  Then she want to put the

3        pink urethra thing, or it was like a small pink

4        thing.  She is sticking up in there and she tried to

5        drain it out, but nothing came out.

6                        Q.    Okay.  So is it your testimony

7        that the nurse tried to drained it out a few weeks

8        after you had inserted them?

9                        A.    Yeah, but nothing came out.

10                       Q.    Okay.  And you mentioned

11       something earlier about x-rays.  Can you tell me when

12       they did x-rays?

13                       A.    Well, after the -- after I'm at

14       Marcy, I went to Attica because I got -- I got into

15       something when I was in Attica.  When I was in

16       Attica, P.O. Ness, I guess, talked to Attica and I

17       told them as well, let him know about my -- what's

18       stuck inside of me.  They did an x-ray.  They said

19       that nothing was inside of me.

20                       After Attica, I waited two months.  I

21       went down towards Downstate and Downstate was the

22       facility that seen metals -- Downstate was the

23       facility that seen the metal inside of me and they

24       did the right thing.

25                       Q.    Okay.  When you say did the right

1          Blanford v Banks - 5/2/2022 - Rashaun Blanford

2     thing, are you talking about an x-ray?

3                    A.   Say that again.

4                    Q.   When you said Downstate did the

5     right thing, do you mean Downstate did an x-ray?

6                    A.   Yes, they did an x-ray.

7                    Q.   Okay.

8                    A.   They see the metal inside of me

9     and they sent me up to a -- a real proper hospital

10    that literally that legitimately do their job.  And

11    that's what I was trying to say.

12                   Q.   Okay.

13                   A.   Yeah, that's what I was trying to

14    bring your attention.  You thinking I'm lying.  Can

15    you send me out to the hospital and whatever -- I

16    guarantee you that they're going to say something.

17    They're going to see that there's metal inside of me,

18    and I'd even drop this whole lawsuit right now, but

19    I'm telling you right now that the outside hospital,

20    they're going to say that that metal was on there.

21                   Q.   Okay.  So when you said you got

22    the x-ray while you were at Downstate?

23                   A.   Yes.

24                   Q.   What hospital did the x-ray?

25                   A.   Mount Vernon Hospital.

Associated Reporters Int'l., Inc.

1          Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                          Q.    Mount Vernon?

3                          A.    Yeah.

4                          Q.    Okay.  And the Mount Vernon

5          Hospital that did the x-ray found metal inside of

6          you.  Where did they find the metal?

7                          A.    Inside my penis.  Now --

8                          Q.    Anywhere else?

9                          A.    I swallowed a lighter, so I can

10         get the attention that I needed.  I stuck some more -

11         - listen.  I know I'm not going to lie here.  I stuck

12         some more metal inside of me just so I can show them

13         all the stuff that's inside of me, so they can get it

14         out.

15                          So when I stuck, I think it was a

16         staple inside of me, they see that amongst other

17         stuff that was in there that I've been saying that's

18         in there and that's when I got them to send me out.

19         So I had to do all that --

20                          Q.    Sorry.  I didn't mean to

21         interrupt.  Go ahead.

22                          A.    And so I had to go through all of

23         that just to prove to them that there's really a

24         whole bunch of metal inside of me that these people

25         have not been doing nothing for me.

Page 56

1        Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                          Q.    Okay.  Do you remember when about

3        the x-ray was done?

4                          A.    I know the incident happened

5        February 2nd.  So February, March, April, I guess, I

6        was in -- I was in Attica.  So I'll just say that all

7        this stuff happened around two thou -- of last year,

8        2021.

9                          I don't know the exact month, so I

10       would say I have them 2021.

11                         Q.    Okay.  But do you remember when

12       the x-ray was taken?

13                         A.    Do I remember when?

14                         Q.    Yeah.

15                         A.    I don't remember when, but I know

16       where it was taking at though.

17                         Q.    Okay.

18                         A.    Like I said, it's taken in Mount

19       Vernon.  I don't know when though.

20                         Q.    Okay.  So you said that you had

21       put a staple inside your penis prior to the x-ray.

22       How long prior to that x-ray?

23                         A.    I did it when I was in Downstate

24       on a contraband watch.  I said, listen I got -- they

25       say -- they asking me why did I swallow a raz -- I

mean, a lighter. Well, I said the reason why I swallowed it is because I got two pen tips stuck inside my penis and I need to get this out. Nobody is doing nothing for me.

So that's why I put the staple -- well, that's why I swallowed it and that's why I put the staple inside of me, so you could see all the -- everything that's -- to see what's inside of me and send me out --

Q. Okay.

A. -- to do what they got to do.

Q. Okay. So is it your testimony that you swallowed a lighter in order to get an x-ray, so that they could see the objects inside of your penis?

A. Yes, yes.

Q. Okay. I think I understand now.

A. Because every time I keep on saying -- go ahead.

Q. Did -- after the x-ray, what was the treatment given to you for the objects that were inside your penis?

A. Well, when I was in Mount Vernon Hospital, they said, oh, you want surgery? They say

Associated Reporters Int'l., Inc.

```
 1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2        the doctor's going to come up here in a few days.
 3        I'm like, yes.  Then they see me there, I'm waiting
 4        patiently.  They discharged me and send me to Great
 5        Meadow P.H.U.
 6                    And the C.O.s was telling me in the
 7        van that -- that the superintendent or the sergeant
 8        said that the reason why they discharged me was
 9        because I was being an asshole, pardon my language,
10        but I wasn't even been an asshole because why would I
11        be a asshole when I got stuff stuck inside of me that
12        I'm trying to get out of me, and they just discharge
13        me.
14                    Q.   What -- what surgery did they
15        plan to do?  Was the surgery for the lighter or the -
16        -
17                    A.   For the penis.
18                    Q.   -- other object?
19                    A.   For the penis, the penis.  It was
20        for the penis, the metal object, yes.
21                    Q.   Okay.  So did you ever get
22        surgery?
23                    A.   Not to this day, I haven't, no.
24        And I've been writing, writing, writing.  I still
25        haven't got no surgery.
```

Associated Reporters Int'l., Inc.

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2                    Q.    Have those objects come out yet?
 3                    A.    No, they still stuck inside of
 4     me.   When I use the bathroom literally -- it
 5     literally, I feel a sharp pain.  Pardon me.  I feel a
 6     sharp pain.  It's still stuck inside of me.  They did
 7     an x-ray here.  The doctor told me, oh, as of right
 8     now there's nothing inside of you.
 9                    I'm like it's impossible because the
10     outside hospital get stuff on record where there is
11     metal inside of me.  So I have not received no -- got
12     no help.
13                    And the only reason why these people
14     here help me because I was talking to PREA, and they
15     listen to phone calls.  And they heard me saying
16     something to PREA and they want to act like they send
17     the email to them when that wasn't the case.
18                    And they just, oh, say, oh, we heard
19     you say this, and they heard and that's what it was,
20     meaning that this is what occurred they're talking
21     about -- I got metal inside my penis and that's why
22     they want to make sure everything was all right.
23                    Q.    Okay.  So there's no -- is there
24     any surgery scheduled at all?
25                    A.    I haven't had no surgery
```

```
 1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2        scheduled.  I put --
 3                       Q.   Okay.
 4                       A.   -- to be honest, miss, I feel
 5        that you would have to like have these people send me
 6        to a real hospital so I can get real results because
 7        these people here in prison they don't give us no
 8        real result.  They give us half -- half decent
 9        medical care here.
10                       Q.   Okay.  Did you get any more x-
11        rays after Mount Vernon?
12                       A.   To be honest, besides Mount
13        Vernon, I got an x-ray here.  After that, not that I
14        can remember actually.  Not that I can remember.
15                       Q.   When you say here, do you mean
16        Wende?
17                       A.   Yes.  Wende Correctional
18        Facility.
19                       Q.   And do you remember when your x-
20        rays at Wende were?
21                       A.   Maybe probably like about few
22        weeks ago.  I don't know the exact date, but it was a
23        few weeks ago.
24                       Q.   Okay.  And did they find anything
25        on the x-ray two weeks ago?
```

```
 1              Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2                        A.   No, they said that according to
 3       their x-ray, nothing -- nothing came up inside of me.
 4                        Q.   Okay.  Are you still feeling any
 5       pain?
 6                        A.   I can feel the pain for the whole
 7       time.  It's been only since February 2nd when I
 8       literally -- when I urinate, I feel like a sharp
 9       literally pain and sometimes my piss don't even come
10       out straight.  It come out a different way.
11                        Q.   When's the last time that you
12       submitted a medical slip complaining about the pain?
13                        A.   To be honest, I -- when I first
14       came here, I put in sick call slips and after they
15       did the x-ray, I just didn't even bother with it here
16       no more because, like, they're not going to do
17       nothing for me.
18                        Q.   Okay.  When did you first get to
19       Wende?
20                        A.   October 5th.
21                        Q.   Okay.  So you submitted medical
22       slips when you got there after October 5th.  How long
23       -- is that correct?  Is that --?
24                        A.   Yeah, and I didn't receive no
25       help until I got to population because their excuse
```

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2     here is, they're always busy.  Their business
 3     consisted of sitting there gossiping and talking
 4     about a whole bunch of nothing.  And I received no
 5     help until I got to population and -- and made a
 6     phone call.
 7                     Q.   Okay.  When did you stop
 8     submitting medical slips?
 9                     A.   After I realized that they wasn't
10     going to help me.  So I don't know when, but I just
11     stopped.
12                     Q.   Okay.  Was it -- did you submit
13     them for a few weeks, a few months?
14                     A.   Like days at a time.
15                     Q.   Okay.  When you say days at a
16     time, can you explain to me?
17                     A.   Let's say, I've put in a sick
18     call, today is Monday.  I might write a sick call,
19     Monday, Tuesday, Wednesday, and I might give it like
20     a week break or two weeks break and then I might go
21     at it again like another two or three days type
22     things and then they doing nothing, so I just stop.
23                     Q.   Okay.  So is it your testimony
24     that after the x-rays, they haven't given you any
25     treatment?
```

```
 1            Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2                      A.    Not any treatment whatsoever.
 3                      Q.    Okay.  All right.  I think I've
 4            asked you everything about that that I wanted to ask.
 5            So now, we're going to go back to your extraction
 6            from your cell, the day of the incident.   Sure.
 7                      A.    Can I get that or no?   According
 8            to New York State DOCCS.
 9                      Q.    Okay.
10                      A.    Whenever -- whenever an incident
11            happens, right, a hearing is commenced.  A hearing is
12            commenced to find out whether you're guilty or not,
13            right?  So you listening?
14                      A.    I am, just turning it up.
15                      Q.    So -- so when a use of force
16            happen -- since I've been like the very time I get
17            into use of force, I go to a hearing, they find me
18            guilty.
19                      So this incident happened in use of
20            force and the hearing officer, not even finishing up
21            the incident just dismissing a ticket, that shows
22            that the action that was done by the C.O.s is not
23            justifiable, it showed that I was assaulted for no
24            reason because if it actually was justifiable that
25            means that a hearing was commenced.
```

Associated Reporters Int'l., Inc.

Page 64

1       Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                       Then in the hearing they would have

3       found me guilty.  You -- you get what I'm saying?

4       And I also received my discipline record and the

5       incident that occurred is not even on a disciplinary

6       record because they tried to cover it up.  Well,

7       yeah, it's not even on it because they tried to cover

8       it up.

9                       Q.   Okay.  So let me take you through

10      that step by step.  Your complaint says that you came

11      out of your cell and Defendants Banks and Johnson

12      used excessive force against you.

13                      Is it your testimony that that

14      happened the same day that you inserted the pen tips?

15                      A.   Yes, ma'am.  That happened the

16      same exact day.

17                      Q.   Okay.  Why were the C.O.s coming

18      into your cell?

19                      A.   Because if I'm not mistaken, they

20      was taking me out because I said I was suicidal.  So

21      I think they was taking me out either talk to the

22      nurse or maybe to O.B.S.

23                      Q.   Okay.

24                      A.   That was the reason why.

25                      Q.   Okay.  And who opened your cell

1         Blanford v Banks - 5/2/2022 - Rashaun Blanford
2         door?
3                          A.    Johnson, C.O. Correction Officer
4         Johnson opened up my cell door and he was the one --
5         no, Banks was the one that wrote the ticket, but he
6         wasn't the one that opened up my cell door.  It was
7         Johnson that opened up the cell door.
8                          Q.    Okay.
9                          A.    And they try to say that they --
10        excuse me.
11                         Q.    Sorry.  I interrupted you.  Go
12        ahead.
13                         A.    And then, Banks tried to say that
14        they both grabbed me from behind in the state
15        building threw me on the ground face first.  That was
16        a lie because how could I sit here and say that
17        Johnson grabbed me and threw me on the ground face
18        first, but then on a camera where the video it shows
19        that Johnson was picking me up and throwing me
20        towards the -- well it shows Johnson picking me up
21        towards the wall and he wasn't even around at the
22        time.
23                         And then he says that I donkey kicked
24        him, on the camera.  How can I donkey kick somebody
25        if I'm in handcuffs being picked up and thrown across

Associated Reporters Int'l., Inc.

```
 1           Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2      the gallery, it doesn't make sense.
 3                   Q.   Okay.  So let me just ask you all
 4      these things question by question, so we can get --
 5      get a really clear record.
 6                   A.   Okay.
 7                   Q.   Did you push against the cell
 8      door at all when it was opened?
 9                   A.   What happened is, when the cell
10      door was open, he opened it and said that he tried to
11      push me in my cell.  I push my feet outside the cell
12      because I'm in handcuffs.
13                   If these C.O.s did that to me on
14      camera imagine what they would have been coming
15      inside that cell that day.  I push my feet out my
16      cell, so he won't push me in my cell and do whatever
17      he do to me in handcuffs for my own protection.
18                   Q.   Are you saying that you were
19      already in handcuffs before the cell door opened?
20                   A.   Correct, because it's like this.
21      Whenever the C.O. -- when you were in the mental
22      health program, I'm on level -- I was in level two.
23      So I'm in handcuffs because they got to me tell me
24      turn around then they put the cuffs on my back.
25                   So I was in handcuffs in the back when
```

    1         Blanford v Banks - 5/2/2022 - Rashaun Blanford
    2         all this is going on.  And that's when he opened up
    3         the cell.  And like I said, I'm restrained the whole
    4         time.
    5                        Q.    Okay.  So you -- is it your
    6         testimony that you placed your feet in the way of the
    7         door to hold the door open?
    8                        A.    So -- yes, I -- no.  I put my
    9         feet like out and I have my feet, like, can I show
   10         you?
   11                        Q.    Well, if you show me, it's just
   12         not helpful to the transcript because --
   13                        A.    Can I show you so you could give
   14         a --?
   15                        Q.    --it is not going to get written
   16         down, so if you describe to me in words what
   17         happened, that would --.
   18                        A.    So I put my feet outside of this
   19         -- the -- the cell stopping the C.O. from pushing me
   20         in my cell in handcuffs.  That's what I did.
   21                        Q.    Okay.  Why would you think that
   22         the C.O.s would push you into your cell?
   23                        A.    Because when I was in my
   24         handcuffs, my hands behind my back.  I felt the C.O.
   25         put a pressure like he was trying to like -- I felt

Associated Reporters Int'l., Inc.

1       Blanford v Banks - 5/2/2022 - Rashaun Blanford

2       the C.O. put a pressure on the handcuffs trying to

3       push me in my cell.

4                       Q.    Okay.  I think I understand.  So

5       after --

6                       A.    Are there somebody --.

7                       Q.    -- after you placed your feet in

8       the way of the door, what happened next?

9                       A.    Well, it's not placed my feet

10      away the door to stop the C.O. from pushing me in a

11      cell for no reason, all of a sudden, C.O. Johnson

12      pick me up -- pick me up by my handcuffs in midair

13      and threw me sideways like a bow and arrow. I hit the

14      wall, and then I hit the -- and I just drop to the

15      ground, and I was just stuck.  And they looking at me

16      --.

17                      Q.    Was C.O. Johnson alone when --?

18                      A.    Yes, C.O. Johnson was definitely

19      -- no, there was a lieutenant that was up there, and

20      he just looked at me and made a face like he didn't

21      do nothing.

22                      Q.    So is it your testimony that

23      Correction Officer Johnson was alone when he was

24      taking you out of your cell?

25                      A.    He was alone.  Whenever C.O. take

1        Blanford v Banks - 5/2/2022 - Rashaun Blanford

2     you out your cell, it's supposed to be two correction

3     officers that whole time.  It was just him and there

4     was a lieutenant that was somewhere up the company or

5     around at that time.

6                     Q.   Okay.  So is it your testimony

7     that there is a lieutenant that could see him?

8                     A.   Yes.

9                     Q.   Okay.  And what was that

10    lieutenant's name?

11                    A.   I don't know his name.  That's

12    why I just put lieutenant, but I didn't know his

13    name.

14                    Q.   Okay.  So after C.O. Johnson took

15    you out of the cell, you said he threw you up against

16    the wall.  What happened after that?

17                    A.   No, from -- from my cell where I

18    was at, he picked me up.  He just tossed me like a

19    rag doll, literally like he toss me, and I flew

20    towards the -- I flew towards the wall, hitting the

21    wall with my head and then just dropped to the

22    ground.  I literally flew across the company.

23                    Q.   What happened after that?

24                    A.   I would defer to the cameras,

25    everybody was saying stop resisting.  C.O. Banks came

1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
2      running in saying stop resisting, stop resisting, he
3      then -- he stopped, he looked at other C.O., he
4      rushed in and grabbed me, then when he grabbed me, he
5      turned me around and he touched my butt, and that's
6      when C.O. Johnson came and restrained me for no
7      reason even when I wasn't resisting and that is the
8      end of the incident.
9                     Q.    When you say he turned you
10     around, does that mean that you were faced forward at
11     first and then they turned you around?
12                    A.    When -- when I got thrown in
13     handcuffs, I was on my side and then he grabbed me,
14     turn me around face forward.
15                    Q.    He turn you around face forward
16     so his -- his face was facing you?
17                    A.    No, I mean that -- let's say I'm
18     sideways, he grabbed and turn me on my face so I'm
19     facing the ground, face forward --
20                    Q.    Okay.
21                    A.     -- what I mean to say face
22     forward -- face forward toward the ground.
23                    Q.    Okay.  And at that point, was it
24     just Correctional Officer Banks and Correctional
25     Officer Johnson restraining you?

1      Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                    A.   Yes, and that -- and there was

3      other C.O.s that was up there with them, whose name I

4      don't know but yes.

5                    Q.   When did the other C.O.s start

6      coming?

7                    A.   When they came, they were putting

8      the shackles and stuff on me.

9                    Q.   When -- at what point was that?

10                   A.   During the incident when I was on

11     the company.

12                   Q.   At what point during the incident

13     was that specifically?

14                   A.   After it was -- when Banks was

15     running up the company saying stop resisting and then

16     they had me on the ground and everybody else started

17     coming in with like the shackles and the handcuffs

18     and, yes, and that's when --.

19                   Q.   Do you know why they were saying

20     you were resisting?

21                   A.   Because this is what these C.O.s

22     do here.  They say stop resist -- all right.  I'm not

23     even going to say they're lying.  In New York State,

24     any C.O.s say stop resisting so they can get a -- so

25     they can get their stuff on.

1        Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                    So I could be doing right this -- I

3        could be -- I myself saying I'm doing everything

4        right, they open up my cell, you know, let's say this

5        thing is about to happen.  I could be in my cell not

6        resisting because there is no cameras inside the

7        cell, any C.O.s would be saying stop resisting --

8        stop resisting, so they can get their stuff on and

9        make it seems like you are resisting because it's our

10       word against their word.

11                   So what -- while they're in the cell

12       saying stop resisting even though you may not be

13       resisting.  They are going to be doing whatever they

14       -- they could do to you until they feel like they are

15       done, and you're not really resisting and do --

16       that's the stuff that they do.

17                   Q.   Okay.  Did they strike you at

18       all?

19                   A.   When I was -- on the way out that

20       -- all right.  When I got a strike, yes.  The reason

21       why I said I got strike because I -- when I got

22       picked up from my handcuffs, I got tossed towards the

23       wall.

24                   Now, by me getting picked up and

25       handcuffed and thrown towards the wall, my head hit

Associated Reporters Int'l., Inc.

1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
2        the wall, that's a strike right there.  When I drop
3        to the ground -- all right, I'm not going to count
4        that but when the C.O. put his hands on me and turns
5        me around and they restrained me.

6                       I got a strike because for one I
7        didn't do nothing that warranted all that amount of
8        force that was done to me.  So yes, I got strike by
9        them, but then when he touched my butt.  I was
10       sexually assaulted now because for one, if a ticket
11       was not -- if a hearing was not commenced or a
12       hearing was not completed for this incident, that
13       means by me taking off my clothes and me having a --
14       like I said, having to strip for them, you know, I'm
15       being sexually harassed and sexually touched.  You
16       get what I'm saying?

17                       Q.    Okay.

18                       A.    And yes.

19                       Q.    So did you say anything to the
20       officers while they were in taking you out of your
21       cell and restraining you?

22                       A.    I didn't say nothing.  I was just
23       quiet.  I -- I only said something to the nurse.  I
24       said -- I said what.  I just took -- I just shook my
25       head at them and did --.

Page 74

1        Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                       Q.   So is it your testimony that when

3        you put your feet in the way of the door, you didn't

4        say anything to the correction officer?

5                       A.   I didn't say absolute -- I didn't

6        say absolutely nothing.  The C.O. never told me -- he

7        never gave me a direct order to stop or nothing.  He

8        just pick me up and threw me across the room.

9                       Q.   Okay.  When Correction Officers

10       Banks and Johnson were restraining you.  Did they

11       ended up -- did they end up adding additional

12       restraints?

13                      A.   Yes, they add -- oh, they add

14       this --

15                      Q.   Is it only handcuffs?

16                      A.   Yeah, they add the shackles, yes.

17                      Q.   By shackles, are you talking

18       about ankle restraints?

19                      A.   Yes -- yes.

20                      Q.   Okay.  All right.  So now, I

21       wanted to ask you about -- you said you were sexually

22       touched.  Do you know which Correction Officer

23       touched you?

24                      A.   Banks.

25                      Q.   Banks.  And how do you know it

Associated Reporters Int'l., Inc.

1       Blanford v Banks - 5/2/2022 - Rashaun Blanford
2    was Banks?
3                    A.    Because I remember him seeing him
4    when he came running at the company because I was on
5    my side, and I could -- the way my body was I could
6    see everybody was coming up the stairs and I
7    specifically seen Banks that grabbed me, and he
8    sexually touched me.
9                    Q.    So how did -- how do you know it
10   was Banks and not Johnson?
11                   A.    Because Banks was the one that
12   flipped me over and he -- Banks was the one that was
13   -- that pretty much -- he put my legs up in the air
14   and folded them back like a pretzel, so he was doing
15   everything, he was controlling everything.  Johnson
16   grabbed me a little bit, but Banks was doing
17   everything he wasn't supposed to be doing.
18                   Q.    Okay.  Did ankle and wrist
19   restraints get connected at all?
20                   A.    Say that again.
21                   Q.    Did they connect the ankle
22   restraints and the wrist restraints?
23                   A.    They could if they want but in
24   this situation, it wasn't connected.
25                   Q.    Okay.

erged

Associated Reporters Int'l., Inc.

1          Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                         A.    And the only thing that could --

3          all right.

4                         Q.    Which of the officers put the

5          ankle restraints on you?

6                         A.    To be honest, I couldn't tell you

7          that but if it's my guess, I'll go with Banks, but

8          since I was in their face down, I can't really tell

9          you who put the handcuffs on me because there was a

10         lot of them.

11                        Q.    Okay.  Were you face down on the

12         floor when you're -- when you were touched?

13                        A.    Yes.

14                        Q.    Okay.  And can you just describe

15         how you were touched?

16                        A.    He touched -- he literally

17         touched my butt like because he was pulling down my

18         pants and then he was in there doing some funny shit

19         or funny stuff and he touched my butt.

20                        Q.    Okay.  Can you just describe it

21         to me in a little more detail so that I understand

22         exactly how he touched you?

23                        A.    All right.  When he turned me

24         around, he put my leg like in a pretzel position and

25         then he was in there pulling up my pants and he

1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
2     touched my butt.  Not like full, he pulled --.
3                    Q.    What kind of touch?
4                    A.    Huh?
5                    Q.    What do you -- exactly how did he
6     touch it?
7                    A.    I mean in that like -- literally
8     that -- he was doing something funny with my pants,
9     he put his hand and he touched my butt.
10                   Q.    What kind --
11                   A.    When I was on the floor.
12                   Q.    -- do you mean like grabbing,
13    patting, like what kind of touch?
14                   A.    No, ma'am.  I don't know how to
15    explain it but he just like this -- it was just weird
16    -- it was just weird -- all I know is he touch -- he
17    didn't grab it, but I know he touch it.  It wasn't a
18    grab.
19                   Q.    Was -- how long would you say
20    that he was touching you for?
21                   A.    It was like a split second.
22                   Q.    Okay.
23                   A.    And then, yes, he had the look on
24    his face afterwards, but I didn't add that part in
25    the report but yes.

Associated Reporters Int'l., Inc.

```
 1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2                     Q.    Did you say anything to him when
 3        he touched your butt?
 4                     A.    I mean, it -- it doesn't matter
 5        what I say because you got to understand whenever
 6        these -- in this environment, whenever these C.O.s do
 7        something to us if it is sadistic or terrorist, it's
 8        our word against their word.  They are not going to
 9        do nothing for us.  So it doesn't matter if I say
10        something because nothing is going to get done.
11                     Q.    Okay.  So it -- it --
12                     A.    That's the way it gets done.
13                     Q.    -- I think I understand.  Is it
14        your testimony that you didn't say anything to C.O.
15        Banks when he touched you?
16                     A.    It -- I can't say that I'm just
17        going to -- I was going to put it all in the report
18        that's it.
19                     Q.    Okay.  And you said he smirked at
20        you.  Did you say anything in response to the smirk?
21                     A.    Yes, that's it.  No I was just
22        quiet.
23                     Q.    Okay.  Did any of the other
24        correction officers see him do that?
25                     A.    To be honest, even if they did,
```

Associated Reporters Int'l., Inc.

1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
2        they are going to deny it because you got to look at
3        like this ma'am.  With this incident that happened,
4        they didn't even want this incident to get to where
5        it's going right now because they try to say I never
6        filed a grievance, but that was a lie because Ms.
7        Medbury forwarded my grievance to O.S.I.
8                        They lied about that.  They said that
9        they restrained me and took me to the ground but on a
10       -- on the video it shows them pick me up and tossing
11       me across the company.  That's two lies right there.
12                       So if they have seen it or not, their
13       motto is, they are going to stick together, so --
14                       Q.   Okay.
15                       A.   -- that's the way it is.
16                       Q.   I'm just asking you as far as you
17       know.  Do you know if they -- if anyone saw it?
18                       A.   I mean the -- I would -- I would
19       assume Johnson saw it but like I said, they are going
20       to deny it.
21                       Q.   Okay.  How about any of the
22       incarcerated people?  Did anyone in the cells see
23       what happened?
24                       A.   Yeah -- yes, you know, I could
25       say that my neighbors at the time that was close to

1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
2     my cell seen what happened.
3                    Q.    What are their names?
4                    A.    I don't know their names, ma'am.
5     I don't know their names.
6                    Q.    Okay.  Can you describe what
7     Officer Banks looks like?
8                    A.    He's a old mental, pardon me --
9     he is old, he is white -- he is old, white, they got
10    him as gang intelligence and he works in Marcy
11    Correctional Facility R.M.H.U. and not only that he
12    has been involved in other cases, not only my case he
13    has been involved in.  He has been involved in other
14    lawsuits as well so there are similar incidents.
15                   Q.    Okay.  Is there anything you can
16    tell me about what he looks like, so I can tell him
17    apart from all the other C.O.s?
18                   A.    Well, he is a old white guy he's
19    -- he's old -- yeah, he is old white guy.
20                   Q.    Well, I imagine there is a lot of
21    white male correctional officers just --
22                   A.    Okay.
23                   Q.    -- can you tell me about him?
24                   A.    Gang -- he is gang intelligence.
25    That -- that -- that's better?

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2                      Q.   What I was just trying to get
 3     from you -- if you can tell me what he looks like
 4     physically?
 5                      A.   I mean, he is skinny and old.
 6                      Q.   Skinny.  Does he have tattoos?
 7                      A.   I mean, to be honest, I don't be
 8     paying attention to that -- all that stuff, I don't
 9     think so not that I could see.
10                      Q.   Would you be able to tell me that
11     C.O. Banks if I showed you a picture, for example?
12                      A.   Yes, I could.
13                      Q.   Okay.  What color hair does he
14     have?
15                      A.   I think he got white hair --
16                      Q.   Okay.
17                      A.   -- if not, he might be bald, I
18     think he's bald.
19                      Q.   He might be bald?  Is that what
20     you said?
21                      A.   Yeah.  He -- he is bald, he got -
22     - he is bald, and he got white hair.
23                      Q.   Okay.  What about glasses?  Does
24     he wear glasses?
25                      A.   Not that I know of.
```

```
 1              Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2                       Q.    Does he carry a baton?
 3                       A.    I mean, here and there but when I
 4        see him, he don't.
 5                       Q.    Okay.  Is he tall or short?
 6                       A.    He is taller than me.
 7                       Q.    How tall are you?
 8                       A.    I'm like five-six, five-seven.
 9                       Q.    Okay.  Is there anything else you
10        can tell me about him that would be good so that I
11        would know who he is if I look at him?
12                       A.    I mean, all you had to do is just
13        -- I mean, he works for DOCCS so I know his name is
14        Banks and he is a gang intelligence, so that probably
15        -- he is working -- he is working in the R.M.H.U. so
16        that part will help you to be able to know it all.
17                       Q.    Okay.  How about C.O. Johnson?
18        What does he look like?
19                       A.    He is a -- he's fat, he got short
20        black hair, he's white and he's a regular over there.
21        He's probably working over there right now.
22                       Q.    Okay.  So you can definitely tell
23        the difference between Banks and Johnson, right?
24                       A.    Yes you could, yes.
25                       Q.    Okay.  All right.  So let's move
```

1           Blanford v Banks - 5/2/2022 - Rashaun Blanford

2      on to the next topic.

3                      A.    Can I ask you a question?

4                      Q.    Sure.

5                      A.    Now, with this video feed being

6      available like what's the possibility to being able

7      to press charges on those or I would have to have my

8      own lawyers do that?

9                      Q.    That's not something that I can

10     answer for you.  I'm sorry.

11                     A.    All right.  So but as far as the

12     video of me goes, now with that evidence being there

13     in a ticket and  the use of force being in there,

14     like, we still got to go through most of that before

15     I even get issued a lawyer?

16                     Q.    I also can't answer that for you,

17     I'm sorry.  I'm not very helpful in that direction.

18     I'm the attorney that represents the people that

19     you're suing.

20                     A.    Okay.

21                     Q.    So the questions you're asking me

22     are legal advice on your behalf, so I'm just not able

23     to answer that.  Today's deposition is just --

24                     A.    All right.

25                     Q.    -- for me to ask questions so we

```
 1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2     have your recorded answers as for the lawsuit.
 3                      A.    Okay.
 4                      Q.    I'm sorry about that.  So I
 5     wanted to ask you about the misbehavior report that
 6     you said you were issued.
 7                      A.    Yes, that's what started this
 8     case -- this lawsuit, yes.
 9                      Q.    Okay.  What did the misbehavior
10     report accuse you of doing?
11                      A.    It accused me of donkey kicking
12     C.O. Banks and then also in the ticket, it's stated
13     when I donkey kicked C.O. Banks that him and C.O.
14     Johnson grabbed me by putting his hands on my waist
15     or something like that and then -- they slammed me
16     face forward to the ground, that was their allegedly
17     complaint so that was the ticket.
18                      Q.    So what -- is it that's the
19     misbehavior report said you did wrong, just kicking?
20                      A.    Yes, the misbehavior report said
21     I donkey kicked Banks.
22                      Q.    Okay.
23                      A.    If I donkey kicked someone, you
24     will see my legs and if was to donkey kick somebody,
25     you would have seen my legs moving far out and you
```

```
 1            Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2       would have seen Banks stumbling back because he's
 3       old.  If I would have donkey kicked him, he would
 4       have to have a medical report of where I donkey
 5       kicked him at.
 6                   By him not having no written medical
 7       reports after he stated that I donkey kicked him
 8       shows that once again he is lying because anybody
 9       that get kicked --
10                   Q.   Okay.
11                   A.   -- they are going to have a
12       bruise.
13                   Q.   Okay.
14                   A.   And they would be able to see the
15       bruise.
16                   Q.   Uh-huh.
17                   A.   And a donkey kick is important,
18       that's me standing with my hands behind my back.  No,
19       that's me like this and lifting my legs, I'd  be
20       kicking him with force.
21                   So he -- if he say I donkey kicked
22       him, he was supposed to have injury photos and all
23       that, and he didn't.
24                   Q.   Okay.  So was there a hearing for
25       your misbehavior report?
```

Associated Reporters Int'l., Inc.

1          Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                        A.   Yes, there was.  Ms. Medbury was

3          doing my hearing.

4                        Q.   Okay.  Did anyone testify at the

5          hearing?

6                        A.   Nobody testified because the

7          hearing got dismissed.  They tried to cover all their

8          stuff so they could do away the hearing.

9                        Q.   On what basis did it get

10         dismissed?

11                       A.   When I -- when I was in -- when I

12         was in -- when I was in Marcy I put in A.S.A.P., when

13         I got over here, the hearing is -- it never existed

14         no more and I'm like, oh, well, it -- it never

15         existed, so I'm like how are they going to write a

16         ticket like that, but yet it don't exist.

17                       Q.   Okay.  So is it your testimony

18         that they did not hold the hearing for your

19         misbehavior report?

20                       A.   They did not -- they did not hold

21         the hearing because when I was here,  Mr. Scott, you

22         remember this whole thing.  Do you remember -- how

23         are you doing, do you remember when I was in I.I.C.P.

24         I asked you for my disciplinary record, right?

25                       MR. SCOTT:   I don't remember you do

1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
2        that.
3                     THE WITNESS:  I asked for my record --
4             .
5                     BY MS. HANER:  (Cont'g)
6                Q.   I'm sorry.  But your answers in
7        your deposition have to come from you, you can't ask
8        other people questions.
9                A.   All right.  So my answer is this.
10       I ask the counselor that's sitting right there for my
11       disciplinary record for the February 2nd incident --
12                Q.   Uh-huh.
13                A.    -- and then when I was here, my
14       hearing was finished, it would have been on my
15       disciplinary record.  It wasn't on it, and I got a
16       copy of my disciplinary record.  It wasn't on there,
17       again, either.
18                Q.   So is it your testimony that the
19       misbehavior report was dismissed?
20                A.   Dismissed.  That's -- that's
21       correct, yes, it was never -- it was never found --
22       it started -- the hearing started, but it's never
23       finished, like they just threw it away.
24                Q.   Okay.  So were you disciplined as
25       a result of the misbehavior report?

Associated Reporters Int'l., Inc.

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2                    A.   I mean.  No, I wasn't -- I mean,
 3     I was already in a bus but -- so another incident
 4     happened where I grabbed a people and hit him in the
 5     head with papers and stay at they moved me to Attica
 6     G.P.
 7                    So I -- I got confine -- no, I got
 8     time for that incident right there, but I never got
 9     no time for that incident right there, that happened.
10                    Q.   Okay.  So it's your testimony
11     that you were not disciplined in response to the
12     misbehavior report that they issued following the
13     incident you complained about?
14                    A.   The only -- the only way I was
15     disciplined was whenever use of force happened, they
16     keep me in a cell for E.C. -- I was E.C. for like
17     thirty days for no reason.
18                    Q.   What's E.C.?
19                    A.   Except for no circumstances.
20                    Q.   Okay.
21                    A.   So because of that incident
22     happening, they E.C.'d me for thirty days and I was
23     in my cell for thirty days and then that is -- the
24     incident where I got the people hit in the head with
25     papers happening and they moved me over to Attica
```

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2      G.P.P.
 3                       Q.   Okay.  So that's not disciplined
 4      then?
 5                       A.   Well, you mean for this incident,
 6      right?
 7                       Q.   Right.
 8                       A.   Yeah.  Then -- that -- I didn't
 9      get disciplined.
10                       Q.   Okay.  Thank you.  All right, so
11      let's talk about grievances.  Did you file grievances
12      accusing officers of using excessive force on you?
13                       A.   I mean, that's -- to be honest,
14      I'm not trying to be disrespectful but that just
15      common sense.  I wouldn't ask for the lawsuit and not
16      file a grievance like I have to file a grievance in
17      order to start a lawsuit and in order to get
18      everything started.
19                       Yes, I filed suit that within twenty-
20      one date of incident that happened, I filed the
21      grievance.  I got seen by Ms. Medbury that works in
22      Marcy R.M.H.U.  She forwarded my grievance to O.S.I.
23      and that same day she reported to O.S.I., I got seen
24      by O.S.I. that same day.
25                       Q.   Okay.  A lot of the questions
```

1          Blanford v Banks - 5/2/2022 - Rashaun Blanford

2      that I'm asking you, I do know the answers to

3      already, but what we are doing today is just getting

4      your answer on the record.

5                     A.    Okay.

6                     Q.    So I know that you might know

7      that I know the answers to the question --.

8                     A.    I understand, you're a State

9      Attorney General.

10                    Q.    Yeah, I just need to be -- for

11     today for you to answer the questions that I ask you

12     so that we have a record of what your answers are.

13     So I don't mean to be offensive asking you things

14     that you think are obvious --

15                    A.    Uh-huh.

16                    Q.    -- it's just to create a record.

17     So is it your testimony that you did file a grievance

18     against the correction officer for using excessive

19     force?

20                    A.    Yes, I did.

21                    Q.    Did you also -- did you also file

22     grievances against them accusing Officer Banks of

23     sexually touching you?

24                    A.    Everything that I stated was all

25     on my grievance.

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2                      Q.    Okay.  And when did you file
 3          those first?
 4                      A.    Whenever I got home, within the
 5          month of -- it happened February 2nd so after I got
 6          out of O.B.S. like either on the 10th or around that
 7          time, I started filing grievances to everybody.  I
 8          even wrote -- wrote complaints for my grievances to
 9          outside agencies so they could have a copy of it just
10          in case the people in the facility said they didn't
11          have a copy, or I never filed them.
12                      Q.    Okay.
13                      A.    So I don't know exactly --.
14                      Q.    Okay, how do you file those?
15                      A.    Well, me, personally, I file
16          grievances like this.  I have -- let's say I get
17          abused by an officer.  I write the incident that
18          happened on paper since I know that the facility --
19          that the facility always stick up for even -- each
20          other, what I do is, I write to outside agencies like
21          Albany or I write to a whole bunch of people in New
22          York -- in Albany, New York.
23                      I write to disciplinary, I write to
24          New York, I write to everybody I could think of and
25          then with the -- while I'm doing that I write to
```

```
 1              Blanford v Banks - 5/2/2022 - Rashaun Blanford

 2      these people here, and I write carbon copy, so these

 3      people say they didn't get the grievance it's -- it's

 4      unbelievable, because not only you got the

 5      grievances, there is outside agencies that got the

 6      grievance as well.

 7                      Q.    Okay.

 8                      A.    So now, they got to file the

 9      grievance.

10                      Q.    Okay.  So when you file it with -

11      - you said these people here, what exactly do you go

12      with your grievance when you file it?

13                      A.    I mean, to be honest -- can I use

14      the bathroom?

15                      Q.    Yeah, of course.

16                      A.    Or I can't go?  Can I go --?

17                      Q.    You have to answer the question

18      first and then you can.

19                      A.    All right.  When I file my

20      grievances, I go to the Dep of Security, I go to the

21      Superintendent, I go to even the medical, I go to --

22      I write it to the counselor, I write it to I.G.R.C.,

23      I write it to O.S.I., I write it to -- basically,

24      everybody in the facility that I could write it to.

25                      So can't nobody say that they didn't
```

| 1 | Blanford v Banks - 5/2/2022 - Rashaun Blanford |
| 2 | get a copy of it even if they -- no, they could say |
| 3 | they didn't get a copy of it, but I know somebody |
| 4 | going to ask about the complaint.  So I write to |
| 5 | everybody in the facility. |
| 6 |                     Q.    Do you file your grievances using |
| 7 | mail?  Is that what you're saying? |
| 8 |                     A.    Yes -- yes, I do.  Yes or |
| 9 | sometimes because if I don't do -- if I don't do, you |
| 10 | wouldn't know.  I might make a O.S.I. complaint or I |
| 11 | might call PREA and let them know, since pardon me, |
| 12 | since sometimes they play with mail, I'll make a |
| 13 | O.S.I. complaint and say, listen, I prepared this as |
| 14 | a form of a grievance and I let them know what's |
| 15 | going on and then forward it, they shoot it down here |
| 16 | and they saw I filed it. |
| 17 |                     Q.    When you say -- |
| 18 |                     A.    So I go by the two different -- |
| 19 | go ahead. |
| 20 |                     Q.    You had your hand -- you had your |
| 21 | hand held to the side of your face like you're |
| 22 | talking about a phone when you mention O.S.I.? |
| 23 |                     A.    Yeah. |
| 24 |                     Q.    Does that mean that when you |
| 25 | complain to O.S.I. you call them? |

1        Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                        A.   Yes, I called O.S.I., and I said

3       listen -- excuse me, I'm -- I would like to make a

4       complaint or grievance issue which is a complaint

5       because when I write grievances in the facility,

6       sometimes they don't get answered because they don't

7       want to answer, or they throw out the mail depending

8       on what issue it is.   So I would like to make a

9       complaint which I can, and I explain to him the

10      incident that happened.

11                       Q.   Okay.   Why don't you take your

12      break and go to the bathroom?   Take your time.

13                       A.   Thank you.

14                       Q.   You're welcome.

15                       THE REPORTER:   Okay.

16                       (Off the record, 10:30 a.m.)

17                       (On the record, 10:38 a.m.)

18                       THE REPORTER:   On the record.   It's

19      ten thirty-eight.

20                       MS. HANER:   Okay.   Thank you.

21                       BY MS. HANER:   (Cont'g.)

22                       Q.   So we left off talking about

23      grievances.

24                       A.   Yes, correct.

25                       Q.   Are you able to appeal a

1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
2        grievance?  Are you able to appeal a grievance
3        finding after you don't like the result?
4                     A.    Now, let's see, yes, you got
5        status.  Let's say I filed a grievance based on
6        inmates, there is a -- pardon me no, no, yes.  You go
7        -- they got a -- they got a process.
8                     So let's say, I'll file a grievance
9        and list that doorknob, every time I turned the
10       doorknob my hand hurt.  So now they can either -- so
11       they can either remove the doorknob or change it to
12       my liking.
13                    That's how it could end, but they are
14       going to deny it.  Once they deny it, there is an
15       appeal process where they -- they go for appeal or
16       they accept it, or they deny it, and send it back or
17       whatever.  So now, if I say, I wish to appeal this, I
18       put it in a letter, sent to the Superintendent or I
19       put in a letter and send it to Albany.  And I got to
20       wait within thirty days to hear a decision.
21                    And now, I can further -- I can
22       further it by taking it to court as the final
23       decision.  But yeah, that's how the processes usually
24       go.  Now, as far as this situation where my
25       treatments got reported to O.S.I., I haven't heard

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2      nothing from them.  I been seen by O.S.I. about other
 3      complaints.
 4                      But I've been trying to bring up the
 5      issues.  Asking O.S.I. about other complaints and be
 6      a witness is -- I've been bringing up the issues as
 7      far as like, oh, what's going on with my grievances,
 8      what's going on with the issue that's going on
 9      because I still haven't heard nothing.
10                      So I'm like, if I hadn't heard nothing
11      from them, then, I guess, it's still going on so I
12      can't really appeal it.
13                      Q.   So let me try to break that down.
14      Is it your testimony that if your grievance gets
15      denied, you can appeal it?
16                      A.   Yes, that's correct.
17                      Q.   And is it your testimony that
18      there is  stages to appeal?
19                      A.   Yes, that's correct, yes.
20                      Q.   Is it your testimony that the
21      first stage of appeal is to the superintendent?
22                      A.   It's that people that don't know
23      how to send grievance to Albany, you got the stage
24      where you can submit grievance the superintendent and
25      keep it inside the facilities.  Then the second stage
```

1          Blanford v Banks - 5/2/2022 - Rashaun Blanford

2     is, you could send it to Albany, which is where you

3     work at and then have them make their final decision.

4     Yes, there is a process.

5                    Q.    Is it Albany O.S.I.?

6                    A.    They -- I know there is a

7     grievance person that works in Albany.  That's the

8     person I'm talking about.  I don't know the person

9     name.  It was a grievance person within Albany.

10                   Q.    And then what about after that?

11                   A.    Then after that, once they give

12    me back the decision, let's say they denied it, you

13    could take it to court.  I don't know the exact

14    motion you have to file, but you can take it to court

15    to get a Judge's final decision, if you want to go

16    that far.

17                   If not, then you've got to deal with

18    the decision that the Judge would -- that Albany

19    order -- that Albany gives you.

20                   Q.    Okay.  When you're talking about

21    Albany, you said it's a person --

22                   A.    Yes, it's somebody that --.

23                   Q.    -- and are you referring to the

24    Central Office Review Committee?

25                   A.    No there is a person that works

Associated Reporters Int'l., Inc.

Page 98

1    Blanford v Banks - 5/2/2022 - Rashaun Blanford
2    in Albany.  They sent the discovery that was looking
3    at the inmate grievance program something, but that
4    person right there.
5                   Q.   Okay.  So how many times do you
6    get to appeal your grievance?
7                   A.   If I'm not mistaken, I think it's
8    like once or twice, correct me if I'm wrong.
9                   Q.   What's the last appeal that you
10   can do, to where?
11                  A.   You got to first -- it's like
12   this.  Let's say I want to do this right now.  I
13   broke my hand.  I am writing to the facility
14   grievance, listen, I would like to let you know that
15   I broke my hand.  I haven't received no medical
16   attention.
17                  They -- they -- they write me back
18   saying they denied it because they said I didn't
19   break my hand.  All right.  So now, they denied it, I
20   go over to Central Office Review Committee, or I go
21   to I.G.R.C. then Central Office Review Committee,
22   which is in Albany, and wait for my final answer.
23                  They deny me, I could take it to the
24   Court from there.  So I'll say there is three
25   different stages.

Associated Reporters Int'l., Inc.

 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford

 2                        Q.    Okay.   Thank you.   That's

 3          helpful.   Did you appeal your grievance?

 4                        A.    Now, as far as on this grievance

 5          issue right here.   When I wrote my grievance, that

 6          Ms. Medbury came to see me.   She said she forwarded

 7          my grievance to O.S.I.

 8                        Now, by her saying she forwarded my

 9          grievance to O.S.I., that means my grievance

10          complaint is in O.S.I. hands.   Now, I did wrote

11          O.S.I. numerous times about this issue.   I even

12          called O.S.I. like a few weeks ago on a Monday about

13          this issue that's going on.

14                        They -- they forwarded my complaint to

15          Mr. Pavlik.   I don't know his real name, but I don't

16          know if I'm even pronouncing it right.   So they said

17          he forwarded my grievance to them that he would get

18          back to me.

19                        So I've been keeping up, trying to get

20          in touch with them for a whole year about this issue

21          right here and I have not heard nothing from them.

22          So I did my part.   And like I said, by the -- by her

23          forwarding my grievance, I can't do nothing until I

24          hear something back from O.S.I.   Now, that's not my

25          fault.

1            Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                         Q.    Okay.  So is it your testimony

3       that you didn't get any decision back from the I.R. -

4       - I.G.R.C. when you appealed?

5                         A.    No, I didn't -- I didn't get

6       decision back from O.S.I. because like I said, when I

7       wrote those grievance inside the facility, the Dep

8       Ms. Medbury came and handed me an envelope like this,

9       and she interviewed me and she said I'm forwarding

10      your complaint to O.S.I., and I have not heard

11      nothing about my complaint since.

12                        Q.    Okay.  Did you get any decision

13      on your grievance from the Central Office Review

14      Committee?

15                        A.    I have never gotten a decision

16      from them regarding this complaint.  And it's been

17      going on for a year and I haven't gotten nothing from

18      them.  Even after I reminded them by writing them and

19      call them, I have not received nothing.

20                        Q.    So is it your testimony that you

21      did not receive a decision on any of your appeals?

22                        A.    As far as for this issue right

23      here that got forwarded, yes.

24                        Q.    Okay.

25                        A.    Any other complaint I send --

Associated Reporters Int'l., Inc.

    1        Blanford v Banks - 5/2/2022 - Rashaun Blanford

    2                        Q.   Go ahead.

    3                        A.    -- any other complaint that I

    4        sent, I received a decision.  I think it's because

    5        she forwarded the issue to O.S.I. and, I guess, it's

    6        still ongoing with everything so that's why I didn't

    7        hear nothing back from them.

    8                        Q.   Okay.  And when did you appeal

    9        your grievance?

   10                        A.   I never got -- I never got the

   11        chance to appeal it because I haven't heard nothing

   12        from O.S.I.  The day I got seen by O.S.I. when I was

   13        -- it was in the month of February.  She forwarded my

   14        grievance to literally to O.S.I., the agency that

   15        works at Albany, the Dep, Ms. Medbury, and I can't

   16        appeal nothing, if they don't say nothing to me, if

   17        they won't send me nothing.

   18                        Q.   Okay.  So is it your testimony

   19        that you did not have your initial grievance denied

   20        or accepted, sent you --

   21                        A.   No.

   22                        Q.    -- nothing at all?

   23                        A.   My -- my initial grievance got

   24        accepted because Ms. Medbury interviewed me.  She

   25        told me to check off the line that she read my

Associated Reporters Int'l., Inc.

Page 102

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2     grievance to me, which she did, and she forwarded the
 3     grievance to O.S.I.
 4                    By her forwarding it to O.S.I., I
 5     mean, I got to wait for them to respond back in order
 6     for me to appeal it and they never responded back.
 7                    Q.    Okay.  So is it your testimony --
 8                    A.    So it's not my fault.
 9                    Q.    -- you didn't receive a decision
10     on your initial grievance?
11                    A.    Correct.  Exactly, correct.
12                    Q.    Okay.  And when was your initial
13     grievance filed?
14                    A.    In the month of February, after
15     February 2nd, when the incident happened.
16                    Q.    Okay.  Thank you.  So I was
17     taking a look through the file, and I just had some
18     questions for you.  Did you get interviewed by a
19     Sergeant Combs while they were investigating your
20     complaints?
21                    A.    Yeah, I got interviewed by a
22     sergeant.  He asked me what happened and stuff.  And
23     I told him what happened.  He said, well, it looked
24     like, if I'm not mistaken, he said it looked like you
25     kicked the C.O.  I'm like that's the -- wait,
```

Associated Reporters Int'l., Inc.

1       Blanford v Banks – 5/2/2022 – Rashaun Blanford

2       sergeant, that's the -- yeah.  That's what one of the

3       sergeant's said.

4                       Q.   Okay.  Did you tell Sergeant

5       Combs that you only accused Officer Banks of touching

6       your butt because you felt like the force used

7       against you was for no reason?

8                       A.   Listen, I've never told him

9       nothing.  They're going to state what they want to

10      state because at the end of the day, I never told

11      him.

12                      I never -- I never even told him about

13      him sexually touching me at all.  At the end of the

14      day, I told him about me getting picked up and

15      handcuffed and thrown, if anything.

16                      So if he wanted to say that's the only

17      reason why I said that that's -- that just shows that

18      the certain officers is speaking to the C.O., because

19      like I said, whenever use of force happened, a ticket

20      is supposed to be written, right.

21                      Whenever a ticket happens, a hearing

22      is supposed to be commenced.  So at the end of the

23      day, if they was all doing their job the right way, a

24      hearing would have happened, and I would have been

25      found guilty and none of this stuff right here was

1          Blanford v Banks - 5/2/2022 - Rashaun Blanford

2     being going on so all he -- the Sergeant is doing is

3     sticking up for the C.O.  I never once told the

4     Sergeant nothing like that.

5                        Q.   Okay.  So is it your testimony

6     that you never told the Sergeant about being sexually

7     touched?

8                        A.   No, I told him about the pen tips

9     being stuck inside of me.

10                       Q.   Okay.  And is it your testimony

11    that the sergeant did not ask you questions about

12    being sexually touched?

13                       A.   No, the Sergeant didn't, as a

14    matter of fact. They said I'm lying.  The incident

15    did happen.  After I got investigated, they brought

16    me inside the medical room and ask me what happened.

17                       I told that I was sexually touched.

18    And they had like a urine thing, they said where did

19    you get sexually touched at, I'm like my butt or

20    something and they was like, do you want to produce

21    any evidence.

22                       I'm like, I told them, I would never

23    give you all no type of evidence because all you're

24    going to do is get the evidence and get the C.O.  All

25    they were going to do is give it to the sergeant and

```
 1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2        they're going to get rid of it, and that's what I
 3        said in the room.. Yeah,  I've never said that.
 4                    Q.   Go ahead.  Was Sergeant Combs in
 5        the room when you said that?
 6                    A.   If I'm not mistaken, sergeant and
 7        a C.O., but I can't remember every little thing that
 8        happened because it had been about a year, so I can't
 9        remember every little thing.
10                    Q.   Okay.  So is it your testimony
11        that you don't remember if it was Sergeant Combs in
12        the room?
13                    A.   It is my -- it's my -- it's my
14        testimony that I don't remember everybody that was in
15        the room because it's been a year since the incident
16        happened.
17                    Q.   Okay.  So while we're talking
18        about medical, you -- you had told me that the
19        officers, when they took you out of the cell, they
20        hit your head on the wall.  Was your head injured at
21        all?
22                    A.   I stated -- I stated that C.O.
23        Johnson picked me up by my handcuffs, threw me like a
24        rag doll, my head hit the wall, when my head hit the
25        wall, I dropped to the ground.  That's what I said.
```

1        Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                    Q.    Okay.  Did you have any injury to

3        your head?

4                    A.    Yeah.  I had injury to my head.

5        I was hurting that whole -- that whole day and then

6        when I had the pen tips stuck inside of me, I was

7        even more in pain but once again, I was denied

8        medical attention.

9                    Q.    Did you tell Nurse Doroco when

10       she was examining --

11                   A.    I told her.

12                   Q.    -- you that you had an injury to

13       the head?

14                   A.    Yeah.  I didn't tell them the

15       head thing --

16                   Q.    Okay.

17                   A.    -- but I just told her about the

18       pen tips but even if I would have told her about me

19       having injuries to my head, she still denied me

20       medical attention because she was covering up for the

21       C.O.s.  So regardless of what the issue is, I still

22       would have received no help.

23                   Q.    Okay.  All right.  So let's

24       change to a different topic.  Thank you.  So I just

25       wanted to ask you, did you file PREA complaints

Associated Reporters Int'l., Inc.

1       Blanford v Banks - 5/2/2022 - Rashaun Blanford

2       against other people in the past?

3                       A.    To be honest, I always file PREA

4       complaints against C.O.s because while we are in

5       prison they'd be doing a whole bunch of stuff they're

6       not supposed to be doing.  They could put me on a

7       wall.  They put their ands between my -- they could

8       put their hands between my ass, pardon my language.

9                       They could put me on a wall, and they

10      could grab my balls, part of my leg.  That's the type

11      of stuff they -- that goes on here.  And sometimes,

12      I'll admit, I write PREA complaints because when they

13      mess with me, I know a PREA complaint will get them

14      off me.

15                      So I'll write up a PREA complaint

16      saying he is looking at me sexually or whatever, and

17      they leave me alone.  I don't do it all the time, but

18      I do it when it's needed.

19                      Q.    Okay.  Have you ever field a PREA

20      complaint where you were legitimately sexually

21      assaulted in any way?

22                      A.    I mean, I think I have, yes, but

23      the only thing is whenever I filed a PREA complaint,

24      they don't do nothing about it because they feel that

25      I do it all the time just to be an asshole and I have

Associated Reporters Int'l., Inc.

1       Blanford v Banks - 5/2/2022 - Rashaun Blanford

2       no evidence.

3                   So now, I'm like, all right, so I made

4       a PREA complaint recently and stated I got actual

5       evidence, which is the D.V.D. and yeah.  And now,

6       it's like this, a PREA complaint is when you're

7       sexually touched or being sexually harassed.

8                   Like I said, once again, the reason

9       why I can say that I'm being sexually -- I was

10      sexually touched because it -- it was like -- all

11      this happened to me for no reason, and I was forced

12      to take my clothes off and by them putting their

13      hands on me when this wasn't warranted.

14                  I'm sexually touched by him telling me

15      to turn around or by him turning me around and

16      touching me how they're not supposed to touch me.  I

17      can say that he is sexually touching me because that

18      action was not warranted to begin with.

19                  Q.   So is it your testimony that --?

20                  A.   I can't hear you.

21                  THE REPORTER:  Yeah.  Your mic just

22      went quiet right now, Ms. Haner, right when you

23      started your new question after -- after he finished

24      his answer.

25                  MS. HANER:  Okay now?

```
 1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2                    THE REPORTER:  It's still pretty
 3      quiet.  You might have to -- what you can do is if
 4      you want to try talking loud again like we did last
 5      time.  I'll tell you when it -- if it goes back to
 6      normal if and when, that way you can.
 7                    MS. HANER:  Can you hear me fine now?
 8                    THE REPORTER:  It's enough on my end
 9      to pick it up through the mic.  You would be pretty
10      quiet.  But I don't know if mister -- Mr. Blanford
11      can hear you.
12                    MS. HANER:  Can you hear me okay?
13                    THE WITNESS:  I can hear you a little
14      bit.  You got -- hello.
15                    MS. HANER:  Yeah.  I hear you guys
16      just fine.  I don't know.
17                    THE WITNESS:  All right.  She can hear
18      us.
19                    MS. HANER:  But can you hear me?
20                    THE WITNESS:  Yeah, I can hear you.
21                    BY MS. HANER:  (Cont'g.)
22                    Q.   Okay.  So is it your testimony
23      that because excessive force was used, that makes the
24      touching of your butt a sexual touch?
25                    A.   No, this -- this is what I'm --
```

1       Blanford v Banks - 5/2/2022 - Rashaun Blanford

2       this is the testimony that I was saying.  My

3       testimony is like this.  If I hit a C.O. on camera,

4       and they decide to restrain me, and a hearing

5       happens, and I'm found guilty, I can't even say

6       nothing.

7                    So because it's excessive use of force

8       happening, and they touched me for no reason.  Yes, I

9       can say that I got sexually touched because, once

10      again, an excessive use of force was done to me when

11      I'm in handcuffs presenting no threat whatsoever.

12                   And how they did it, they weren't

13      supposed to do it.  And once again, by me having gone

14      to the strip frisk room, they take my clothes off for

15      no reason.  I can use -- yeah, I'm sexually touched.

16      I'm being sexually harassed, because why?  This

17      ticket is not even in -- on record.

18                   Only is -- it's only on me and this

19      lawsuit record right now.  So yes, I can say I'm

20      being sexually touched and I'm being sexually

21      harassed.

22                   Q.   Okay.  So is it your testimony

23      that because force was used when it wasn't necessary,

24      it makes touching your butt a sexual touch?

25                   A.   That's a fact, it does, because

Associated Reporters Int'l., Inc.

1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
2        that's like saying, if you was in this situation --
3        I'll put it like this.  The reason why I state that
4        is because I've got -- in prison, you have rules and
5        regulations that you got to follow.
6                      I don't care if it was a C.O. or a
7        Superintendent or not, you got rules that you got
8        follow.  There is a package called a Tier Three
9        hearing package.
10                     Whenever an incident occurs, they're
11       supposed to write a ticket.  Like I said, once again,
12       the ticket, no, the hearing officer determines if you
13       are guilty or not, by the hearing officer not even
14       finishing this hearing that started says a lot.
15                     It said that that the stuff that they
16       did is not justifiable.  It doesn't matter what the
17       Defendant is saying because why?  For one, there is
18       no record that this hearing ever even existed.  There
19       is no record of this ticket ever even existed.
20                     So therefore, it doesn't matter what
21       the Defendant say because they -- they -- they didn't
22       complete the hearing at all.  They didn't go through
23       with the hearing.
24                     Q.   Okay.  So is it your testimony
25       that your misbehavior report hearing did not

```
 1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2    conclude?
 3                     A.    They did not conclude, yes.
 4                     Q.    Okay.
 5                     A.    Meaning, they did not finish,
 6    right?
 7                     Q.    Right.
 8                     A.    Yes.   That's the only reason why
 9    I stated that they did all of this, yes.
10                     Q.    Okay.  So then I just had sort of
11    another question.  Did you ever write threatening
12    letters to Correction Officers at their home
13    addresses?
14                     A.    Now, listen, I'm not going to lie
15    to you.  I know how to get these C.O.s' addresses.
16    Yes, I did that.  When I'm in the bus everybody
17    knows, listen, you probably know the stuff that goes
18    on in here.  We know stuff that goes on here.
19                     Now, when I was in Great Meadow B --
20    when I was in Great Meadow B.H.U. I was in my cell,
21    the C.O.s was in there, denied me my trays, they was
22    playing with my meal, they violated my property -- as
23    far as violation, I mean, they went in my cell and
24    threw my -- all my property out.
25                     So I'm like, you know, what, if you
```

1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
2        want to sit here and play with my food for no reason
3        and I'm not being -- I never did nothing wrong to
4        you, I'm going to get your address.  Now, my thing is
5        this.
6                      Pardon me.  What I'm saying is this,
7        public information, the -- it's all right for these
8        people to have everything about us, right?  These
9        people are strangers to us.  It's not right for them
10       to have our Social Security Numbers, our home
11       addresses, it's not right for them to have our family
12       members' information when they come to see us on a
13       visit.
14                      So if everything is public
15       information, I can get their address as well.  So
16       what I do is, whenever it's necessary, I get the
17       C.O.s' addresses that's harassing me, and I'm not
18       going to lie, I'll write them and keep on harassing
19       them, write to their house until I get in trouble.
20                      Because why?  I tell them, stop
21       messing with me and it's -- you're not going to like
22       it when I mess with you back.  So at the end of the
23       day, that's no -- as far as, you know, that's just
24       the C.O.
25                      Now, the lady that worked in Marcy

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2     R.M.H.U. -- can you hear me?
 3                    Q.    I can hear you.
 4                    A.    There was a female that worked in
 5     Marcy R.M.H.U. called me a jerk and you refer to that
 6     letter as well.   Now, the only reason why that
 7     happened is because -- you're listening?
 8                    Q.    I am.
 9                    A.    The only reason why that happened
10     is because when I was over there, I got some stuff
11     that I was doing in the street that's on the
12     internet, and when we hear these people are not
13     supposed to sit here and go on the internet.   Am I
14     correct?   Miss, am I correct, right?
15                    Q.    How would we know that?
16                    A.    All right.   So these people are
17     not supposed to use the internet according to the
18     employee manual and this -- and the rules and
19     regulations.
20                    So when I was in Marcy, the lady that
21     served me, I caught a ticket, whatever.   She, I
22     guess, she looked me up and she see whatever I was
23     doing in the street.
24                    She gave me a compliment about
25     whatever.   In my mind, all right, whatever.   I think
```

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2     she was hitting on me.  So -- so someway, somehow, I
 3     received her address, and I wrote her, and she
 4     reported me.  I never told this lady nothing about
 5     me.  So --.
 6                    Q.    Okay.  How did you get her
 7     address?
 8                    A.    I mean, to be honest -- whose
 9     address?
10                    Q.    Ms. Czeries?
11                    A.    Hers?
12                    Q.    Yeah.
13                    A.    Now, to be honest, the same way
14     how I get everybody else address.  There is a website
15     called Whitepages.  They couldn't stop it.  It's been
16     out there for years.
17                    So at the end of the day, I just go,
18     well, yeah, it's a website called Whitepages.  I just
19     go on there and whatever, because at the end of the
20     day, my thing is this.  If you go out of your way and
21     look me up, and gives -- and going through search
22     stuff, you're not supposed to go through it and tell
23     me about I think you're hitting on me.
24                    So therefore, if I hit on you, I'm not
25     in the wrong because you should have kept your mouth
```

```
 1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2    shut because I don't care about you.  You get what
 3    I'm saying?  So that's -- that's the only reason why
 4    that happened.
 5                    Q.   Okay.  All right.  I'm almost
 6    done with my questions.  I just want to go over my
 7    notes and make sure I didn't miss anything.  Do you
 8    mind if we take like a ten-minute break just so I can
 9    look through my stuff?  That's okay?
10                    A.   Yeah.  That's okay.
11                    Q.   Okay.  So we'll reconnect in ten.
12                    A.   All right.
13                    THE REPORTER:  Okay.  We're off the
14    record.
15                    (Off the record, 10:59 a.m.)
16                    (On the record, 11:19 a.m.)
17                    THE REPORTER:  All right.  We are on
18    the record.
19                    BY MS. HANER:  (Cont'g.)
20                    Q.   Okay.  So you were telling me
21    about an incident when you were x-rayed at Mount
22    Vernon Hospital.  You said something about a lighter?
23                    A.   Yeah.  I swallowed a --
24                    Q.   Can you hear me?
25                    A.   Yeah, while I was on the bus.
```

Page 117

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2     Yes, I can hear you.  Can you hear me?
 3                    Q.    Yeah.
 4                    A.    I swallowed a lighter.
 5                    Q.    Are you talking about a lighter,
 6     like a Bic lighter?
 7                    A.    A Bic, yeah, yeah, yeah.
 8                    Q.    How did you get a Bic lighter?
 9                    A.    I'll put it like this.  I had to
10     do what I had to do to put the spotlight on me.  I'm
11     not going to say how I got it, but I can get whatever
12     I want to get when it's necessary for me to get it.
13                    Q.    Okay.  All right.  Fair enough.
14     And we -- we talked about this a little bit before.
15     I just want to make sure I get the details right.
16     You said that what you inserted into your penis was a
17     pen tip, like the tip of a pen cap?
18                    A.    It was two pen tips, yes.
19                    Q.    Okay.
20                    A.    So I -- when I was in Downstate,
21     I put a staple inside my -- I swallowed the metal
22     wheel, so they can see the stuff inside of me but
23     then I put a staple inside my stuff so they can see
24     that there is actually metal inside of me.  And that
25     right there is what proved that I had all metal
```

Associated Reporters Int'l., Inc.

1       Blanford v Banks - 5/2/2022 - Rashaun Blanford

2       inside of me.

3                       Q.    Okay.

4                       A.    So they could do an x-ray.

5                       Q.    The -- when we're talking about a

6       pen tip, are we talking about like the tip of the cap

7       of a pen or the writing tip?

8                       A.    You see that, the writing part,

9       you see that pen, that you're holding.

10                      Q.    Okay.  It was like the writing

11      tip.

12                      A.    Yes.

13                      Q.    Okay.  So what you inserted was

14      two metal tips of the writing tip of a pen?

15                      A.    But those tips don't show up on

16      the x-ray, they show up in the hospital machine

17      because the hospital got the right machines.  Well, I

18      don't -- I can even say if there is -- it showed up

19      on the machine in Downstate, but yes.

20                      Q.    Okay.  So they're metal, they're

21      made of metal?

22                      A.    I mean, they say they didn't show

23      up on this record here but in the outside world, they

24      showed up on here, so I don't know if it's made of

25      metal or not, but all I just know is I put a staple

Associated Reporters Int'l., Inc.

Page 119

1        Blanford v Banks - 5/2/2022 - Rashaun Blanford

2        inside my thing and when I was in the outside

3        hospital, they seen all the -- everything that was

4        inside of me.

5                         Q.    But the pen tip that you

6        inserted, it's the size of a pen where the ink comes

7        out, right?

8                         A.    Yeah, yeah, yeah, yes.

9                         Q.    Okay.  And where did you get that

10       pen?

11                        A.    Oh, I was in a box, so I had the

12       -- it's the box pen.

13                        Q.    Like their property, the box?

14                        A.    Yeah, yeah.

15                        Q.    Okay.  So let me just ask you and

16       I know I asked you this before.  Why did you put the

17       -- the pen tips in your penis originally?

18                        A.    Because I was -- I was going

19       through a mental health crisis and I was mad about

20       something and that's when I did that.

21                        Q.    So can you explain a little bit

22       more?  You did it because -- I know you said you did

23       it because you're mad but were you trying to get

24       something out of it?

25                        A.    I was -- I was pissed off and I

1      Blanford v Banks - 5/2/2022 - Rashaun Blanford

2      get mad.  I do stuff without thinking and I did that.

3      And I told them that I need -- I need them to get

4      this out of me, you know, I need to go to the outside

5      hospital, and I said, you guys want to take me out

6      there, and they said, no, you're not going over

7      there.  That's pretty much what it was.

8                    Q.    Did you --?

9                    A.    I was not trying to get nothing -

10     -

11                   Q.    Well, you said something about an

12     outside hospital.  Were you -- did you -- were you

13     trying to go to a hospital?

14                   A.    No, I was just mad but when I put

15     it in there, I realized that it didn't come out and I

16     was like, oh shit, they got to go, they got to take

17     me to the outside hospital now.  I didn't plan on

18     going out there.  I was just -- yeah.

19                   Q.    Okay.  So are you saying that

20     when you put the pen tips in, it was just self-harm,

21     it wasn't trying to get anything?

22                   A.    It was -- it was self-harm.  It

23     was originally self-harm, yes.

24                   Q.    Okay.

25                   A.    I put the pen tip --

Associated Reporters Int'l., Inc.

1        Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                        Q.    Were you self-harming for a

3        reason?

4                        A.    Because the C.O. was doing some -

5        - yes, they were.  They had no reason to be doing.

6        So I was trying to self-harm myself so I can get to

7        them, but at the end of the day, I realized that

8        that's going to get me in trouble.  So I just said,

9        yo, listen, I got two metal pen tips stuck inside of

10       me, I need to go to the outside hospital, and they

11       refused it.

12                       Q.    What do you mean get to them?

13                       A.    Meaning that -- like I said, I

14       want -- like I said before, I want to talk to them

15       and say listen,  get them to respond, like what's

16       going on, like if I feel they're playing with me, I

17       was going to be playing with you.  That's why I was

18       doing it, that type of -- that type of thing.  But

19       like I said, yeah.

20                       Q.    Are you saying that you put the

21       pen tips in there to get the officers to talk with

22       you?

23                       A.    No, I put that in there because I

24       was going through a mental health crisis.  Before

25       that, I was pissed off and that -- that was something

Page 122

```
 1      Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2      different.  The pen tip because I was going through a
 3      mental health crisis.
 4                      Q.   Okay.  So it's your testimony
 5      that the pen tips were not inserted for you to try to
 6      get anything or to get moved or anything like that?
 7                      A.   Well, because at the end of the
 8      day, I'm going to -- I'm going to be in prison
 9      regardless.  So it don't matter if I go to another
10      facility, I'm still going to be in prison.
11                      Q.   Okay.  All right.  So when you
12      were seen by medical for the pen tips.  They decided
13      -- you said -- you testified earlier that the nurse
14      told you to take the tips out yourself?
15                      A.   Yes.
16                      Q.   What is it that you think that
17      the nurse should have done instead?
18                      A.   According to the prisons, we got
19      rights.  We got the right to freedom of speech, you
20      got the right to adequate medical care treatments.
21      If I need the nurse --
22                      Q.   What do you think was adequate?
23                      A.   Adequate medical care treatment
24      would be the nurse sending me out to the outside
25      hospitals so they could remove the pen tips from me
```

1       Blanford v Banks - 5/2/2022 - Rashaun Blanford

2       because any nurse that's -- that come and says -- or

3       any nurse that knows how to do their job, that knows

4       about the constitutional rights, and stuff like that,

5       they know that we're entitled to adequate medical

6       care assistance.

7                    By her telling me, take it out myself,

8       that is -- now it turns into a medical neglect issue.

9       And now by her doing that, this is still inside of

10      me, when she had the right, when she could -- when

11      she had the right, she could have sent me down to the

12      outside hospital because whenever a nurse is on, she

13      don't have to get permission from the doctor because

14      all you got, for example, this is -- let's say this

15      is reception I put metals in my penis.

16                   She is going to do what she got to do

17      to make sure her job is done right, and she is going

18      to talk to whoever they send me out to -- they send

19      me to the outside hospital.  But in this situation,

20      it didn't happen.  She literally said with

21      aggression, take it out yourself.

22                   Q.   So the treatment, if that -- is

23      it your testimony that the treatment you think that

24      was adequate was for the nurse to have removed the

25      pen tips or sent you to have them removed

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2      immediately?
 3                     A.   Yes, she should have sent me to
 4      have them removed but, yeah, the only reason why she
 5      did something about it because O.S.I. came and I
 6      started making the situation -- I started exposing it
 7      and that's what she put the urethra in because why is
 8      it that you wait two or three -- I mean, a few weeks
 9      later to do a urethra, put a urethra inside of me
10      when you could send me out to the outside hospital.
11                     So you knew that there was something
12      inside of me, but you put the urethra inside of me.
13      So if you knew that, why wait so, therefore, yes, she
14      was supposed to do --.
15                     Q.   Okay.  So is it your testimony
16      that it would have been adequate medical treatment if
17      the nurse had sent you to the hospital to get them
18      removed that day?
19                     A.   Exactly.  They would have sent --
20      yeah, it would have been adequate if she would have
21      sent me to the outside hospital, they would have
22      found not only was it true, what I'm saying is true
23      about me putting the metal -- metal pen tips in my
24      penis not only there would have been on record, and
25      they would have seen it, and they would have been
```

```
 1       Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2       able to do something about it.
 3                    Q.    Okay.
 4                    A.    So these -- they could -- they
 5       could say that they were going to pass all they want,
 6       but their word don't mean nothing because, once
 7       again, we did have -- we did have medical treatment.
 8       So she was supposed to send me out to the outside
 9       hospital, but she never did.
10                    Q.    Okay.  So you testified earlier
11       that a few weeks after you inserted the pen tips,
12       they did something medical to try and get them out.
13       Can you continue --
14                    A.    Yes, they had --.
15                    Q.    -- what that was?
16                    A.    It was a urethra thing ,it's on
17       my medical right there.  I got to do it myself.  It
18       was like a pink urethral that they stick inside the
19       penis.  She did -- she had a big tube.
20                    She put a lube -- some type of lube --
21       lubricant -- she lubed it up.  She pushed it in my
22       pee hole and try to get whatever was in out of it
23       like two or three weeks later and nothing came out.
24                    So by her doing that, she know that
25       something was inside me because she is not going to
```

```
 1        Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2    do that for no reason.
 3                    Q.   You're saying utheter -- does
 4    that -- are you referring to like a catheter maybe?
 5                    A.   Yeah.  That's what I mean.  I
 6    probably pronounce it wrong.  Yeah, catheter.
 7                    Q.   I don't know if I'm right either.
 8    I'm asking you.  I wasn't there.
 9                    A.   Well, it's the medical -- it's in
10    is my medical report.
11                    Q.   Okay.  So you -- you said that
12    they had told you it will pass?  Who told you it will
13    pass?
14                    A.   That's what I keep on saying.
15    She told me that, the doctor told me that, that they
16    took a urine sample.  Oh, it will pass.  There is no
17    possible way that little pen tips can be stuck inside
18    the penis.
19                    I'm like, you serious, I could put
20    metal inside my penis right now.  It is not going to
21    come out once it's inside, it's inside.  That's what
22    I kept on saying.
23                    Q.   Who -- what doctor did you see
24    that told you that?
25                    A.   The lady that issued the urine
```

Page 127

1          Blanford v Banks - 5/2/2022 - Rashaun Blanford

2     sample.  I don't know her name.

3                    Q.   Did she say that at the same time

4     that they tried to drain the object?

5                    A.   No, it was two different -- two

6     different incidents.

7                    Q.   Okay.  So tell me when the doctor

8     told you that?

9                    A.   She told me that on a separate

10    incident that, oh, it's going to pass, and she told

11    me it's no possible way that metal could be stuck

12    inside -- inside of you.  That's what she said

13    literally.  And she was sitting there feeling it, and

14    she was like, I don't even feel it.

15                   Q.   But when was that that the doctor

16    said that?

17                   A.   Around the month of February.

18    February -- between February and March.

19                   Q.   Okay.  How many times did you see

20    a doctor?

21                   A.   A few times to get x-ray.  A few

22    times to get x-rayed.  Actually, I've seen it in

23    Marcy.  From Marcy, I went to --

24                   Q.   I'm sorry.  Can I ask you my

25    question differently, so I don't -- I don't want to

Page 128

1       Blanford v Banks - 5/2/2022 - Rashaun Blanford

2       be confusing?  How many times did you see a doctor

3       just for the pen tips?

4                       A.   Marcy facility, I've been there

5       for a month, I went to Attica.  So Marcy is one time.

6       Attica, I went to it, two times.  They told me

7       nothing was inside of me.

8                       From Attica, I went to Downstate.

9       Downstate, they say there was stuff inside of me.

10      And then they sent me to Mount Vernon Hospital.  The

11      doctor over there was going to do surgery, so four

12      times.

13                      Q.   Okay.  Let me get that.  All

14      right.  When they did the x-ray at Mount Vernon, you

15      said that they saw objects inside of you, but you

16      also said that you put a staple in there.  So did the

17      x-ray show the staple and the pen tips?

18                      A.   I guess, who knows, in Mount

19      Vernon, I think they did a full -- they did a CAT

20      scan and everything.  So I don't know what type of

21      technology they have but they said whatever they had,

22      they just see everything inside the body.

23                      Q.   Okay.

24                      A.   Technically, here they can so

25      whatever it is, all I know is they see -- that they

1              Blanford v Banks – 5/2/2022 – Rashaun Blanford

2       seen -- they seen stuff inside me.

3                          Q.   Do you know whether they saw the

4       pen tips specifically?

5                          A.   I don't know, but all I just know

6       is they seen something.

7                          Q.   Okay.

8                          A.   They seen something inside.

9                          Q.   Okay.  Have you -- have you been

10      using -- I'm sorry.  You said they scheduled you for

11      surgery.

12                         A.   Yeah.  They scheduled me for

13      surgery when I -- say that again.

14                         Q.   Was that for the lighter?

15                         A.   No, that's for the metal in my

16      penis.  When I had metal in my penis, they scheduled

17      me for surgery.  When I was supposed to get the

18      surgery, they discharged me, and I went on my way to

19      Great Meadow B.H.U.

20                         They say they discharged me because

21      they said that, oh, I was being a asshole.  I wasn't

22      even doing -- I was waiting for surgery and, next,

23      you know, I'm on the road to B.H.U. and this stuff

24      inside of me.

25                         Q.   Okay.

Associated Reporters Int'l., Inc.

Page 130

1      Blanford v Banks - 5/2/2022 - Rashaun Blanford

2                   A.   My thing is if they would do

3      surgery to remove the staple,  they will see

4      everything that's inside of me and everything would

5      come out because there is a lot of stuff inside of

6      me.

7                   Q.   Okay.  So the day of the incident

8      in your complaint.  Did you have the cell window

9      covered at all?

10                  A.   Hell no, I have no cell window

11     cover.  Not to my knowledge, no.

12                  Q.   Okay.

13                  A.   If I did, I don't remember but I

14     don't think so.  But once again, the cameras that you

15     have, the video will be able to show everything as

16     the video is right in front of my cell.

17                  So I -- once again, I don't know if I

18     did, but I doubt that I did.

19                  Q.   Okay.  And was there something

20     about toothpaste?  Is there a toothpaste involved

21     that day?

22                  A.   No.

23                  Q.   No.

24                  A.   That I know of.

25                  Q.   Okay.  And is it your testimony

1    Blanford v Banks - 5/2/2022 - Rashaun Blanford

2    that the corrections officers came to your cell to

3    move you to contraband watch?

4                    A.   To -- yes.

5                    Q.   And what were they moving you for

6    contraband watch for, again?

7                    A.   The only time I could be placed

8    on contraband watch is if the C.O. assume you got

9    something inside you or you have something inside of

10   you.

11                   Contraband watch mean something that

12   you're not supposed to have.  So I have something,

13   and nothing ever even came out.  So they just have me

14   on contraband watch, when they should have put me and

15   sent me to the hospital.

16                   Q.   Okay.  All right.

17                   A.   On the contraband watch -- yeah.

18                   Q.   All right.

19                   A.   If I --.

20                   Q.   And you said you don't remember

21   the name of your doctor that saw you at Marcy?

22                   A.   No, I'm not -- no but what you

23   could do is check for hospital records and when I was

24   in Downstate Correctional Facility, and when I was in

25   Mount Vernon facility, and it's -- they're going to -

1        Blanford v Banks - 5/2/2022 - Rashaun Blanford

2    - those medical documents is going to show that,

3    yeah, but I don't trust -- I won't trust -- I won't

4    so much trust the prison medical records.

5                    I'll say that you could talk to the

6    Mount Vernon Hospital and get my medical records from

7    there because they're going to show and produce that

8    I had the metal inside of me and it still is.

9                    MS. HANER:  All right.  Okay.  I think

10   that's all the questions that I have for you.  Thank

11   you, for sharing your time.  I appreciate it.

12                   THE WITNESS:  Are you going to send me

13   -- are you going to send me my discovery because I

14   had it the first time I mean, the C.O. messed it up,

15   so am I going to be receiving it again?

16                   MS. HANER:  Well, let's do first

17   things first.  You're going to get a copy of the

18   transcript to review and then sign, and you're going

19   to get that from the court reporter that's on with

20   us.

21                   And your questions about discovery, we

22   actually have a discovery conference scheduled with

23   the Judge.  You might not have gotten the notice in

24   the mail yet because he just scheduled it,   but that

25   conference is -- let me just check.

```
 1          Blanford v Banks - 5/2/2022 - Rashaun Blanford
 2                      THE WITNESS:  May 23rd.
 3                      MS. HANER:  Hang on.  It is May 13th
 4          at ten o'clock over the phone.  So you should -- you
 5          should be getting a notice in the mail from the Court
 6          about that.
 7                      THE WITNESS:  Thank you.
 8                      THE COURT:  You're welcome.  Other
 9          than that, we're -- we're all set.
10                      THE WITNESS:  And anything I state is
11          -- and everything I state it matched up, I seen you
12          do the head nod.
13                      MS. HANER:  Huh?
14                      THE WITNESS:  I seen you do the head
15          nod.  Everything I'm saying is matching up with
16          everything.
17                      MS. HANER:  I don't know what you're
18          referring to.
19                      THE WITNESS:  Yes, you do.
20                      MS. HANER:  But I think we are all
21          set.  All right.  Have a good day.
22                      THE WITNESS:  I wish you too, you too.
23                      MS. HANER:  Thanks, James.
24                      THE REPORTER:  Ms. Haner, all right we
25          are off the record.
```

Page 134

1        Blanford v Banks – 5/2/2022 – Rashaun Blanford

2                         (The deposition concluded at 11:36

3        a.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1         Blanford v Banks – 5/2/2022 – Rashaun Blanford

2    STATE OF              )
     COUNTY OF             )
3
              I, RASHAUN BLANFORD, have read the foregoing
4    record of my testimony taken at the time and place noted
     in the heading hereof and do hereby acknowledge:
5    (Please check one)
              ( ) That it is a true and correct transcript of
6    same.
              ( ) With the exceptions noted in the attached
7    errata sheet, it is a true and correct transcript of same.

8
                              X
                                RASHAUN BLANFORD
9

10   Sworn to before me this
     _____day of _____, 2022.
11   X_____
     NOTARY PUBLIC
12   My Commission Expires:
     _____
13

14

15

16

17

18

19

20

21

22

23

24

25

800.523.7887                          Associated Reporters Int'l., Inc.

1          Blanford v Banks – 5/2/2022 – Rashaun Blanford

2      I, JAMES MAGLARAS, do hereby certify that the

3   foregoing testimony of RASHAUN BLANFORD was taken by me,

4   in the cause, at the time and place, and in the presence

5   of counsel, as stated in the caption hereto, at Page 1

6   hereof; that before giving testimony said witness was duly

7   sworn to testify the truth, the whole truth and nothing

8   but the truth; that the foregoing typewritten

9   transcription, consisting of pages number 1 to 134,

10  inclusive, is a true record prepared by me and completed

11  by Associated Reporters Int'l., Inc. from materials

12  provided by me.

13  *James Maglaras*

14  JAMES MAGLARAS, Reporter

15

16

17

18

19

20

21

22

23

24

25

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 137

1              Blanford v Banks – 5/2/2022 – Rashaun Blanford

2              ASSOCIATED REPORTERS INTERNATIONAL, INC.
                            (800) 523-7887
3
        Date:
4       Case Name:  Blanford v Banks, et al
        Index Number:  21-CV-0231
5       Deponent:  Rashaun Blanford
        Deposition Date:  5/2/2022
6       Examining Attorney:  Christopher Hummel

7       Dear Mr. Ryan:

8
        Please read and make any changes and/or corrections in
        your testimony and sign the transcript in the presence of
9
        a notary public.  Please do so within thirty (30) days.
10      If you fail to sign the transcript within thirty (30)
        days, it will be delivered to the appropriate parties
11      without signature.  Return the transcript with
        corrections, if any, to:
12
                        OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
13                      BY:  BRITTANY HANER, A.A.G.
                        The Capitol
14                      Albany, New York 12224

15
        CORRECTIONS:
16
        _____        Word or phrase:  _____
                        Corrected to:    _____
17
        _____        Word or phrase:  _____
18                      Corrected to:    _____
        _____        Word or phrase:  _____
19                      Corrected to:    _____
        _____        Word or phrase:  _____
20                      Corrected to:    _____
        _____        Word or phrase:  _____
21                      Corrected to:    _____
        _____        Word or phrase:  _____
22                      Corrected to:    _____
        _____        Word or phrase:  _____
23                      Corrected to:    _____

24      _____
            Date Signed
ARII@courtsteno.com                                      www.courtsteno.com
25                                              RASHAUN BLANFORD

**A**

A.A.G 2:7,8 137:13
a.m 1:13,13 5:3,5 94:16,17
  116:15,16 134:3
A.S.A.P 86:12
able 7:15,24 10:14 81:10 82:16
  83:6,22 85:14 94:25 95:2
  125:2 130:15
absolute 74:5
absolutely 39:19 74:6
abused 91:17
accept 10:23 95:16
accepted 101:20,24
accuse 84:10
accused 84:11 103:5
accusing 89:12 90:22
acknowledge 135:4
act 49:9 59:16
action 63:22 108:18
actual 30:13 108:4
add 10:19 74:13,13,16 77:24
adding 74:11
additional 74:11
address 8:7 113:4,15 115:3,7,9
  115:14
addresses 112:13,15 113:11,17
adequate 122:20,22,23 123:5,24
  124:16,20
admit 107:12
advice 83:22
affiliated 27:12
affiliation 28:2,5
affirm 5:7
afternoon 19:14
agencies 50:16,18 91:9,20 92:5
agency 101:14
aggression 123:21
ago 60:22,23,25 99:12
agree 9:21
agreements 9:10
ahead 7:19 8:13 10:3 14:25
  17:22 27:11 37:17 55:21 57:20
  65:12 93:19 101:2 105:4
air 75:13
al 1:8 137:4
Albany 2:10 91:21,22 95:19
  96:23 97:2,5,7,9,18,19,21
  98:2,22 101:15 137:14
allegedly 84:16

amount 73:7
and/or 137:8
ands 107:7
ankle 74:18 75:18,21 76:5
answer 6:21 7:24 8:20 9:7 10:21
  10:23 12:16 83:10,16,23 87:9
  90:4,11 92:17 94:7 98:22
  108:24
answered 94:6
answers 4:9 6:15 7:10,13 9:5
  12:14,17 27:5 84:2 87:6 90:2
  90:7,12
anybody 19:11 35:10 85:8
anyone's 47:6
anyways 26:2
apart 80:17
appeal 94:25 95:2,15,15,17
  96:12,15,18,21 98:6,9 99:3
  101:8,11,16 102:6
appealed 100:4
appeals 100:21
APPEARANCES 2:2
appreciate 132:11
appropriate 137:10
April 56:5
aren't 38:14
arm 22:22
arrow 68:13
asked 6:14 23:16 26:13,15 41:24
  46:4,10,13,20,25 47:7,23 63:4
  86:24 87:3 102:22 119:16
asking 8:20 45:10,14,17 46:6,23
  56:25 79:16 83:21 90:2,13
  96:5 126:8
ass 107:8
assault 14:7 21:15
assaulted 36:3 63:23 73:10
  107:21
asshole 58:9,10,11 107:25
  129:21
assigned 40:7
assistance 123:6
Assistant 5:22
Associated 136:11 137:2
assume 6:17 79:19 131:8
assumption 40:25
attached 135:6
attempted 13:14
attention 18:19,19,23,24 23:14
  29:18 33:6 37:5 38:22 39:7,11

39:25 41:11,19 45:8,11 46:19
48:22,25 49:3,10,18 51:12
54:14 55:10 81:8 98:16 106:8
106:20
**Attica** 29:21,21 30:2 53:14,15
53:16,16,20 56:6 88:5,25
128:5,6,8
**attitude** 38:6
**attorney** 2:6 4:15 5:22 83:18
90:9 137:6,12
**attorneys** 4:3
**Auburn** 15:16
**audio** 19:16 22:14 23:3 48:10
**available** 83:6
**aware** 22:18

---
                    B
---
**B** 5:16 112:19
**B-L-A-N-F-O-R-D** 12:24
**B.H.U** 112:20 129:19,23
**back** 16:13 19:18 24:3,4,6 26:9
26:18,24 30:24 31:3,5 36:2,9
39:5 41:22 43:23 44:14 45:25
48:21 49:16 63:5 66:24,25
67:24 75:14 85:2,18 95:16
97:12 98:17 99:18,24 100:3,6
101:7 102:5,6 109:5 113:22
**bald** 81:17,18,19,21,22
**balls** 107:10
**bang** 27:17
**Banks** 1:1,8 2:1 3:1 4:1 5:1 6:1
6:6 7:1 8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1 16:1 17:1
17:23 18:1 19:1 20:1 21:1
22:1 23:1 24:1,20 25:1 26:1
27:1,7 28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1 60:1 61:1
62:1 63:1 64:1,11 65:1,5,13
66:1 67:1 68:1 69:1,25 70:1
70:24 71:1,14 72:1 73:1 74:1
74:10,24,25 75:1,2,7,10,11,12
75:16 76:1,7 77:1 78:1,15
79:1 80:1,7 81:1,11 82:1,14
82:23 83:1 84:1,12,13,21 85:1
85:2 86:1 87:1 88:1 89:1 90:1
90:22 91:1 92:1 93:1 94:1

95:1 96:1 97:1 98:1 99:1
100:1 101:1 102:1 103:1,5
104:1 105:1 106:1 107:1 108:1
109:1 110:1 111:1 112:1 113:1
114:1 115:1 116:1 117:1 118:1
119:1 120:1 121:1 122:1 123:1
124:1 125:1 126:1 127:1 128:1
129:1 130:1 131:1 132:1 133:1
134:1 135:1 136:1 137:1,4
**Bare** 15:5,5,6 27:18
**based** 95:5
**basically** 15:18 19:11 37:24
44:25 92:23
**basis** 86:9
**bathroom** 39:18 59:4 92:14 94:12
**baton** 82:2
**beat** 24:12
**behalf** 21:24 83:22
**best** 10:5
**better** 80:25
**Bic** 117:6,7,8
**bid** 13:9,17,21 16:5,13 18:15
**big** 31:21 33:22 125:19
**Binghamton** 14:20,23 15:3
**bit** 22:6 27:2,3 31:6 36:10
49:13 75:16 109:14 117:14
119:21
**black** 47:8 82:20
**blah** 10:22,22,22
**Blanford** 1:1,5,11 2:1,1 3:1,1
3:3 4:1,1 5:1,1,5,10,12,16
6:1,1 7:1,1 8:1,1 9:1,1 10:1
10:1,5 11:1,1,19,22 12:1,1,23
13:1,1 14:1,1 15:1,1 16:1,1
17:1,1 18:1,1 19:1,1 20:1,1
21:1,1 22:1,1,17 23:1,1 24:1
24:1 25:1,1 26:1,1 27:1,1
28:1,1 29:1,1 30:1,1 31:1,1
32:1,1 33:1,1 34:1,1 35:1,1
36:1,1 37:1,1 38:1,1 39:1,1
40:1,1 41:1,1 42:1,1 43:1,1
44:1,1 45:1,1 46:1,1 47:1,1
48:1,1 49:1,1 50:1,1 51:1,1
52:1,1 53:1,1 54:1,1 55:1,1
56:1,1 57:1,1 58:1,1 59:1,1
60:1,1 61:1,1 62:1,1 63:1,1
64:1,1 65:1,1 66:1,1 67:1,1
68:1,1 69:1,1 70:1,1 71:1,1
72:1,1 73:1,1 74:1,1 75:1,1
76:1,1 77:1,1 78:1,1 79:1,1

80:1,1 81:1,1 82:1,1 83:1,1
84:1,1 85:1,1 86:1,1 87:1,1
88:1,1 89:1,1 90:1,1 91:1,1
92:1,1 93:1,1 94:1,1 95:1,1
96:1,1 97:1,1 98:1,1 99:1,1
100:1,1 101:1,1 102:1,1 103:1
103:1 104:1,1 105:1,1 106:1,1
107:1,1 108:1,1 109:1,1,10
110:1,1 111:1,1 112:1,1 113:1
113:1 114:1,1 115:1,1 116:1,1
117:1,1 118:1,1 119:1,1 120:1
120:1 121:1,1 122:1,1 123:1,1
124:1,1 125:1,1 126:1,1 127:1
127:1 128:1,1 129:1,1 130:1,1
131:1,1 132:1,1 133:1,1 134:1
134:1 135:1,1,3,8 136:1,1,3
137:1,1,4,5,25
**block** 24:13
**blood** 39:18
**blue** 33:20,21
**body** 75:5 128:22
**born** 13:5
**bother** 61:15
**bow** 68:13
**box** 15:13 20:14,15,16 21:12
23:3 119:11,12,13
**break** 8:12,12,18,18,21 27:3
62:20,20 94:12 96:13 98:19
116:8
**breakfasts** 8:14
**bring** 19:19 54:14 96:4
**bringing** 96:6
**Brittany** 2:7 5:22 137:13
**broke** 98:13,15
**brought** 37:7 104:15
**bruise** 85:12,15
**building** 65:15
**bunch** 6:10 15:18 21:5 22:3 27:2
35:6 55:24 62:4 91:21 107:5
**bus** 88:3 112:16 116:25
**business** 62:2
**busy** 62:2
**butt** 25:6 70:5 73:9 76:17,19
77:2,9 78:3 103:6 104:19
109:24 110:24
**buy** 19:24

---

**C**

**C** 3:2
**C.A.T** 30:18

**C.O** 6:6 16:11 17:23 18:11 23:23
24:2,20 27:6,18,25 32:23,23
32:25 37:2 44:4 65:3 66:21
67:19,24 68:2,10,11,17,18,25
69:14,25 70:3,6 73:4 74:6
78:14 81:11 82:17 84:12,13,13
102:25 103:18 104:3,24 105:7
105:22 110:3 111:6 113:24
121:4 131:8 132:14
**C.O.s** 17:3,5 21:10 28:6,10,18
29:9 34:18 40:14 43:25 48:4
58:6 63:22 64:17 66:13 67:22
71:3,5,21,24 72:7 78:6 80:17
106:21 107:4 112:21
**C.O.s'** 112:15 113:17
**call** 23:14 29:21 32:9 34:23
39:6 50:11,17 52:3,25 61:14
62:6,18,18 93:11,25 100:19
**called** 27:7 94:2 99:12 111:8
114:5 115:15,18
**calling** 26:11,11
**calls** 49:20 50:13 59:15
**camera** 21:23 22:2,25 24:18
43:23 44:3 65:18,24 66:14
110:3
**cameras** 19:15 22:13,16 39:21
69:24 72:6 130:14
**can't** 96:12
**cap** 117:17 118:6
**Capitol** 2:9 137:13
**caption** 136:5
**car** 15:15
**carbon** 92:2
**care** 41:25 45:14 46:4,10 47:24
60:9 111:6 116:2 122:20,23
123:6
**carry** 82:2
**case** 10:14 26:24 59:17 80:12
84:8 91:10 137:4
**cases** 80:12
**CAT** 128:19
**catheter** 126:4,6
**caught** 114:21
**cause** 4:16 5:8 136:4
**cell** 22:14,15,15 23:3,6,9,10
24:2,4,8,10,10,11,12,13,14
25:14 26:9 32:21 36:14,18,25
39:5 43:25 44:10,14,18,22,25
45:9 46:17,24 48:22 49:17
63:6 64:11,18,25 65:4,6,7

66:7,9,11,11,15,16,16,19 67:3
67:19,20,22 68:3,11,24 69:2
69:15,17 72:4,5,7,11 73:21
80:2 88:16,23 105:19 112:20
112:23 130:8,10,16 131:2
cells 79:22
Central 97:24 98:20,21 100:13
certain 103:18
certified 4:16
certify 136:2
chance 101:11
change 95:11 106:24
changes 137:8
charges 26:16 83:7
check 43:13 48:24 49:2 101:25
131:23 132:25 135:5
chest 30:11
Christopher 137:6
circumstances 88:19
Civil 4:5
civilian 18:13 43:5 47:13,15
civilly 14:17
clear 10:11,24 66:5
close 79:25
closed 30:3,7 44:25
closely 28:6,24
clothes 73:13 108:12 110:14
color 33:9,9,16,19 41:8 81:13
Combs 102:19 103:5 105:4,11
come 12:14,17 25:13 28:13 43:23
58:2 59:2 61:9,10 87:7 113:12
120:15 123:2 126:21 130:5
comes 10:10,15 20:19 22:20
119:6
coming 39:19 64:17 66:14 71:6
71:17 75:6
commenced 5:2 63:11,12,25 73:11
103:22
Commission 135:12
Committee 97:24 98:20,21 100:14
common 89:15
company 24:19 36:25,25 37:7
39:22 48:17 69:4,22 71:11,15
75:4 79:11
complain 93:25
complained 16:3 88:13
complaining 61:12
complaint 7:22 22:7 34:24 48:7
64:10 84:17 93:4,10,13 94:4,4
94:9 99:10,14 100:10,11,16,25

101:3 107:13,15,20,23 108:4,6
130:8
complaints 91:8 96:3,5 102:20
106:25 107:4,12
complete 111:22
completed 73:12 136:10
compliment 114:24
con 11:14
conclude 112:2,3
concluded 134:2
conference 132:22,25
confine 88:7
confined 14:17
confusing 46:23 128:2
connect 75:21
connected 75:19,24
consisted 62:3
consisting 136:9
constitutional 123:4
Cont'g 11:21 23:7 44:19 87:5
94:21 109:21 116:19
continue 125:13
contraband 25:16,17,20,23 26:7
37:8 38:11,20,23 39:4,11,14
39:20,25 42:13,16,21,25 43:17
43:18,20 44:13 48:17 56:24
131:3,6,8,11,14,17
controlling 75:15
conversation 11:15
Cool 40:18
cope 21:13
copy 4:16 87:16 91:9,11 92:2
93:2,3 132:17
correct 14:24,25 19:5 36:12
39:9 61:23 66:20 87:21 94:24
96:16,19 98:8 102:11,11
114:14,14 135:5,7
Corrected 137:16,18,19,20,21,22
137:23
correction 5:24 16:19 35:9 65:3
68:23 69:2 74:4,9,22 78:24
90:18 112:12
correctional 11:24 60:17 70:24
70:24 80:11,21 131:24
corrections 4:11 21:18 131:2
137:8,11,15
counsel 136:5
counselor 12:4,16 31:12 87:10
92:22

count 73:3
COUNTY 135:2
couple 6:8
course 92:15
court 1:2 8:9 9:23 95:22 97:13
  97:14 98:24 132:19 133:5,8
cover 36:17 64:6,7 86:7 130:11
covered 130:9
covering 106:20
Coxsackie 15:10,11
crazy 21:3,5
create 90:16
criminal 13:15
Crip 27:16
crisis 21:8 23:13,19 29:3
  119:19 121:24 122:3
criteria 19:12
crying 38:8
cuffs 24:6 66:24
Czeries 115:10

                    D
d 3:2,2 88:22
D.V.D 108:5
date 1:12 13:11 42:15 60:22
  89:20 137:3,5,24
dates 50:11
day 22:6 26:20 35:16,23 36:10
  45:11 50:13,14,20,20,21,25
  51:20 52:22 58:23 63:6 64:14
  64:16 66:15 89:23,24 101:12
  103:10,14,23 106:5 113:23
  115:17,20 121:7 122:8 124:18
  130:7,21 133:21 135:10
day-and-a-half 45:5
days 19:22 20:2,16,19 30:23
  58:2 62:14,15,21 88:17,22,23
  95:20 137:9,10
deal 8:8 27:25 97:17
Dear 137:7
decent 60:8
decide 110:4
decided 122:12
decision 95:20,23 97:3,12,15,18
  100:3,6,12,15,21 101:4 102:9
deeper 36:7
Defendant 4:6 5:24 48:12 111:17
  111:21
defendants 1:9 2:5 16:3 64:11
defer 69:24

definitely 68:18 82:22
delivered 137:10
Demory 18:12,13 25:22 26:20
  43:5 47:12,14 48:13,14
denied 29:17 38:10 46:13,19
  52:12 96:15 97:12 98:18,19
  101:19 106:7,19 112:21
deny 79:2,20 95:14,14,16 98:23
Dep 92:20 100:7 101:15
depending 94:7
Deponent 137:5
deposition 1:11 4:5,11,14,15,17
  5:2 7:9 9:21 83:23 87:7 134:2
  137:5
depositions 9:9,11
describe 31:18 33:3 37:24 40:9
  46:10 67:16 76:14,20 80:6
designated 20:21
designation 19:12
designed 19:10
detail 76:21
details 117:15
determines 111:12
dictate 22:22
didn't 16:11 31:4 104:13 120:15
difference 82:23
different 11:15 61:10 93:18
  98:25 106:24 122:2 127:5,6
differently 127:25
digital 10:7
DIN 13:24
direct 3:4 5:19 74:7
direction 22:19 83:17
directions 22:22
discharge 58:12
discharged 30:23 58:4,8 129:18
  129:20
disciplinary 64:5 86:24 87:11
  87:15,16 91:23
discipline 64:4
disciplined 87:24 88:11,15 89:3
  89:9
discovery 23:5 98:2 132:13,21
  132:22
dismissed 86:7,10 87:19,20
dismissing 63:21
disrespectful 89:14
DISTRICT 1:2,3
DOCCS 63:8 82:13

doctor 52:2,4  59:7  123:13
  126:15,23  127:7,15,20  128:2
  128:11  131:21
doctor's 58:2
documents 47:21  50:25  51:10
  132:2
doing 8:15  14:12  17:12  28:10
  32:6,9  36:6  38:14  43:22  51:9
  52:20  55:25  57:5  62:22  72:2,3
  72:13  75:14,16,17  76:18  77:8
  84:10  86:3,23  90:3  91:25
  103:23  104:2  107:5,6  114:11
  114:23  121:4,5,18  123:9
  125:24  129:22
doll 69:19  105:24
don't 50:24  96:22  131:20
donkey 65:23,24  84:11,13,21,23
  84:24  85:3,4,7,17,21
door 65:2,4,6,7  66:8,10,19  67:7
  67:7  68:8,10  74:3
doorknob 95:9,10,11
Doroco 6:6  16:8,16  25:10  36:3
  37:13  46:12,15  47:11  51:20,25
  52:21,25  106:9
doubt 130:18
Downstate 30:3,7,9,11,15  35:3
  53:21,21,22  54:4,5,22  56:23
  117:20  118:19  128:8,9  131:24
drain 36:5  53:5  127:4
drained 53:7
drink 38:17  42:6
drop 54:18  68:14  73:2
dropped 69:21  105:25
duly 4:14  9:23  136:6

**E**

E 3:2,2,2
E.C 88:16,16,18,22
earlier 27:6  51:19  53:11  122:13
  125:10
early 16:13,14  50:8
easier 6:9
eating 38:13
eight 5:16
eighteen 5:16
either 15:16  49:6  64:21  87:17
  91:6  95:10,11  126:7
email 59:17
employee 114:18
ended 7:14  74:11

entitled 123:5
envelope 100:8
environment 78:6
errata 135:7
et 1:8  137:4
everybody 24:19  39:16  43:5  46:6
  69:25  71:16  75:6  91:7,24
  92:24  93:5  105:14  112:16
  115:14
evidence 21:23  83:12  104:21,23
  104:24  108:2,5
exact 13:11  22:15  23:3,6  40:4
  47:20  56:9  60:22  64:16  97:13
exactly 22:10  32:4  43:9  76:22
  77:5  91:13  92:11  102:11
  124:19
exam 37:24  51:20
Examination 3:4  5:19
examine 42:8
examined 37:11
examining 106:10  137:6
example 22:24  81:11  123:14
exceptions 135:6
excessive 64:12  89:12  90:18
  109:23  110:7,10
excuse 6:23  7:18  31:11  37:12
  38:3  42:3  61:25  65:10  94:3
exist 86:16
existed 86:13,15  111:18,19
Expires 135:12
explain 7:2,6  20:24  29:5  62:16
  77:15  94:9  119:21
exposing 124:6
extraction 63:5
eyes 33:10

**F**

F 3:2
face 44:11  65:15,17  68:20  70:14
  70:15,16,18,19,21,22  76:8,11
  77:24  84:16  93:21
faced 70:10
facial 34:7
facilities 51:12  96:25
facility 11:25  17:6  28:11,13
  51:9  53:22,23  60:18  80:11
  91:10,18,19  92:24  93:5  94:5
  98:13  100:7  122:10  128:4
  131:24,25
facing 70:16,19

800.523.7887

Associated Reporters Int'l., Inc.

**fact** 104:14 110:25
**fail** 137:10
**Fair** 117:13
**fake** 18:3 27:7 28:17,22
**familiar** 20:24
**family** 113:11
**far** 7:22 18:6 79:16 83:11 84:25 95:24 96:7 97:16 99:4 100:22 112:23 113:23
**fat** 82:19
**fault** 99:25 102:8
**February** 7:2 22:11 34:22 42:14 56:5,5 61:7 87:11 91:5 101:13 102:14,15 127:17,18,18
**federal** 4:4 5:25
**feed** 83:5
**feel** 6:11 49:21 59:5,5 60:4 61:6,8 72:14 107:24 121:16 127:14
**feeling** 61:4 127:13
**feet** 24:13 66:11,15 67:6,9,9,18 68:7,9 74:3
**felt** 29:3 52:9 67:24,25 103:6
**female** 114:4
**field** 107:19
**fight** 20:11,12,13
**figure** 20:18
**file** 26:16 35:21 89:11,16,16 90:17,21 91:2,14,15 92:8,10 92:12,19 93:6 95:8 97:14 102:17 106:25 107:3
**filed** 21:18,21,22 22:4 79:6 89:19,20 91:11 93:16 95:5 102:13 107:23
**filing** 91:7
**final** 95:22 97:3,15 98:22
**find** 55:6 60:24 63:12,17
**finding** 95:3
**fine** 6:21 109:7,16
**finish** 10:7 112:5
**finished** 87:14,23 108:23
**finishing** 63:20 111:14
**first** 12:5,20 13:22,23 15:24 17:2 21:21 52:22 61:13,18 65:15,18 70:11 91:3 92:18 96:21 98:11 132:14,16,17
**fits** 19:12
**five** 5:5 13:10,12
**five-seven** 82:8

**five-six** 82:8
**flew** 69:19,20,22
**flipped** 75:12
**floor** 22:12 76:12 77:11
**Florida** 13:5
**folded** 75:14
**follow** 111:5,8
**following** 88:12
**food** 19:24 29:12 113:2
**force** 20:12 37:19 63:15,17,20 64:12 73:8 83:13 85:20 88:15 89:12 90:19 103:6,19 109:23 110:7,10,23
**forced** 108:11
**foregoing** 135:3 136:3,8
**forgot** 14:8
**form** 4:8 9:16 93:14
**forward** 26:20 70:10,14,15,19,22 70:22 84:16 93:15
**forwarded** 79:7 89:22 99:6,8,14 99:17 100:23 101:5,13 102:2
**forwarding** 99:23 100:9 102:4
**found** 55:5 64:3 87:21 103:25 110:5 124:22
**four** 14:11,12,13,17 128:11
**four-months** 30:2
**free** 6:11
**freedom** 122:19
**Friday** 42:22
**frisk** 36:23,24 38:20 110:14
**front** 24:2,18 32:22,24 47:21 130:16
**full** 5:14 77:2 128:19
**funny** 33:12 40:20 76:18,19 77:8
**further** 4:7,10,13 95:21,22

---
**G**
---

**G** 3:2
**G.D.P** 30:2
**G.P** 88:6
**G.P.P** 89:2
**gallery** 66:2
**gang** 18:2,3 27:7,12,13,15,16,20 27:21,25 28:2,4,10,13,15,17 28:20,21,22 80:10,24,24 82:14
**general** 2:6 5:22 19:8 20:9 26:12 90:9 137:12
**gestures** 9:2
**getting** 72:24 90:3 103:14 133:5
**give** 5:7 6:14 7:10,13 8:5 12:16

37:4 45:23,24 50:2 60:7,8
62:19 67:13 97:11 104:23,25
given 57:22 62:24
gives 97:19 115:21
giving 49:9 136:6
glasses 34:3,5 41:10 81:23,24
go 6:8,13 7:19 8:12 10:3 14:25
16:7 17:22 19:17,23 23:20
27:11 29:13,20 30:24 37:17
52:12 55:21,22 57:20 62:20
63:5,17 65:11 76:7 83:14
92:11,16,16,20,20,21,21 93:18
93:19 94:12 95:6,15,24 97:15
98:20,20 101:2 105:4 111:22
114:13 115:17,19,20,22 116:6
120:4,13,16 121:10 122:9
goes 15:17 28:9 45:25 83:12
107:11 109:5 112:17,18
going 6:8,9 8:4,5 13:10,12
15:11,14,17,17 17:3 20:14,17
21:10,11 22:3 23:19,21 26:18
26:23,25 27:2 29:19 31:2,5,17
33:23 43:11,13,14,23 44:11
45:23 54:16,17,20 55:11 58:2
61:16 62:10 63:5 67:2,15
71:23 72:13 73:3 78:8,10,17
78:17 79:2,5,13,19 85:11
86:15 93:4,15 95:14 96:7,8,8
96:11 99:13 100:17 103:9
104:2,24,25 105:2 112:14
113:4,18,21 115:21 117:11
119:18 120:6,18 121:8,16,17
121:24 122:2,8,8,10 123:16,17
125:5,25 126:20 127:10 128:11
131:25 132:2,7,12,13,15,17,18
good 5:21 6:15 22:21 82:10
133:21
gossiping 62:3
gotten 100:15,17 132:23
grab 77:17,18 107:10
grabbed 24:6,24 25:2,5,5 65:14
65:17 70:4,4,13,18 75:7,16
84:14 88:4
grabbing 77:12
grand 14:7
grandma 40:19,21
grandmas 40:19
grandmother 40:22
Great 15:12,12 58:4 112:19,20
129:19

Greater 14:20,23 15:3
green 44:24
Greene 15:5,8,9
grievance 26:10,19 79:6,7 89:16
89:16,21,22 90:17,25 92:3,6,9
92:12 93:14 94:4 95:2,2,5,8
96:14,23,24 97:7,9 98:3,6,14
99:3,4,5,7,9,9,17,23 100:7,13
101:9,14,19,23 102:2,3,10,13
grievances 89:11,11 90:22 91:7
91:8,16 92:5,20 93:6 94:5,23
96:7
ground 24:17 36:21 65:15,17
68:15 69:22 70:19,22 71:16
73:3 79:9 84:16 105:25
guarantee 54:16
guess 18:9 23:23 49:7 53:16
56:5 76:7 96:11 101:5 114:22
128:18
guilty 63:12,18 64:3 103:25
110:5 111:13
guy 33:22,22 80:18,19
guys 109:15 120:5

───────── H ─────────
ha 44:2,2,2,2
hair 33:9,16 34:7 41:8 81:13,15
81:22 82:20
half 60:8,8
hand 5:6,23 26:14 77:9 93:20,21
95:10 98:13,15,19
handcuffed 72:25 103:15
handcuffs 19:18 20:3 24:18
65:25 66:12,17,19,23,25 67:20
67:24 68:2,12 70:13 71:17
72:22 74:15 76:9 105:23
110:11
handed 100:8
hands 19:20 24:3,6 67:24 73:4
84:14 85:18 99:10 107:8
108:13
Haner 2:7 3:4 5:18,20,22 10:3,7
11:10,14,19,20,21 23:7 44:19
87:5 94:20,21 108:22,25 109:7
109:12,15,19,21 116:19 132:9
132:16 133:3,13,17,20,23,24
137:13
Hang 133:3
happen 7:6 63:16 72:5 104:15
123:20

happened 7:3,4,15 18:9 22:2
 23:11,17 26:7,17 35:25 37:23
 38:2 42:20 48:16,19 49:21
 51:21 56:4,7 63:19 64:14,15
 66:9 67:17 68:8 69:16,23 79:3
 79:23 80:2 88:4,9,15 89:20
 91:5,18 94:10 102:15,22,23
 103:19,24 104:16 105:8,16
 108:11 114:7,9 116:4
happening 88:22,25 110:8
happens 7:9 45:25 63:11 103:21
 110:5
harass 18:5
harassed 73:15 108:7 110:16,21
harassing 113:17,18
hard 10:6 22:20 51:15,15
haven't 98:15
he's 81:18 85:2
head 9:2 24:17 69:21 72:25
 73:25 88:5,24 105:20,20,24,24
 106:3,4,13,15,19 133:12,14
heading 135:4
health 19:10,10 20:22 21:8
 23:13,15,19,24,25 29:2 66:22
 119:19 121:24 122:3
hear 26:2,3 31:4 95:20 99:24
 101:7 108:20 109:7,11,12,13
 109:15,17,19,20 114:2,3,12
 116:24 117:2,2
heard 26:24 59:15,18,19 95:25
 96:9,10 99:21 100:10 101:11
hearing 4:16 20:17 63:11,11,17
 63:20,25 64:2 73:11,12 85:24
 86:3,5,7,8,13,18,21 87:14,22
 103:21,24 110:4 111:9,12,13
 111:14,18,22,23,25
heavyset 41:5
held 93:21
Hell 130:10
hello 109:14
help 11:10 22:21 41:17 46:13
 47:5,7,12 50:18 59:12,14
 61:25 62:5,10 82:16 106:22
helpful 67:12 83:17 99:3
hereof 135:4 136:6
hereto 136:5
Hill 15:5,5,7 27:19
hit 24:17,17 36:21 68:13,14
 72:25 88:4,24 105:20,24,24
 110:3 115:24

hitting 69:20 115:2,23
hold 31:15 32:11 67:7 86:18,20
holding 118:9
hole 34:13,15 125:22
home 91:4 112:12 113:10
honest 16:5 21:20 27:14 28:7
 29:9 33:2,6 40:10 41:18 46:5
 50:12 51:25 60:4,12 61:13
 76:6 78:25 81:7 89:13 92:13
 107:3 115:8,13
hope 46:21
hospital 14:23 23:20 25:12
 29:14 30:16,17 52:13 54:9,15
 54:19,24,25 55:5 57:25 59:10
 60:6 116:22 118:16,17 119:3
 120:5,12,13,17 121:10 123:12
 123:19 124:10,17,21 125:9
 128:10 131:15,23 132:6
hospitals 14:21 122:25
hours 19:14,14
house 49:5 113:19
housekeeping 10:2
Housing 32:3
huh 7:18 77:4 133:13
Hummel 137:6
hundred-year- 40:21
hunger 35:16,19 38:12
hurt 95:10
hurting 42:4 106:5
hurts 49:24

---

## I

I.G 26:11
I.G.R.C 92:22 98:21 100:4
I.I.C.P 86:23
I.R 100:3
I'd 51:7 54:18 85:19
I'm 20:10 31:2,5 70:18 72:3
 98:8
identify 41:17 46:11
ill 21:3
imagine 66:14 80:20
immediately 124:2
important 85:17
impossible 32:12 35:2 52:9 59:9
incarcerated 13:8,10,18,18 14:2
 14:3 15:2 79:22
incident 7:2,5 15:23 16:3,9,11
 16:17,20 17:17 18:9,12 19:3
 22:7,10 23:9 24:21 49:8 56:4

63:6,10,19,21 64:5 70:8 71:10
71:12 73:12 79:3,4 87:11 88:3
88:8,9,13,21,24 89:5,20 91:17
94:10 102:15 104:14 105:15
111:10 116:21 127:10 130:7
**incidents** 80:14 127:6
**inclusive** 136:10
**Index** 1:7 137:4
**information** 27:4 113:7,12,15
**initial** 101:19,23 102:10,12
**injured** 105:20
**injuries** 106:19
**injury** 51:24 85:22 106:2,4,12
**ink** 119:6
**inmate** 98:3
**inmates** 95:6
**inserted** 23:12,17 29:3 32:21
36:10 53:8 64:14 117:16
118:13 119:6 122:5 125:11
**inside** 23:9,12,18 25:11,18,19
25:23 29:8,22,24 30:13,20
31:22 32:20,23 34:10,20,25
35:4,7,17 36:4,8,25 37:2 38:3
38:7,14 39:17 42:5 43:11 47:3
48:5 49:24 50:4 52:10 53:18
53:19,23 54:8,17 55:5,7,12,13
55:16,24 56:21 57:4,8,9,15,23
58:11 59:3,6,8,11,21 61:3
66:15 72:6 96:25 100:7 104:9
104:16 106:6 117:21,22,23,24
118:2 119:2,4 121:9 123:9
124:9,12,12 125:18,25 126:17
126:20,21,21 127:12,12 128:7
128:9,15,22 129:2,8,24 130:4
130:5 131:9,9 132:8
**inspector** 26:12,12
**Int'l** 136:11
**intelligence** 18:3 27:7 28:11,18
28:22 80:10,24 82:14
**intelligent** 18:3
**interactions** 17:17,19
**INTERNATIONAL** 137:2
**internet** 114:12,13,17
**interrupt** 10:2 11:6 37:17 55:21
**interrupted** 65:11
**interviewed** 100:9 101:24 102:18
102:21
**investigated** 104:15
**investigating** 102:19

**investigator** 26:13 49:4,5
**involved** 16:12 80:12,13,13
130:20
**issue** 94:4,8 96:8 99:5,11,13,20
100:22 101:5 106:21 123:8
**issued** 83:15 84:6 88:12 126:25
**issues** 96:5,6
**it's** 19:10 64:7 96:22 97:22
107:18 126:9
**items** 31:9

| J |
| --- |

**James** 133:23 136:2,14
**jerk** 114:5
**job** 30:9 32:13 54:10 103:23
123:3,17
**Johnson** 6:6 16:20 24:2 25:4
64:11 65:3,4,7,17,19,20 68:11
68:17,18,23 69:14 70:6,25
74:10 75:10,15 79:19 82:17,23
84:14 105:23
**Judge** 97:18 132:23
**Judge's** 97:15
**justifiable** 63:23,24 111:16

| K |
| --- |

**keep** 29:11 32:16 38:7 50:23
57:19 88:16 96:25 113:18
126:14
**keeping** 30:4 51:2 99:19
**kept** 43:19 115:25 126:22
**kick** 65:24 84:24 85:17
**kicked** 65:23 84:13,21,23 85:3,5
85:7,9,21 102:25
**kicking** 84:11,19 85:20
**kind** 27:3 77:3,10,13
**knew** 16:8,11,12,24,25 17:4
18:10,14 124:11,13
**know** 6:3,5,13,14,21,22 8:12,13
8:17,19 9:9,17 10:5,6,8,11,13
10:14,19 11:7,11 12:5 13:11
16:2,11,16,18,19 17:25 18:12
18:21,24 19:3,4 21:13,21,25
22:14,20 23:3,6 24:7,14 26:17
29:22 30:8,23 31:14 33:2,9,24
34:13 35:17,24 37:11 38:12
39:16 40:4 41:14,23 42:15
44:5 46:3,8,14,20 47:2,4,9,12
47:20 48:3 49:5,20 50:3,7,8
50:10,16 51:14 52:14 53:17

800.523.7887

Associated Reporters Int'l., Inc.

Page 148

55:11 56:4,9,15,19 60:22
62:10 69:11,12 71:4,19 72:4
73:14 74:22,25 75:9 77:14,16
77:17 79:17,17,24 80:4,5
81:25 82:11,13,16 90:2,6,6,7
91:13,18 93:3,10,11,14 96:22
97:6,8,13 98:14 99:15,16
107:13 109:10,16 112:15,17,18
112:25 113:23 114:15 118:24
118:25 119:16,22 120:4 123:5
125:24 126:7 127:2 128:20,25
129:3,5,5,23 130:17,24 133:17
**knowledge** 130:11
**knows** 112:17 123:3,3 128:18

---

**L**

**lady** 37:15,18,21 40:3,4,5 46:14
47:11,16 49:22 113:25 114:20
115:4 126:25
**language** 58:9 107:8
**larceny** 14:7
**laughed** 44:2,10
**lawsuit** 5:25 8:2 21:18,19,21
44:3 54:18 84:2,8 89:15,17
110:19
**lawsuits** 80:14
**lawyer** 9:8 83:15
**lawyers** 8:4 83:8
**leave** 17:6 107:17
**left** 29:20 51:9 94:22
**leg** 76:24 107:10
**legal** 83:22
**legitimately** 54:10 107:20
**legs** 75:13 84:24,25 85:19
**let's** 12:20 20:10,11 22:6 42:20
62:17 70:17 82:25 89:11 91:16
95:4,5,8 97:12 98:12 106:23
123:14 132:16
**let's** 72:4
**letter** 95:18,19 114:6
**letters** 112:12
**letting** 29:21 39:14 50:16
**level** 19:11,24,24 20:2 21:2
66:22,22
**lie** 55:11 65:16 79:6 112:14
113:18
**lied** 27:18,25 49:25 79:8
**lies** 79:11
**lieutenant** 23:16,23,24 29:17
68:19 69:4,7,12

**lieutenant's** 69:10
**lifting** 85:19
**lighter** 30:8,9 55:9 57:2,14
58:15 116:22 117:4,5,6,8
129:14
**liked** 18:4
**liking** 95:12
**line** 101:25
**list** 95:9
**listen** 26:19 27:14 29:11 35:17
43:4 48:5 55:11 56:24 59:15
93:13 94:3 98:14 103:8 112:14
112:17 121:9,15
**listening** 63:13 114:7
**literally** 24:16 34:20 44:3,8
48:8 54:10 59:4,5 61:8,9
69:19,22 76:16 77:7 101:14
123:20 127:13
**little** 10:6 20:5 22:6 27:2
28:19 31:6 36:9 49:13 75:16
76:21 105:7,9 109:13 117:14
119:21 126:17
**live** 10:22
**location** 23:4
**locked** 14:6
**long** 11:5 13:7 14:9 17:4 35:13
42:12 45:2 50:20 51:3,6 56:22
61:22 77:19
**look** 24:25 27:20 28:12 31:12
32:23 34:17 52:22 77:23 79:2
82:11,18 102:17 115:21 116:9
**looked** 40:23 48:8 51:24 52:5,23
53:2 68:20 70:3 102:23,24
114:22
**looking** 38:6 42:8 43:13 48:10
50:3 52:11,14 68:15 98:2
107:16
**looks** 33:4 40:25 80:7,16 81:3
**lot** 20:6 21:3 22:3 27:4 28:8
40:13 44:6 49:15 76:10 80:20
89:25 111:14 130:5
**loud** 37:13 109:4
**lube** 125:20,20
**lubed** 125:21
**lubricant** 125:21
**lunches** 8:14
**lying** 39:20 54:14 71:23 85:8
104:14

---

**M**

ma'am 64:15  77:14  80:4
ma'am 79:3
maced 20:12,13
machine 51:17  118:16,19
machines 118:17
mad 33:5  41:18,22  119:19,23
  120:2,14
MAGLARAS 136:2,14
mail 93:7,12  94:7  132:24  133:5
making 124:6
male 80:21
man 24:25  40:3
manner 7:8
manual 114:18
March 56:5  127:18
Marcy 15:25  19:7,9  22:10  29:20
  40:14  53:14  80:10  86:12  89:22
  113:25  114:5,20  127:23,23
  128:4,5  131:21
Marcy's 15:21
matched 133:11
matching 133:15
materials 136:11
mats 44:24
matter 78:4,9  104:14  111:16,20
  122:9
mattress 37:3
Meadow 15:12,12  58:5  112:19,20
  129:19
meal 8:18  112:22
mean 6:3  7:3  13:23  18:16  33:11
  40:7,18  45:16  46:12  47:8,15
  54:5  55:20  57:2  60:15  70:10
  70:17,21  77:7,12  78:4  79:18
  81:5,7  82:3,12,13  88:2,2  89:5
  89:13  90:13  92:13  93:24  102:5
  107:22  112:23  115:8  118:22
  121:12  124:8  125:6  126:5
  131:11  132:14
meaning 20:3  48:3  59:20  112:5
  121:13
means 9:12  13:17  45:22  63:25
  73:13  99:9
Medbury 79:7  86:2  89:21  99:6
  100:8  101:15,24
medical 25:8,9  26:5  29:17  35:22
  35:25  36:22,22  37:4,11,19,23
  38:2,10,19,22  39:2,7,10,25
  41:25  43:17,19  45:8,11,14
  46:4,10,19,19  47:24  48:22,25

49:3,9,17,17  51:11,13  60:9
  61:12,21  62:8  85:4,6  92:21
  98:15  104:16  105:18  106:8,20
  122:12,20,23  123:5,8  124:16
  125:7,12,17  126:9,10  132:2,4
  132:6
member 27:15,20,21  28:3,14,15
  28:20,21
members' 113:12
men 29:16
mental 19:9,10  20:22  21:8  23:13
  23:15,19,24,24  29:2  66:21
  80:8  119:19  121:24  122:3
mentally 21:3
mention 93:22
mentioned 53:10
mess 107:13  113:22
messed 52:19  132:14
messing 21:10  29:9,11  113:21
metal 21:4  25:10,23  29:6,22
  30:13,20  31:22  35:6,17  38:13
  42:4  43:11  44:14  47:3  52:6,8
  52:10  53:23  54:8,17,20  55:5,6
  55:12,24  58:20  59:11,21
  117:21,24,25  118:14,20,21,25
  121:9  124:23,23  126:20  127:11
  129:15,16  132:8
metals 53:22  123:15
mic 108:21  109:9
midair 68:12
mind 45:24  114:25  116:8
minute 31:15  36:17
misbehavior 84:5,9,19,20  85:25
  86:19  87:19,25  88:12  111:25
missed 10:12
mistaken 16:14  34:4  64:19  98:7
  102:24  105:6
mister 109:10
Monday 42:18,23  45:6  62:18,19
  99:12
month 19:22  51:8  56:9  91:5
  101:13  102:14  127:17  128:5
months 53:20  62:13
morning 5:21  19:14  50:9
motion 97:14
motions 8:8
motto 79:13
Mount 30:16,16,17  32:12  54:25
  55:2,4  56:18  57:24  60:11,12
  116:21  128:10,14,18  131:25

132:6
**mouth** 115:25
**move** 82:25 131:3
**moved** 88:5,25 122:6
**moving** 84:25 131:5
**mumble** 11:12
**murder** 13:14

---

### N

**N** 3:2,2
**name** 5:14,15,21 12:5,21,23 40:4
  46:14 47:9,12,20 49:6 52:15
  69:10,11,13 71:3 82:13 97:9
  99:15 127:2 131:21 137:4
**names** 46:8 47:7 80:3,4,5
**near** 23:10
**necessary** 110:23 113:16 117:12
**need** 6:13 8:11,12 9:15 23:14,15
  23:20 38:4 50:18 57:4 90:10
  120:3,3,4 121:10 122:21
**needed** 55:10 107:18
**negative** 17:17,19
**neglect** 123:8
**neighbors** 79:25
**Ness** 53:16
**never** 17:8,9,18,18,18 18:4,8,14
  18:18,22 26:18 29:12 32:16
  43:19 50:2 74:6,7 79:5 86:13
  86:14 87:21,21,22 88:8 91:11
  100:15 101:10,10 102:6 103:8
  103:10,12,12 104:3,6,22 105:3
  113:3 115:4 125:9
**new** 1:3 2:6,10 5:23 13:5,6 14:4
  63:8 71:23 91:21,22,24 108:23
  137:12,14
**nine** 5:5,16
**ninety** 20:2
**nod** 11:12 133:12,15
**nods** 9:2
**nonsense** 27:19
**normal** 11:14 39:5 109:6
**NORTHERN** 1:3
**notary** 4:12 135:11 137:9
**noted** 135:4,6
**notes** 116:7
**nothing's** 32:17
**notice** 9:22 132:23 133:5
**noticed** 9:22
**number** 13:24 136:9 137:4
**Numbers** 113:10

**numerous** 99:11
**nurse** 5:25 6:6 16:8,16 30:12
  36:3 37:12,13 38:16 40:2,3,3
  40:5 42:25 43:3 46:12,12,15
  47:11 51:20,25 52:3,18,19,25
  53:7 64:22 73:23 106:9 122:13
  122:17,21,24 123:2,3,12,24
  124:17
**nurses** 35:15 47:2,10

---

### O

**O** 3:2,2 44:17
**o'clock** 133:4
**O.B.S** 15:14 25:21,21 26:8,9
  44:18,20 45:12,13,18,21 64:22
  91:6
**O.M.H** 47:22
**O.S.I** 26:11,13,21 36:2 49:3,4
  52:25 79:7 89:22,23,24 92:23
  93:10,13,22,25 94:2 95:25
  96:2,5 97:5 99:7,9,10,11,12
  99:24 100:6,10 101:5,12,12,14
  102:3,4 124:5
**object** 31:7 58:18,20 127:4
**Objection** 44:16
**objections** 4:7 9:13
**objects** 57:15,22 59:2 128:15
**observation** 44:21,22 45:3,8
  46:16,24
**obvious** 90:14
**occurred** 22:10 59:20 64:5
**occurs** 111:10
**October** 61:20,22
**offensive** 90:13
**Office** 2:6 97:24 98:20,21
  100:13 137:12
**officer** 16:20 18:3 21:19 25:4
  27:8 35:9 63:20 65:3 68:23
  70:24,25 74:4,22 80:7 90:18
  90:22 91:17 103:5 111:12,13
**officers** 5:24 69:3 73:20 74:9
  76:4 78:24 80:21 89:12 103:18
  105:19 112:12 121:21 131:2
**oh** 30:13 38:16 39:18 40:3 42:6
  43:13,14 57:25 59:7,18,18
  74:13 86:14 96:7 119:11
  120:16 126:16 127:10 129:21
**okay** 6:7,19,23 7:12 8:3,10 9:4
  9:19 11:4,22 12:9,19,25 13:7
  13:13,16,22 14:5,9,13,19

15:20 16:2,7,15,19,23 17:7,16
17:21 18:11 19:2,6 20:8,23
21:7,14,17 22:5,25 26:6,25
27:23 28:4,23,25 31:2,16,25
32:5,18 33:3,8,13,22 34:6,9
34:16,21 35:5,8,20 36:9 37:6
37:10,14,22 38:18,18 39:15,24
40:11,16 41:2,4,4,10,13,20,24
42:12,19,24 43:7,15,16 44:9
44:12 45:2,7,7,13 46:3,9,25
46:25 47:6,10,18,23 48:15,18
49:12 50:7,10,22 51:3,11,19
52:16,21 53:6,10,25 54:7,12
54:21 55:4 56:2,11,17,20
57:11,13,18 58:21 59:23 60:3
60:10,24 61:4,18,21 62:7,12
62:15,23 63:3,9 64:9,17,23,25
65:8 66:3,6 67:5,21 68:4 69:6
69:9,14 70:20,23 72:17 73:17
74:9,20 75:18,25 76:11,14,20
77:22 78:11,19,23 79:14,21
80:6,15,22 81:13,16,23 82:5,9
82:17,22,25 83:20 84:3,9,22
85:10,13,24 86:4,17 87:24
88:10,20 89:3,10,25 90:5 91:2
91:12,14 92:7,10 94:11,15,20
97:20 98:5 99:2 100:2,12,24
101:8,18 102:7,12,16 103:4
104:5,10 105:10,17 106:2,16
106:23 107:19 108:25 109:12
109:22 110:22 111:24 112:4,10
115:6 116:5,9,10,11,13,20
117:13,19 118:3,10,13,20
119:9,15 120:19,24 122:4,11
124:15 125:3,10 126:11 127:7
127:19 128:13,23 129:7,9,25
130:7,12,19,25 131:16 132:9
**old** 12:25 13:2 40:3,3,16,17,19
40:20,22 46:14 47:11,16 80:8
80:9,9,18,19,19 81:5 85:3
**once** 43:19 85:8 95:14 97:11
98:8 104:3 106:7 108:8 110:9
110:13 111:11 125:6 126:21
130:14,17
**ongoing** 101:6
**open** 7:14 66:10 67:7 72:4
**opened** 24:4,11 64:25 65:4,6,7
66:8,10,19 67:2
**opportunity** 18:7,9

**order** 57:14 74:7 89:17,17 97:19
102:5
**orders** 24:5
**original** 4:13,17
**originally** 13:5 119:17 120:23
**outset** 6:8
**outside** 23:20 24:13 29:13 50:16
54:19 59:10 66:11 67:18 91:9
91:20 92:5 118:23 119:2 120:4
120:12,17 121:10 122:24
123:12,19 124:10,21 125:8

---

**P**

---

**P** 3:2
**P.H.U** 15:5,7,8,12 58:5
**P.O** 53:16
**package** 111:8,9
**packet** 23:5
**Page** 136:5
**pages** 136:9
**pain** 49:21 51:15 59:5,6 61:5,6
61:9,12 106:7
**pains** 30:11
**pants** 76:18,25 77:8
**paper** 37:19 91:18
**papers** 88:5,25
**paperwork** 22:3 50:24
**pardon** 15:6 18:23 24:25 25:8
34:24 37:12 40:18 58:9 59:5
80:8 93:11 95:6 107:8 113:6
**part** 38:9 77:24 82:16 99:22
107:10 118:8
**parties** 4:4 137:10
**parts** 10:12
**party** 49:2
**pass** 38:17 42:6 43:14 125:5
126:12,13,16 127:10
**passed** 52:11
**patiently** 58:4
**patting** 77:13
**Pavlik** 49:5 99:15
**pay** 18:18,23,24
**paying** 18:19 33:6 41:11,19 81:8
**pee** 34:15 125:22
**peeing** 42:5
**pen** 23:12,17 25:10,11,11,23
29:4,6,8,22 31:10,12,14,20
32:2,21 34:10,15,25 35:10
38:3,7 39:17 42:4 43:11 45:23
45:25 47:3 48:5 50:3 57:3

**64:14** 104:8 106:6,18 117:17
117:17,18 118:6,7,9,14 119:5
119:6,10,12,17 120:20,25
121:9,21 122:2,5,12,25 123:25
124:23 125:11 126:17 128:3,17
129:4
**penis** 23:12,18 25:11 29:4,8,23
31:22 34:10,14 36:4 38:3,14
42:4 55:7 56:21 57:4,16,23
58:17,19,19,20 59:21 117:16
119:17 123:15 124:24 125:19
126:18,20 129:16,16
**people** 8:13 10:12 17:12 21:3,6
27:15,16 28:12 31:23 32:9,10
35:17 38:12 41:19 45:15 46:7
55:24 59:13 60:5,7 79:22
83:18 87:8 88:4,24 91:10,21
92:2,3,11 96:22 107:2 113:8,9
114:12,16
**perfectly** 6:21
**period** 17:4 19:25 46:24
**permission** 123:13
**person** 97:7,8,8,9,21,25 98:4
**personal** 20:4
**personally** 8:7 91:15
**phone** 19:25 59:15 62:6 93:22
133:4
**photos** 85:22
**phrase** 137:16,17,18,19,20,21,22
**physical** 51:20
**physically** 81:4
**pick** 68:12,12 74:8 79:10 109:9
**picked** 24:16,16 65:25 69:18
72:22,24 103:14 105:23
**picking** 65:19,20
**picture** 81:11
**piece** 31:20
**pin** 29:8
**pink** 36:4 53:3,3 125:18
**piss** 39:17 49:23,23,24 50:4
61:9
**pissed** 23:18 119:25 121:25
**place** 20:18 135:4 136:4
**placed** 67:6 68:7,9 131:7
**Plaintiff** 1:6 2:3
**plan** 58:15 120:17
**plastic** 29:7 31:8,8,14,20
**play** 93:12 113:2
**playing** 29:12 41:22 112:22
121:16,17

**please** 5:6,13 9:17 31:12 48:6
135:5 137:8,9
**point** 7:16,16 8:11 70:23 71:9
71:12
**pointed** 22:13,16,18
**pointing** 22:23 23:2
**population** 19:8 20:9 61:25 62:5
**position** 76:24
**possession** 13:15
**possibility** 83:6
**possible** 126:17 127:11
**PREA** 24:20,20,20 34:23 59:14,16
93:11 106:25 107:3,12,13,15
107:19,23 108:4,6
**precautionary** 12:17
**prepared** 93:13 136:10
**presence** 136:4 137:8
**present** 9:8
**presenting** 110:11
**preserved** 9:14
**press** 26:16 83:7
**pressure** 67:25 68:2
**pretty** 26:21,22 75:13 109:2,9
120:7
**pretzel** 75:14 76:24
**prior** 13:18 16:10 56:21,22
**prison** 15:18 21:19 27:17 28:8
32:16 60:7 107:5 111:4 122:8
122:10 132:4
**prisons** 15:18 122:18
**privilege** 20:6,6
**Pro** 2:4
**probably** 13:17 25:25 42:16 45:4
45:5 51:7 60:21 82:14,21
112:17 126:6
**problem** 8:22
**Procedure** 4:5
**proceed** 11:18
**process** 24:15 95:7,15 97:4
**processes** 95:23
**produce** 104:20 132:7
**program** 19:10,13,15,16,17 20:20
20:22 30:2 66:22 98:3
**programs** 15:15
**pronounce** 126:6
**pronouncing** 99:16
**proper** 54:9
**properly** 9:7,22,23 10:16
**property** 20:4 112:22,24 119:13

800.523.7887

Associated Reporters Int'l., Inc.

**protection** 66:17
**prove** 55:23
**proved** 117:25
**provided** 136:12
**public** 4:12 113:7,14 135:11 137:9
**pulled** 77:2
**pulling** 76:17,25
**purpose** 30:8
**pursuant** 4:6
**push** 24:8,10,11 66:7,11,11,15 66:16 67:22 68:3
**pushed** 34:19 36:7 125:21
**pushing** 24:13 67:19 68:10
**put** 5:23 19:19 20:8 21:4 24:3,9 24:12 25:7 29:8,21 31:21 34:10,11,11,23 35:9,22,25 36:4 38:20 39:6 44:14 48:21 49:20 52:3,25 53:2 56:21 57:6 57:7 60:2 61:14 62:17 66:24 67:8,18,25 68:2 69:12 73:4 74:3 75:13 76:4,9,24 77:9 78:17 86:12 95:18,19 107:6,7 107:8,9 111:3 117:9,10,21,23 118:25 119:16 120:14,20,25 121:20,23 123:15 124:7,9,12 125:20 126:19 128:16 131:14
**putting** 32:23 50:12,17 71:7 84:14 108:12 124:23

---

**Q**

**qualified** 9:24
**quest** 27:3
**question** 6:11,12,16,20 7:17 8:19,20 9:16,17 10:8 12:14 46:22 66:4,4 83:3 90:7 92:17 108:23 112:11 127:25
**questions** 4:8 6:10 7:10,11,25 9:13 12:21 27:3 36:16 83:21 83:25 87:8 89:25 90:11 102:18 104:11 116:6 132:10,21
**quiet** 73:23 78:22 108:22 109:3 109:10

---

**R**

**R** 3:2
**R-A-S-H-U-N** 12:24
**R.M.H.U** 15:21,25 17:2 18:4 19:7 19:9 20:9 22:10 40:14 80:11 82:15 89:22 114:2,5

**race** 33:9 40:12
**rag** 69:19 105:24
**raise** 5:6
**Rashaun** 1:1,5,11 2:1 3:1,3 4:1 5:1,12 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1,3,8 136:1,3 137:1,5,25
**Rashun** 5:15 12:23
**ray** 51:17 57:15
**rays** 60:11,20
**raz** 56:25
**read** 4:10 101:25 135:3 137:8
**real** 32:13 54:9 60:6,6,8 99:15
**realize** 38:6 43:22
**realized** 62:9 120:15 121:7
**really** 7:14,14 9:15 17:15 18:14 18:18 33:7,24 41:19 49:10 55:23 66:5 72:15 76:8 96:12
**reason** 8:19 21:22 24:7 27:9 31:24 38:13 57:2 58:8 59:13 63:24 64:24 68:11 70:7 72:20 88:17 103:7,17 108:8,11 110:8 110:15 111:3 112:8 113:2 114:6,9 116:3 121:3,5 124:4 126:2
**rec** 19:25
**receive** 61:24 100:21 102:9
**received** 7:5 36:2 39:6 49:7 59:11 62:4 64:4 98:15 100:19

800.523.7887

Associated Reporters Int'l., Inc.

101:4 106:22 115:3
**receiving** 132:15
**reception** 123:15
**reconnect** 116:11
**record** 5:4,14 9:7 12:22 28:5,20
  31:23 59:10 64:4,6 66:5 86:24
  87:3,11,15,16 90:4,12,16
  94:16,17,18 110:17,19 111:18
  111:19 116:14,15,16,18 118:23
  124:24 133:25 135:4 136:10
**recorded** 8:24 84:2
**recorder** 26:14
**records** 28:2 46:6 131:23 132:4
  132:6
**red** 47:4
**refer** 114:5
**referring** 6:4 48:12 97:23 126:4
  133:18
**refuse** 24:5
**refused** 26:5 49:25 50:2,5
  121:11
**regarding** 100:16
**regardless** 106:21 122:9
**regular** 15:12 44:14,18 48:22
  49:16 82:20
**regulations** 111:5 114:19
**release** 14:18
**released** 14:23 15:3
**remember** 8:23 14:14 33:8,15,18
  33:25 34:6 40:11 41:4,7 47:5
  47:6 56:2,11,13,15 60:14,14
  60:19 75:3 86:22,22,23,25
  105:7,9,11,14 130:13 131:20
**reminded** 100:18
**remove** 95:11 122:25 130:3
**removed** 123:24,25 124:4,18
**repeat** 27:5 49:15
**rephrase** 6:12
**report** 48:6 77:25 78:17 84:5,10
  84:19,20 85:4,25 86:19 87:19
  87:25 88:12 111:25 126:10
**reported** 89:23 95:25 115:4
**reporter** 5:4,13,17 9:23,25 10:4
  10:18,25 11:3,9,13,17 22:17
  94:15,18 108:21 109:2,8
  116:13,17 132:19 133:24
  136:14
**Reporters** 136:11 137:2
**reports** 85:7

**representative** 8:4
**representing** 5:24
**represents** 83:18
**requested** 51:11
**reserved** 4:9
**resist** 71:22
**resisting** 24:24,24 25:2 69:25
  70:2,2,7 71:15,20,24 72:6,7,8
  72:9,12,13,15
**respective** 4:4
**respond** 102:5 121:15
**responded** 102:6
**response** 78:20 88:11
**responsiveness** 4:8
**rest** 42:17
**restrain** 110:4
**restrained** 67:3 70:6 73:5 79:9
**restraining** 70:25 73:21 74:10
**restraints** 74:12,18 75:19,22,22
  76:5
**result** 60:8 87:25 95:3
**results** 60:6
**retarded** 27:16
**Return** 137:11
**returned** 4:15
**review** 97:24 98:20,21 100:13
  132:15
**rewind** 27:2 49:12
**rid** 105:2
**right** 5:5,6 6:4,7 7:6 8:16 9:24
  11:2,8,23 12:11 20:10,11 22:5
  22:11,14,15,16 24:18 25:6
  28:25 29:6 30:24 31:19,20,21
  32:7,20 33:7 34:9 37:21 39:21
  40:23 48:4,10 50:4 53:24,25
  54:5,18,19 59:7,22 63:3,11,13
  71:22 72:2,4,20 73:2,3 74:20
  76:3,23 79:5,11 82:21,23,25
  83:11,24 86:24 87:9,10 88:8,9
  89:6,7,10 92:19 98:4,12,19
  99:5,16,21 100:22 103:20,23
  103:25 106:23 108:3,22,22
  109:17 110:19 112:6,7 113:7,8
  113:9,11 114:14,16,25 116:5
  116:12,17 117:13,15,25 118:17
  119:7 122:11,19,20 123:10,11
  123:17 125:17 126:7,20 128:14
  130:16 131:16,18 132:9 133:21
  133:24

800.523.7887

Associated Reporters Int'l., Inc.

**rights** 122:19  123:4
**road** 129:23
**robbery** 14:6
**room** 11:25  12:2,3,12  36:23,24
  46:19  74:8  104:16  105:3,5,12
  105:15  110:14
**rules** 4:5  111:4,7  114:18
**running** 24:21,23  70:2  71:15
  75:4
**rushed** 70:4
**Ryan** 137:7

---

**S**

**S** 3:2
**sadistic** 78:7
**sample** 49:22  50:2  126:16  127:2
**Saturday** 42:22  45:4
**saw** 26:13  79:17,19  93:16  128:15
  129:3  131:21
**saying** 7:4,21  24:14  29:4  32:11
  32:16  39:23  42:6  43:8  46:15
  55:17  57:20  59:15  64:3  66:18
  69:25  70:2  71:15,19  72:3,7,12
  73:16  93:7  98:18  99:8  107:16
  110:2  111:2,17  113:6  116:3
  120:19  121:20  124:22  126:3,14
  126:22  133:15
**says** 10:21  26:18  64:10  65:23
  111:14  123:2
**scan** 30:18  128:20
**scheduled** 59:24  60:2  129:10,12
  129:16  132:22,24
**Scott** 2:8  44:16  86:21,25
**screaming** 24:19
**Se** 2:4
**search** 115:21
**second** 13:20  16:6  22:12  77:21
  96:25
**Security** 92:20  113:10
**see** 8:17  23:15  30:13  31:13,13
  32:17  39:22  52:5,6,6  54:8,17
  55:16  57:8,9,15  58:3  69:7
  75:6  78:24  79:22  81:9  82:4
  84:24  85:14  95:4  99:6  113:12
  114:22  117:22,23  118:8,9
  126:23  127:19  128:2,22,25
  130:3
**seeing** 75:3
**seen** 12:6  26:19  30:19  32:14
  34:5  36:2  53:22,23  75:7  79:12

  80:2  84:25  85:2  89:21,23  96:2
  101:12  119:3  122:12  124:25
  127:22  129:2,2,6,8  133:11,14
**self-harm** 120:20,22,23  121:6
**self-harming** 121:2
**send** 15:8,9  20:14,18,20  25:12
  54:15  55:18  57:10  58:4  59:16
  60:5  95:16,19  96:23  97:2
  100:25  101:17  123:18,18
  124:10  125:8  132:12,13
**sending** 122:24
**sense** 32:19  66:2  89:15
**sent** 30:16  43:16,19  54:9  95:18
  98:2  101:4,20  123:11,25  124:3
  124:17,19,21  128:10  131:15
**sentence** 11:5
**separate** 127:9
**September** 13:10,11
**sergeant** 43:4  47:4,8  58:7
  102:19,22  103:2,4  104:2,4,6
  104:11,13,25  105:4,6,11
**sergeant's** 103:3
**serious** 126:19
**serve** 14:9
**served** 8:15  14:14  114:21
**serving** 14:16
**set** 9:10  11:18  12:20  133:9,21
**seven** 42:23
**severely** 21:2
**sexual** 109:24  110:24
**sexually** 25:6  73:10,15,15  74:21
  75:8  90:23  103:13  104:6,12,17
  104:19  107:16,20  108:7,7,9,10
  108:14,17  110:9,15,16,20,20
**shackles** 19:19,20  25:7  71:8,17
  74:16,17
**sharing** 132:11
**sharp** 49:21  51:15  59:5,6  61:8
**She'll** 10:9
**sheet** 135:7
**shirt** 33:20,21
**shit** 76:18  120:16
**shoe** 29:7
**shook** 73:24
**shoot** 93:15
**short** 41:5,6,7  46:14  82:5,19
**show** 31:12,16,17,23,24  55:12
  67:9,11,13  118:15,16,22
  128:17  130:15  132:2,7

Associated Reporters Int'l., Inc.

showed 63:23 81:11 118:18,24
showing 34:18,18
shows 7:21 63:21 65:18,20 79:10
  85:8 103:17
SHU 25:11 31:10,11,12,20
shut 116:2
sick 29:21 32:9 34:23 39:6
  49:20 50:11,13,17 52:3,25
  61:14 62:17,18
side 23:3 70:13 75:5 93:21
sideways 68:13 70:18
sign 4:11 132:18 137:8,10
signature 137:11
signed 4:14 137:24
similar 80:14
single 45:11
sink 44:24
sit 65:16 113:2 114:13
sitting 24:25 32:10 43:12 62:3
  87:10 127:13
situation 26:7 38:2 44:11 75:24
  95:24 111:2 123:19 124:6
size 119:6
skinny 41:5 81:5,6
slammed 84:15
slip 34:23 35:22,25 49:19,19
  61:12
slips 39:2 45:14 49:17,20 50:11
  50:13,17 51:13 61:14,22 62:8
small 33:22 53:3
smirk 78:20
smirked 78:19
smock 37:3
smocks 44:24
Social 113:10
somebody 21:15 51:24 52:23
  65:24 68:6 84:24 93:3 97:22
someway 115:2
sorry 8:2 27:4 31:2,5 37:17
  46:22 49:14 55:20 65:11 83:10
  83:17 84:4 87:6 127:24 129:10
sort 7:9,16 112:10
sounds 12:11
speak 17:11
speaking 7:8 10:8 103:18
Special 32:3
specifically 41:25 71:13 75:7
  129:4
speech 122:19

split 77:21
spoke 10:12 17:8,9 18:22,25
spotlight 117:10
staff 21:19 23:14
stage 96:21,23,25
stages 96:18 98:25
stairs 24:21 75:6
standard 9:9,21
standing 85:18
staple 55:16 56:21 57:6,8
  117:21,23 118:25 128:16,17
  130:3
start 18:23 24:9 26:11 41:22
  71:5 89:17
started 8:5 15:4 18:19,24 24:7
  24:10 26:10 43:24 71:16 84:7
  87:22,22 89:18 91:7 108:23
  111:19 124:6,6
state 2:6 5:14,23 14:4 32:15
  45:24 63:8 65:14 71:23 90:8
  103:9,10 111:3 133:10,11
  135:2 137:12
stated 23:12 30:17 37:15,18,20
  49:22,25 84:12 85:7 90:24
  105:22,22 108:4 112:9 136:5
statements 25:25
states 1:2 28:15
stature 41:5
status 95:5
stay 17:13 88:5
step 49:13,14 64:10,10
stick 48:3 52:17 79:13 91:19
  125:18
sticking 52:18,20 53:4 104:3
STIPULATED 4:3,7,10,13
stipulation 9:20
stipulations 4:2 9:10
stop 24:24,24 29:12 62:7,22
  68:10 69:25 70:2,2 71:15,22
  71:24 72:7,8,12 74:7 113:20
  115:15
stopped 24:22 43:6 62:11 70:3
stopping 67:19
straight 61:10
strangers 113:9
street 114:11,23
stress 21:13
strike 35:16,19 38:12 72:17,20
  72:21 73:2,6,8

**strip** 36:22,24 38:19 44:23
  73:14 110:14
**stuck** 34:14,14,20 35:7,17 36:8
  38:3,7,13 39:17 41:16 42:4
  43:11 47:3 48:5 50:4 52:8,10
  53:18 55:10,11,15 57:3 58:11
  59:3,6 68:15 104:9 106:6
  121:9 126:17 127:11
**stuff** 10:2 17:12 18:5,6,7 20:7
  21:3,4,6,9,9 24:12 28:9 30:22
  52:5 55:13,17 56:7 58:11
  59:10 71:8,25 72:8,16 76:19
  81:8 86:8 102:22 103:25 107:5
  107:11 111:15 112:17,18
  114:10 115:22 116:9 117:22,23
  120:2 123:4 128:9 129:2,23
  130:5
**stumbling** 85:2
**submit** 39:2 45:14 49:17 51:12
  62:12 96:24
**submitted** 50:11,19 61:12,21
**submitting** 62:8
**subpoena** 4:6
**sudden** 15:9 32:15 68:11
**sued** 5:25
**suicidal** 23:13,15,22,25 29:3
  45:22,22,24 64:20
**suing** 83:19
**suit** 89:19
**Sullivan** 15:13
**Sunday** 42:23 45:5
**superintendent** 58:7 92:21 95:18
  96:21,24 111:7
**support** 21:24,24
**supposed** 69:2 75:17 85:22
  103:20,22 107:6 108:16 110:13
  111:11 114:13,17 115:22
  124:14 125:8 129:17 131:12
**sure** 6:24 8:23 9:5 10:13 12:13
  26:23 31:6 59:22 63:6 83:4
  116:7 117:15 123:17
**surgery** 30:19,21 57:25 58:14,15
  58:22,25 59:24,25 128:11
  129:11,13,17,18,22 130:3
**swallow** 21:4 56:25
**swallowed** 30:7,8 55:9 57:3,7,14
  116:23 117:4,21
**swear** 5:6,10
**sworn** 3:3 5:12,18 135:10 136:7

**Syracuse** 13:4,6

---

**T**

**T.V** 20:7
**table** 19:19
**take** 8:13,18,21 9:2 19:20 25:12
  25:13 36:19 37:20 38:5 52:2
  64:9 68:25 94:11,12 97:13,14
  98:23 108:12 110:14 116:8
  120:5,16 122:14 123:7,21
**taken** 4:6 36:13,18,21,22,24
  38:19 56:12,18 135:4 136:3
**talk** 17:15 22:6 29:10,15 31:11
  44:7 64:21 89:11 121:14,21
  123:18 132:5
**talked** 17:14 18:22 53:16 117:14
**talking** 6:5 16:10 29:5 31:25
  32:10 37:7 43:6 44:6 54:2
  59:14,20 62:3 74:17 93:22
  94:22 97:8,20 105:17 109:4
  117:5 118:5,6
**tall** 33:15 41:5 82:5,7
**taller** 82:6
**tattoo** 41:16
**tattoos** 34:2 81:6
**Technically** 128:24
**technology** 128:21
**tell** 6:11 7:3,15 16:8,23 19:6
  25:22,22 35:10,13 41:25 42:24
  53:11 66:23 76:6,8 80:16,16
  80:23 81:3,10 82:10,22 103:4
  106:9,14 109:5 113:20 115:22
  127:7
**telling** 25:18 42:5 43:19 50:5
  54:19 58:6 108:14 116:20
  123:7
**ten** 94:19 116:11 133:4
**ten-minute** 116:8
**term** 14:14
**terrorist** 78:7
**testified** 36:11 38:19 44:13
  51:19 86:6 122:13 125:10
**testify** 86:4 136:7
**testimony** 5:7 16:15 19:2 23:8
  31:8 39:10 53:6 57:13 62:23
  64:13 67:6 68:22 69:6 74:2
  78:14 86:17 87:18 88:10 90:17
  96:14,17,20 100:2,20 101:18
  102:7 104:5,10 105:10,14
  108:19 109:22 110:2,3,22

111:24 122:4 123:23 124:15
130:25 135:4 136:3,6 137:8
**thank** 11:19,19,20 19:6 20:23
21:17 22:5 28:25 32:7 89:10
94:13,20 99:2 102:16 106:24
132:10 133:7
**Thanks** 133:23
**that's** 78:12,21 79:15 121:17
132:19
**they'd** 107:5
**they're** 21:10
**thing** 10:19 11:6,16 12:17 21:5
24:7 28:9,19 29:19 30:23 36:4
36:17 38:16 46:20 51:17 53:3
53:4,24 54:2,5 72:5 76:2
86:22 104:18 105:7,9 106:15
107:23 113:4 115:20 119:2
121:18 125:16 130:2
**things** 6:8,9 9:2,3 62:22 66:4
90:13 132:17
**think** 8:7 12:15 15:16 25:24
26:4 28:18,19 29:3 34:4,5
36:6 39:20 41:17 42:14 46:22
48:2,9,19 50:13 52:3 55:15
57:18 63:3 64:21 67:21 68:4
78:13 81:9,15,18 90:14 91:24
98:7 101:4 107:22 114:25
115:23 122:16,22 123:23
128:19 130:14 132:9 133:20
**thinking** 54:14 120:2
**third** 14:11
**thirty** 19:22 20:16,19 88:17,22
88:23 95:20 137:9,10
**thirty-eight** 94:19
**thorough** 30:12
**thou** 56:7
**thousand** 17:2
**threat** 110:11
**threatening** 112:11
**three** 20:2 62:21 98:24 111:8
124:8 125:23
**three-months** 29:25
**threw** 24:16 36:20,20 50:25
65:15,17 68:13 69:15 74:8
87:23 105:23 112:24
**throw** 94:7
**throwing** 65:19
**thrown** 65:25 70:12 72:25 103:15
**Thursday** 42:22

**ticket** 27:18,24 63:21 65:5
73:10 83:13 84:12,17 86:16
103:19,21 110:17 111:11,12,19
114:21
**Tier** 111:8
**time** 1:13 4:6,15 9:14 10:13
12:5 15:24 16:6,22 17:2,4,13
20:6 21:21 32:8 33:5 36:17
46:24 51:23 52:22 57:19 61:7
61:11 62:14,16 63:16 65:22
67:4 69:3,5 79:25 88:8,9 91:7
94:12 95:9 107:17,25 109:5
127:3 128:5 131:7 132:11,14
135:4 136:4
**times** 6:12 98:5 99:11 127:19,21
127:22 128:2,6,12
**tip** 35:10 117:17,17 118:6,6,7
118:11,14 119:5 120:25 122:2
**tips** 23:12,17 25:10,11,23 29:4
29:7,8,22 32:21 34:10,15,25
36:10 38:3,7 39:17 42:4 43:11
47:3 48:5 50:3 57:3 64:14
104:8 106:6,18 117:18 118:14
118:15 119:17 120:20 121:9,21
122:5,12,14,25 123:25 124:23
125:11 126:17 128:3,17 129:4
**tired** 21:12
**today** 5:8 6:10 7:9,25 8:11,24
9:8 62:18 90:3,11
**Today's** 83:23
**told** 7:5 23:23,24 25:9,13,24
26:4 30:11 35:12,15,15 38:5
38:16 43:3,3,4,4,4,5,7 48:2
53:17 59:7 74:6 101:25 102:23
103:8,10,12,14 104:3,6,8,17
104:22 105:18 106:11,17,18
115:4 120:3 122:14 126:12,12
126:15,15,24 127:8,9,10 128:6
**toothpaste** 130:20,20
**topic** 83:2 106:24
**toss** 69:19
**tossed** 69:18 72:22
**tossing** 79:10
**touch** 77:3,6,13,16,17 99:20
108:16 109:24 110:24
**touched** 25:6 70:5 73:9,15 74:22
74:23 75:8 76:12,15,16,17,19
76:22 77:2,9 78:3,15 104:7,12
104:17,19 108:7,10,14 110:8,9
110:15,20

Associated Reporters Int'l., Inc.

touching 77:20 90:23 103:5,13
  108:16,17 109:24 110:24
track 51:2
tracking 50:23
transcriber 8:25
transcript 8:24,25 10:10,15
  22:21 31:17 67:12 132:18
  135:5,7 137:8,10,11
transcription 136:9
trays 112:21
treat 39:7
treatment 26:6 37:24 38:10
  57:22 62:25 63:2 122:23
  123:22,23 124:16 125:7
treatments 95:25 122:20
trial 4:9,16 8:5 9:14
tried 17:13 23:14 24:11 25:21
  25:22 53:4,7 64:6,7 65:13
  66:10 86:7 127:4
trips 15:14
trouble 113:19 121:8
true 39:23 124:22,22 135:5,7
  136:10
trust 132:3,3,4
truth 5:8,8,9 136:7,7,8
try 8:23 10:7 11:10 20:18 22:19
  24:10 36:5 65:9 79:5 96:13
  109:4 122:5 125:12,22
trying 24:8,9 26:15,16 33:11
  52:6,17 54:11,13 58:12 67:25
  68:2 81:2 89:14 96:4 99:19
  119:23 120:9,13,21 121:6
tube 125:19
Tuesday 42:21,21 62:19
turn 66:24 70:14,15,18 108:15
turned 24:3,6 25:3 70:5,9,11
  76:23 95:9
turning 63:14 108:15
turns 73:4 123:8
twenty- 89:19
twenty-five 13:2
twice 98:8
two 10:12 17:2 19:14,14,24,24
  22:12 23:12,17 25:10,11 29:6
  29:8,22 31:8,21 34:14 38:3,7
  39:16 42:4 43:10,10 47:3 48:5
  53:20 56:7 57:3 60:25 62:20
  62:21 66:22 69:2 79:11 93:18
  117:18 118:14 121:9 124:8
  125:23 127:5,5 128:6

type 62:21 104:23 107:10 121:18
  121:18 125:20 128:20
typewritten 136:8

---

## U

uh-huh 10:20,22 30:5 85:16
  87:12 90:15
unbelievable 92:4
understand 6:10,11,16,18 9:16
  9:18 10:17 11:4 12:13 14:22
  31:7 49:13 57:18 68:4 76:21
  78:5,13 90:8
Understood 21:17
uniform 33:19
unintentionally 11:4
Unit 32:3
UNITED 1:2
unity 52:4
Ups 15:6
Upstate 15:7
urethra 34:12 53:3 124:7,9,9,12
  125:16
urethral 125:18
urethras 36:4
urinate 49:21 51:16 61:8
urine 49:22 50:2 104:18 126:16
  126:25
use 19:25 20:12 37:19 59:4
  63:15,17,19 83:13 88:15 92:13
  103:19 110:7,10,15 114:17
usually 95:23
utensil 32:2
utheter 126:3

---

## V

v 1:1,7 2:1 3:1 4:1 5:1 6:1 7:1
  8:1 9:1 10:1 11:1 12:1 13:1
  14:1 15:1 16:1 17:1 18:1 19:1
  20:1 21:1 22:1 23:1 24:1 25:1
  26:1 27:1 28:1 29:1 30:1 31:1
  32:1 33:1 34:1 35:1 36:1 37:1
  38:1 39:1 40:1 41:1 42:1 43:1
  44:1 45:1 46:1 47:1 48:1 49:1
  50:1 51:1 52:1 53:1 54:1 55:1
  56:1 57:1 58:1 59:1 60:1 61:1
  62:1 63:1 64:1 65:1 66:1 67:1
  68:1 69:1 70:1 71:1 72:1 73:1
  74:1 75:1 76:1 77:1 78:1 79:1
  80:1 81:1 82:1 83:1 84:1 85:1
  86:1 87:1 88:1 89:1 90:1 91:1

92:1 93:1 94:1 95:1 96:1 97:1
98:1 99:1 100:1 101:1 102:1
103:1 104:1 105:1 106:1 107:1
108:1 109:1 110:1 111:1 112:1
113:1 114:1 115:1 116:1 117:1
118:1 119:1 120:1 121:1 122:1
123:1 124:1 125:1 126:1 127:1
128:1 129:1 130:1 131:1 132:1
133:1 134:1 135:1 136:1 137:1
137:4
**van** 58:7
**VENUE** 1:14
**verbal** 9:6 22:19
**verbally** 45:16,19
**Vernon** 30:16,16,17 32:13 54:25
55:2,4 56:19 57:24 60:11,13
116:22 128:10,14,19 131:25
132:6
**versa** 10:9
**vice** 10:8
**video** 7:5,18,20,21 36:3 39:21
49:7 65:18 79:10 83:5,12
130:15,16
**violated** 112:22
**violation** 112:23
**visible** 34:2
**visit** 113:13
**visiting** 11:25 12:2

---

**W**

**waist** 84:14
**wait** 35:13 95:20 98:22 102:5,25
124:8,13
**waited** 53:20
**waiting** 58:3 129:22
**walk** 20:3,5 37:16,22
**walked** 43:6 48:11 50:5
**wall** 24:17 36:21 65:21 68:14
69:16,20,21 72:23,25 73:2
105:20,24,25 107:7,9
**want** 6:13 7:2 8:17 9:8,25 10:13
10:15 12:12 18:6 22:19,21
23:20 30:19,21 31:6 36:17
52:12 53:2 57:25 59:16,22
75:23 79:4 94:7 97:15 98:12
103:9 104:20 109:4 113:2
116:6 117:12,15 120:5 121:14
121:14 125:5 127:25
**wanted** 10:5 18:6 29:13 49:9
63:4 74:21 84:5 103:16 106:25

**warranted** 73:7 108:13,18
**wasn't** 14:24 33:6 41:11 44:6
59:17 62:9 65:6,21 70:7 75:17
75:24 77:17 87:15,16 88:2
108:13 110:23 120:21 126:8
129:21
**wasn't** 58:10
**watch** 20:7 25:16,17,21,23 26:7
28:8,14,14,16 37:8 38:11,20
38:23 39:4,11,14,20,25 42:13
42:16,22 43:2,17,18,20 44:13
48:11,17 56:24 131:3,6,8,11
131:14,17
**watched** 28:5,24
**watching** 37:2
**water** 38:17 42:7
**way** 10:10 15:16 21:13 25:16
30:3,6,7 48:25 49:2 61:10
67:6 68:8 72:19 74:3 75:5
78:12 79:15 88:14 103:23
107:21 109:6 115:13,20 126:17
127:11 129:18
**we'll** 16:7 116:1
**we're** 8:15 11:18 31:25 43:13
63:5 105:17 116:13 118:5
133:9,9
**we're** 123:5
**weapon** 13:15
**wear** 41:10 81:24
**WebEx** 1:14
**website** 115:14,18
**Wednesday** 42:22 62:19
**week** 42:23 62:20
**weekend** 42:17
**weeks** 52:24 53:7 60:22,23,25
62:13,20 99:12 124:8 125:11
125:23
**weird** 77:15,16
**welcome** 94:14 133:8
**Wende** 11:24 60:16,17,20 61:19
**went** 15:5,6,7,13,13,14,15,16
24:22 26:8,9 29:18,18 30:10
35:16,18 37:25 38:2,12 44:13
44:15,15,17,17,18 49:16 51:9
53:14,21 108:22 112:23 127:23
128:5,6,8 129:18
**weren't** 110:12
**what's** 121:15
**whatsoever** 17:20 63:2 110:11

Associated Reporters Int'l., Inc.

**wheel** 117:22
**When's** 61:11
**white** 33:12,13  40:13,15  80:9,9
  80:18,19,21  81:15,22  82:20
**Whitepages** 115:15,18
**WILLIAM** 2:8
**window** 130:8,10
**wish** 95:17  133:22
**witness** 4:10,14  5:12,15,17,18
  10:17,24  11:2,8  22:25  44:17
  87:3  96:6  109:13,17,20  132:12
  133:2,7,10,14,19,22  136:6
**word** 52:13  72:10,10  78:8,8
  125:6  137:16,17,18,19,20,21
  137:22
**words** 10:12  26:5  31:18  67:16
**work** 28:13  29:17  40:7  97:3
**worked** 40:14,14  113:25  114:4
**working** 82:15,15,21
**works** 18:4  80:10  82:13  89:21
  97:7,25  101:15
**world** 32:13  118:23
**worry** 11:5
**wouldn't** 38:8  93:10
**wouldn't** 89:15
**wrist** 75:18,22
**write** 39:13  45:17,19  50:15
  62:18  86:15  91:17,20,21,23,23
  91:24,25  92:2,22,22,23,23,24
  93:4  94:5  98:17  107:12,15
  111:11  112:11  113:18,19
**writing** 26:10,22  32:2,8  39:13
  50:16  58:24,24,24  98:13
  100:18  118:7,8,10,14
**written** 8:25  67:15  85:6  103:20
**wrong** 37:20  48:4  84:19  98:8
  113:3  115:25  126:6
**wrote** 65:5  91:8,8  99:5,10  100:7
  115:3

---
**X**
**x-** 51:16  57:14  60:10,19
**X** 1:10  3:2  135:8,11
**x-ray** 30:12,18  34:24  53:18  54:2
  54:5,6,22,24  55:5  56:3,12,21
  56:22  57:21  59:7  60:13,25
  61:3,15  118:4,16  127:21
  128:14,17
**x-rayed** 29:23  116:21  127:22
**x-rays** 30:13  53:11,12  62:24

---
**Y**
**yeah** 7:15  11:3,17  12:4  17:11
  18:17  20:7  23:5  26:4  27:9,10
  28:24  31:10,15  33:14,20  36:15
  37:25  40:13  44:7  45:10  47:16
  47:19  48:24  51:14  52:14  53:9
  54:13  55:3  56:14  61:24  64:7
  74:16  79:24  80:19  81:21  89:8
  90:10  92:15  93:23  95:23
  102:21  103:2  105:3  106:4,14
  108:5,21  109:15,20  110:15
  115:12,18  116:10,23,25  117:3
  117:7,7,7  119:8,8,8,14,14
  120:18  121:19  124:4,20  126:5
  126:6  129:12  131:17  132:3
**year** 16:13  56:7  99:20  100:17
  105:8,15
**years** 13:2,10,12  14:11,17
  115:16
**yo** 43:20  48:10  121:9
**York** 1:3  2:6,10  5:23  13:5,6
  14:4  63:8  71:23  91:22,22,24
  137:12,14
**you're** 28:8  44:24  90:8  115:23
**young** 15:8

---
**Z**
**zero** 5:5,16,16

---
**0**
**09:05** 5:2

---
**1**
**1** 136:5,9
**10:30** 94:16
**10:38** 94:17
**10:59** 116:15
**10th** 91:6
**11:19** 116:16
**11:36** 1:13  134:2
**122** 24  2:10  137:14
**134** 136:9
**13th** 133:3
**1S** 19:11,12  20:16,24  21:2
**1SB** 19:11

---
**2**
**2** 1:12
**2020** 16:14  17:3  18:18

| | |
|---|---|
| **2021** 16:14  22:12  56:8,10 | **9** |
| **2022** 1:12  16:13  135:10 | **9:05** 1:13 |
| **21-CV-0231** 1:7  137:4 | |
| **23rd** 133:2 | |
| **2nd** 7:2  22:11  34:22  42:14  56:5 | |
|   61:7  87:11  91:5  102:15 | |

**3**

**30** 137:9,10

**4**

**5**

**5** 3:4
**5/2/2022** 1:1  2:1  3:1  4:1  5:1
  6:1  7:1  8:1  9:1  10:1  11:1
  12:1  13:1  14:1  15:1  16:1  17:1
  18:1  19:1  20:1  21:1  22:1  23:1
  24:1  25:1  26:1  27:1  28:1  29:1
  30:1  31:1  32:1  33:1  34:1  35:1
  36:1  37:1  38:1  39:1  40:1  41:1
  42:1  43:1  44:1  45:1  46:1  47:1
  48:1  49:1  50:1  51:1  52:1  53:1
  54:1  55:1  56:1  57:1  58:1  59:1
  60:1  61:1  62:1  63:1  64:1  65:1
  66:1  67:1  68:1  69:1  70:1  71:1
  72:1  73:1  74:1  75:1  76:1  77:1
  78:1  79:1  80:1  81:1  82:1  83:1
  84:1  85:1  86:1  87:1  88:1  89:1
  90:1  91:1  92:1  93:1  94:1  95:1
  96:1  97:1  98:1  99:1  100:1
  101:1  102:1  103:1  104:1  105:1
  106:1  107:1  108:1  109:1  110:1
  111:1  112:1  113:1  114:1  115:1
  116:1  117:1  118:1  119:1  120:1
  121:1  122:1  123:1  124:1  125:1
  126:1  127:1  128:1  129:1  130:1
  131:1  132:1  133:1  134:1  135:1
  136:1  137:1,5
**50s** 40:24
**523-7887** 137:2
**5th** 61:20,22

**6**

**60s** 40:24

**7**

**8**

**800** 137:2