UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RASHAUN BLANFORD,

                     Plaintiff,                    **DECLARATION OF**
                                                  **SHANE BANKS**

        -against-

                                       21-CV-0231
CORRECTION OFFICER S. BANKS, et al.,

                  Defendants.                  TJM/CFH
-------------------------------------------------------------X

     SHANE BANKS, on the date noted below and pursuant to § 1746 of Title 28 of the

United States Code, declares the following to be true and correct under penalty of perjury under

the laws of the United States of America:

     1.     I am a defendant in the above-captioned action and submit this declaration in

support of Defendants' motion for summary judgment.

     2.     This declaration is based upon my personal knowledge, a review of the records kept

in the usual course of business by the New York State Department of Corrections and Community

Supervision ("DOCCS"), and DOCCS policy and procedures.

     3.     I have been employed by DOCCS as a Correction Officer for approximately __

years.

     4.     At all times in February of 2021, the period relevant to plaintiff's claims, I was

assigned to Marcy Correctional Facility ("Marcy C.F.") as a Correction Officer.

     5.     It is my understanding that Plaintiff in this action, Rashaun Blanford ("Plaintiff"),

alleges that I: (1) failed to intervene during a use of force at Marcy C.F on February 2, 2021; and

(2) sexually assaulted Plaintiff during the February 2, 2021 use of force.

6.      On February 2, 2021, I was working at Marcy C.F. when I was directed by Sergeant Davis to escort an incarcerated individual from his cell to the contraband watch unit. Sergeant Davis and Correction Officer Johnson accompanied me to an incarcerated individual's cell for the escort.

7.      Upon arriving at cell A2-47, Sergeant Davis advised the incarcerated individual, who I later learned was Plaintiff, that he was being escorted to the contraband watch unit.

8.      Sergeant Davis instructed Plaintiff to place his hands through the cell hatch so his wrists could be placed in mechanical restraints for the escort pursuant to DOCCS policies. Plaintiff complied with Sergeant Davis' direct order and placed his hands behind his back, then put them through the cell door hatch. Officer Johnson then placed mechanical restraints on Plaintiff's wrists. Next, Plaintiff removed his hands from the cell door hatch and stepped into his cell so I could open the cell door. I then opened the cell door, at which time I observed that Plaintiff had a pillow case containing his property between himself and the cell door.

9.      Officer Johnson took hold of Plaintiff's wrists as I knelt down to move Plaintiff's property out of the way so he could safely exit the cell. As I was moving Plaintiff's property out of the way, Plaintiff attempted to kick me with a backwards mule style kick.

10.     Because Plaintiff had attempted to assault me, it was necessary for me to use force.

11.     I immediately took control of Plaintiff's left leg with my left hand and Plaintiff's right ankle with my right hand. While I took control of Plaintiff's lower body, Officer Johnson took control of Plaintiff's upper body. Officer Johnson and I then collectively forced Plaintiff to the floor, face first.

12.     Once Plaintiff was on the floor, he continued to resist, despite direct orders to stop. I sat on Plaintiff's right leg and took control of Plaintiff's left leg with both hands, crossing it in a

position where he could no longer attempt to kick me. I then continued to hold onto Plaintiff's left leg until responding officers arrived.

13. Once responding officers arrived, Plaintiff's ankles were placed in mechanical restraints, at which point Plaintiff ceased his resistance, and I released Plaintiff's left leg.

14. Once Plaintiff ceased his resistance, I ceased all force against Plaintiff.

15. Responding officers then took control of Plaintiff and escorted him off the housing unit.

16. In all, the incident took less than two minutes.

17. After the above-described incident, I had no further encounters with Plaintiff on February 2, 2021.

18. Sergeant Davis was present for the entirety of the incident and was immediately behind or beside Officer Johnson and me.

19. All of the force I used during the above-described incident was necessary in order to gain control of Plaintiff and prevent him from further attempts to assault me.

20. The force I utilized against Plaintiff was the minimum amount of force necessary to gain Plaintiff's compliance and maintain the safety of the facility, incarcerated individuals, and DOCCS staff members.

21. I did not, at any point during the use-of-force incident, apply any other force than as described above.

22. I did not, at any point during the use-of-force incident, observe any behavior which required me to intervene to protect Plaintiff.

23.     Shortly after the incident, I prepared and executed a Use-of-Force Report detailing the circumstances surrounding the incident.  Annexed hereto as **Exhibit A** is a true and accurate copy of the Use-of-Force Report.

24.     Inasmuch as Plaintiff alleges that I sexually assaulted him during the documented use-of-force incident on February 2, 2021, this is patently untrue.

25.     Plaintiff alleges that I "sexually touched" his buttocks during the use-of-force incident, which I vehemently deny.

26.     While I may have made incidental contact with Plaintiff's buttocks during the documented use-of-force incident involving Plaintiff, it was only so that I could gain control of Plaintiff while he was violently resisting and attempting to assault me.

27.     As soon as Plaintiff ceased his resistance, I ceased all force against Plaintiff.

28.     The force I utilized and any contact I made with Plaintiff was necessary to maintain the safety and security of the facility and would not have been initiated if Plaintiff had not attempted to assault me.

29.     I do not recall having any interactions with Plaintiff prior to the events of February 2, 2021 described in this declaration.

30.     At all times in dealing with Plaintiff, I interacted with Plaintiff in the same manner as I interacted with any similarly situated incarcerated individual during my employment with DOCCS.

31.     At all relevant times, I conducted myself in accordance with my responsibilities as a Correction Officer, in a manner consistent with the regulations of DOCCS and what I understood

my obligations under state and federal law to be.

Dated: Marcy, New York
      September 23, 2022

Shane Banks

# Exhibit A

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
02/09/21                            USE OF FORCE REPORT
12:47:07              MARCY RES MNTL HLTH UNIT                UF LOG NO. 210019.00
                  INCIDENT DATE 02/02/21  TIME 12:35PM        UI CCC NO.
GEN LOC. 17 MENTAL HLTH  SPEC LOC.                            CB LOG NO.
```

```
=============================================================================
INMATE                  DIN/NYSID ETHNIC ROLE
BLANFORD, RASHAUN       18B0908   BLK    PERP
=============================================================================
```

| STAFF INVOLVED | TITLE | FORCE1 | FORCE2 | FORCE3 | DEGREE |
|---|---|---|---|---|---|
| LEONE, VINCENT V | CO | MECH RESTR | | | |
| JOHNSON, DAVID M | CO | BODY HOLD | | | |
| BANKS, SHANE R | CO | BODY HOLD | | | |

```
=============================================================================
DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
ON 2/2/21 AT APPROXIMATELY 12:35 P.M. INMATE BLANDFORD #18B0908 WHILE
EXITING HIS CELL TO BE PLACED ON CONTRABAND WATCH, ATTEMPTED TO KICK
STAFF.
```

```
=============================================================================
DESCRIBE ACTUAL FORCE USED:
OFFICER JOHNSON TOOK CONTROL OF THE MECHANICAL WRIST RESTRAINTS WITH HIS
RIGHT HAND, HIS LEFT ARM WRAPPED AROUND INMATE'S UPPER TORSO. OFFICER BANKS
TOOK CONTROL OF INMATES LEFT LEG WITH HIS LEFT HAND AND HIS RIGHT HAND ON
INMATE'S RIGHT ANKLE, TOGETHER THEY FORCED INMATE TO THE FLOOR FACE FIRST.
ONCE ON THE FLOOR OFFICER JOHNSON USED HIS LEFT HAND TO CONTROL THE
MECHANICAL WRIST RESTRAINTS AND HIS RIGHT FOREARM APPLYING DOWNWARD
PRESSURE ON INMATE'S UPPER BACK AREA. OFFICER BANKS SAT ON INMATE'S RIGHT
LEG AND TOOK CONTROL OF THE INMATE'S LEFT ANKLE WITH BOTH HANDS. BOTH
OFFICERS MAINTAINED THEIR HOLDS UNTIL OFFICER LEONE APPLIED THE MECHANICAL
LEG RESTRAINTS, AT WHICH TIME INMATE BLANFORD BECAME COMPLIANT, ENDING
FORCE.
=============================================================================
```

PAGE 1.01

Defendant 000001

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
02/09/21                        USE OF FORCE REPORT
12:47:07                MARCY RES MNTL HLTH UNIT             UF LOG NO. 210019.00
                    INCIDENT DATE 02/02/21  TIME 12:35PM     UI CCC NO.
GEN LOC. 17 MENTAL HLTH  SPEC LOC.                          CB LOG NO.
==============================================================================
INMATE                  DIN/NYSID ETHNIC ROLE
BLANFORD, RASHAUN       18B0908   BLK    PERP
==============================================================================
EXAMINERS  NAME              TITLE          EXAM DATE   TIME
S. DEROCCO                   NURSE          02/02/21   12:38PM


PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
NO INJURIES NOTED




==============================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? YES              WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                        DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES PER DIRECTIVE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? NO
WAS STAFF SEEN BY MEDICAL? YES PER DIRECTIVE
WAS INMATE INJURED?    NO
WAS INMATE SEEN BY MEDICAL?    YES PER DIRECTIVE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO   TRANSFERED TO: RM-B2-50
REPORTED BY: SGT   DAVIS                            DATE: 02/02/21
REVIEWED BY: LT   PYKE                              DATE: 02/02/21
==============================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
THE FORCE USED BY STAFF, IN THE FORM OF BODY HOLDS, WAS NECESSARY TO GAIN
CONTROL OF A COMBATIVE INMATE.  THE FORCE WAS MINIMAL, SERIOUS INJURY
AVOIDED AND ORDER WAS RESTORED.
```

```
================================================================================
SPT PATRICK REARDON                            02/09/21
SUPERINTENDENT                                    DATE
                                                    PAGE 2
```

Defendant 000002

```
UNS571        STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
02/02/21                          USE OF FORCE REPORT
14:39:52            MARCY RES MNTL HLTH UNIT              UF LOG NO. 210019.00
                 INCIDENT DATE 02/02/21  TIME 12:35PM     UI CCC NO.
GEN LOC. 17 MENTAL HLTH  SPEC LOC.                        CB LOG NO.
```

=========================================================================
```
INMATE                    DIN/NYSID ETHNIC ROLE
BLANFORD, RASHAUN         18B0908   BLK     PERP
```
=========================================================================

| STAFF INVOLVED | TITLE | FORCE1 | FORCE2 | FORCE3 | DEGREE |
|---|---|---|---|---|---|
| LEONE, VINCENT V | CO | MECH RESTR | | | |
| JOHNSON, DAVID M | CO | BODY HOLD | | | |
| BANKS, SHANE R | CO | BODY HOLD | | | |

=========================================================================
DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
ON 2/2/21 AT APPROXIMATELY 12:35 P.M. INMATE BLANFORD #18B0908 WHILE
EXITING HIS CELL TO BE PLACED ON CONTRABAND WATCH, ATTEMPTED TO KICK
STAFF.



=========================================================================
DESCRIBE ACTUAL FORCE USED:
OFFICER JOHNSON TOOK CONTROL OF THE MECHANICAL WRIST RESTRAINTS WITH HIS
RIGHT HAND, HIS LEFT ARM WRAPPED AROUND INMATE'S UPPER TORSO. OFFICER BANKS
TOOK CONTROL OF INMATES LEFT LEG WITH HIS LEFT HAND AND HIS RIGHT HAND ON
INMATE'S RIGHT ANKLE, TOGETHER THEY FORCED INMATE TO THE FLOOR FACE FIRST.
ONCE ON THE FLOOR OFFICER JOHNSON USED HIS LEFT HAND TO CONTROL THE
MECHANICAL WRIST RESTRAINTS AND HIS RIGHT FOREARM APPLYING DOWNWARD
PRESSURE ON INMATE'S UPPER BACK AREA. OFFICER BANKS SAT ON INMATE'S RIGHT
LEG AND TOOK CONTROL OF THE INMATE'S LEFT ANKLE WITH BOTH HANDS. BOTH
OFFICERS MAINTAINED THEIR HOLDS UNTIL OFFICER LEONE APPLIED THE MECHANICAL
LEG RESTRAINTS, AT WHICH TIME INMATE BLANFORD BECAME COMPLIANT, ENDING
FORCE.
=========================================================================

PAGE 1.01

Defendant 000003

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
02/02/21                        USE OF FORCE REPORT
14:39:52           MARCY RES MNTL HLTH UNIT
                 INCIDENT DATE 02/02/21  TIME 12:35PM        UF LOG NO. 210019.00
GEN LOC. 17 MENTAL HLTH  SPEC LOC.                           UI CCC NO.
                                                            CB LOG NO.
===============================================================================
INMATE                       DIN/NYSID ETHNIC ROLE
BLANFORD, RASHAUN            18B0908   BLK     PERP
===============================================================================
EXAMINERS  NAME                  TITLE        EXAM DATE   TIME
S. DEROCCO                       NURSE        02/02/21    12:38PM


PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
NO INJURIES NOTED
```

```
===============================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? YES                  WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                            DATE:  /  /
WERE USE OF FORCE PHOTOS TAKEN? YES PER DIRECTIVE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? NO
WAS STAFF SEEN BY MEDICAL? YES PER DIRECTIVE
WAS INMATE INJURED?    NO
WAS INMATE SEEN BY MEDICAL?   YES PER DIRECTIVE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO  TRANSFERED TO: RM-B2-50
REPORTED BY: SGT   DAVIS                               DATE: 02/02/21
REVIEWED BY: LT   PYKE                                 DATE: 02/02/21
===============================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
```

2/9/21
DATE

PAGE 2

Defendant 000004

FORM # 2104 (3/16)
1 OF 2

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

# USE OF FORCE REPORT

Ref. Directives #4004, 4944
(Prior To Completing Form,
See Reverse For Instructions

| REPORTING STAFF | | | REPORTING STAFF | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name: | J.DAVIS | | Title: | Sergeant | | | | | |
| **FACILITY:** Marcy Correctional Facility | Incident Date: February 2, 2021 | | Facility Use of Force | 2 | 1 | - | 0 | 1 | 9 |
| Incident Location: RMHU A2-47 CELL | Incident Time: 12:35 P.M | | If Unusual Incident, CCC Log #: | | | | | | |

## 1. REPORT OF INCIDENT

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander |
|---|---|---|---|---|
| Blandford,R | 18B0908 | RM-A2-47 | 03 | 02 Participant |
| | | | | 03 Perpetrator |
| | | | | 04 Suspect |
| | | | | 05 Victim |
| | | | | 06 Witness |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | | | |
|---|---|---|---|
| 1. | CO S.BANKS | 5. | |
| 2. | CO. J.JOHNSON | 6. | |
| 3. | CO S.BANKS | 7. | |
| 4. | | 8. | |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | | | |
|---|---|---|---|
| 1. | SGT J.DAVIS | 5. | |
| 2. | LT S.PYKE | 6. | |
| 3. | LT A. KIERPIEC | 7. | |
| 4. | | 8. | |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE (This should include, but not be limited to,** the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)

On 2/2/21 at approximately 12:35 p.m. Inmate Blandford #18B0908 while exiting his cell to be placed on contraband watch, attempted to kick staff.

| J.DAVIS | | Sergeant | 02/02/21 |
|---|---|---|---|
| REPORTER - NAME | Signature | Title | Date |

Defendant 000005

CONTINUED

FORM # 2104 (3/16)
Part A 2 of 2

Ref. Directives #4004, 4944

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE REPORT

| TYPE OF FORCE USED | 02 , 04 | 01 Baton | 03 Chemical Agents | 05 Use of Firearms | 07 Strike |
| --- | --- | --- | --- | --- | --- |
| | | 02 Body Holds | 04 Mechanical Restraints | 06 Shield | 99 Other |

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by the reporter; Individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

Officer Johnson took control of the mechanical wrist restraints with his right hand, his left arm wrapped around inmate's upper torso.Officer Banks took control of inmates left leg with his left hand and his right hand on inmate's right ankle, together they forced inmate to the floor face first.Once on the floor Officer Johnson used his left hand to control the mehanical wrist restraints and his right forearm applying downward pressure on inmate's upper back area.Officer Banks sat on inmate's right leg and took control of the inmate's left ankle with both hands.Both officers maintain there holds until Officer Leone applied the leg mechanical leg restarints, at which time inmate Blanford became compliant,ending force.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information; Description of any injuries you sustained.)

Inmate Blanford was assisted to his feet and escorted to medical and evaluated by RN DeRocco with no injuries noted. From medical inmate was escorted to the reception strip frisk room and a strip frisk was conducted with no contraband found. Inmate Blanford was escorted to B-2-50 cell and secured without incident .All involved staff was seen by medical with no injuries to report and all remained on duty.All pertinent paperwork completed and submitted.

| REPORTER - Name | Signature | Sergeant | 02/02/21 |
| --- | --- | --- | --- |
| | | Title | Date |

FORM #2104A  (3/16)
1 of 2
Ref. Directives #4004, #4944
(Prior To Completing Form,
See Reverse For Instructions)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| REPORTING STAFF | REPORTING STAFF |
|---|---|
| Name:  J. Johnson | Title: C.O. |

| FACILITY: Marcy | Incident Date: 2/2/21 | Facility Use of Force: 2 1 - 0 1 9 |
|---|---|---|
| Incident Location: A2-47 cell | Incident Time: 12:35 pm | |

### I. REPORT OF INCIDENT

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander |
|---|---|---|---|---|
| Blanford, R. | 18B0908 | A2-47 | 03 | 02 Participant / 03 Perpetrator / 04 Suspect / 05 Victim / 06 Witness |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | |
|---|---|
| 1. Johnson, J. C.O | 5. |
| 2. Banks, S. C.O | 6. |
| 3. | 7. |
| 4. | 8. |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | |
|---|---|
| 1. Sgt. Davis | 5. |
| 2. Lt. Pyke | 6. |
| 3. Lt. Kilespiec | 7. |
| 4. | 8. |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE** (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)

Myself and another officer were taking inmate Blanford, R. 18B0908 out of cell A2-47 to be placed on a contraband watch. I applied mechanical wrist restraints to the inmate and the cell door was called to be open. Once the cell door was open the inmate had some of his property in a pillow case right in the cell doorway. Another officer went to remove the property and the inmate was pushing back and then did a mule kick at the officer.

| J. Johnson | [signature] | C.O. | 2/2/21 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist.:  Original – Superintendent        Copy – Guidance Unit file(s) of inmate(s) involved

Defendant 000007

FORM 2104A (3/16)
2 of 2
Ref. Directive #4004, #4944

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| TYPE OF FORCE USED | 02 | 01 Baton | 03 Chemical Agents | 05 Use of Firearms | 07 Strike |
|---|---|---|---|---|---|
| | | 02 Body Hold | 04 Mechanical Restraints | 06 Shield | 99 Other |

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by reporter; individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

At this time I used my right hand and took control of the mechanical wrist restraints and used my left arm and wrapped it around the inmates upper torso and forced his to the floor. Once on the floor I used my left hand and controled the mechanical wrist restraints and I also used my right forearm on the upper part of the inmates back and applied downward pressure until the inmate became compliant and mechanical leg restraints were applied. No farther force was used.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

I was relieved by other officers and reported to medical with no injuries to report at this time and remained on duty.

| J. Johnson | | C.O. | 9/2/21 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist.:   Original – Superintendent      Copy – Guidance Unit file(s) of inmate(s) involved

Defendant 000008

FORM #2104A (3/16)
1 of 2
Ref. Directives #4004, #4944
(Prior To Completing Form,
See Reverse For Instructions)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ____ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| REPORTING STAFF | REPORTING STAFF |
|---|---|
| Name: Banks, S. | Title: C.O |
| FACILITY: Marcy RMHU Bldg #30 | Incident Date: 2/2/21 | Facility Use of Force: 21 - 019 |
| Incident Location: A-2-47 cell | Incident Time: Approx 12³⁵/pm | |

### I. REPORT OF INCIDENT

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | |
|---|---|---|---|---|
| Blanford | 18B0908 | A-2-47 | 03 | *01 Bystander<br>02 Participant<br>03 Perpetrator<br>04 Suspect<br>05 Victim<br>06 Witness |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | |
|---|---|
| 1. Johnson, J. / C.O. | 5. |
| 2. Banks, S. / C.O. | 6. |
| 3. | 7. |
| 4. | 8. |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | |
|---|---|
| 1. Davis, J. / Sgt. | 5. |
| 2. Pyke, S. / L.T | 6. |
| 3. Kierpec / L.T | 7. |
| 4. | 8. |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE** (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)

While taking Inmate Blanford (18B0908) out of his cell (A-2-47) inmate Blanford attempted to mule kick me as I was bent over trying to move his property out of the way so that he could be removed from his cell.

| S. Banks | | C.O | 2/2/21 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist.: Original – Superintendent     Copy – Guidance Unit file(s) of inmate(s) involved

Defendant 000009

CONTINUED

FORM 2104A (3/16)
2 of 2
Ref. Directive #4004, #4944

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| TYPE OF FORCE USED | 02 | 01 Baton | 03 Chemical Agents | 05 Use of Firearms | 07 Strike |
|---|---|---|---|---|---|
| | | 02 Body Hold | 04 Mechanical Restraints | 06 Shield | 99 Other |

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by reporter; individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

I then took control of inmate Blanfords left leg with my left hand and his right ankle area with my right hand and inmate Blanford was brought to the floor. Once on the floor I sat on his right leg and then took control of his left ankle area with both my hands to maintain control until leg restraints were applied. Once leg restraints were applied inmate Blanford became compliant and no other force was used by myself or any one else.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

I was then released after inmate Blanford became compliant. Inmate Blanford was escorted to medical to be seen and then went to be strip frisked afterwards. I then went to medical to be seen with no injuries to report to myself and remained on duty.

| S. Banks | S | CO | 2/2/21 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist.:   Original – Superintendent        Copy – Guidance Unit file(s) of inmate(s) involved

Defendant 000010

FORM #2104A (3/16)
1 of 2
Ref. Directives #4004, #4944
(Prior To Completing Form,
See Reverse For Instructions)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ____ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| REPORTING STAFF | REPORTING STAFF |
|---|---|
| Name: V. Leone | Title: C.O. |
| FACILITY: Marcy RMHu   Incident Date: 2/2/21 | Facility Use of Force: 21 - 019 |
| Incident Location: A2-47 cell   Incident Time: 12:35 P.M | |

### I. REPORT OF INCIDENT

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander |
|---|---|---|---|---|
| Blanford, R | 18B0908 | A2-47 | 03 | 02 Participant<br>03 Perpetrator<br>04 Suspect<br>05 Victim<br>06 Witness |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | |
|---|---|
| 1. Banks, S  C.o | 5. |
| 2. Johnson, J  Co | 6. |
| 3. Leone, V  Co | 7. |
| 4. | 8. |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | |
|---|---|
| 1. Sgt Davis | 5. |
| 2. Lt. Pyke | 6. |
| 3. Lt Kierpiec | 7. |
| 4. | 8. |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE** (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)

I Officer Leone Responded to a Response
at A2-47 cell. Once at the cell I observed
Officers Holding Inmate Blanford 18B0908 to the floor
in front of A2-47 cell.

| REPORTER – Name | Signature | Title | Date |
|---|---|---|---|
| V. Leone | V. Leone | Co | 2-2-21 |

Dist.:  Original – Superintendent      Copy – Guidance Unit file(s) of inmate(s) involved

Defendant 000011

CONTINUED

FORM 2104A (3/16)
2 of 2
Ref. Directive #4004, #4944

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| TYPE OF FORCE USED | 0 4 | 01 Baton | 03 Chemical Agents | 05 Use of Firearms | 07 Strike |
| | | 02 Body Hold | 04 Mechanical Restraints | 06 Shield | 99 Other |

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by reporter; individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

I Officer Leone, then Applied Mechanical Leg Restraints to Inmate Blanford's Right Ankle. Once Secure I Applied Mechanical Leg Restraints to the Inmates Left Ankle. The Inmate then Became Compliant and No further force was used.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

I then Assisted Inmate Blanford to his Feet and Escorted him out of the Area. I then Went to Medical to Fill out a injury Report and to Be Seen By the Medical Nurse. I then Returned to my Normal Duties

| V Leone | V Leone | CO | 2-2-21 |
| REPORTER – Name | Signature | Title | Date |

Dist.:  Original – Superintendent     Copy – Guidance Unit file(s) of inmate(s) involved

Defendant 000012

FORM # 2104A (3/16)
1 OF 2

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

Ref. Directives #4004, 4944
(Prior To Completing Form,
See Reverse For Instructions

# USE OF FORCE
## STAFF MEMORANDUM

| REPORTING STAFF | | REPORTING STAFF | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | S. Pyke | Title: | Lieutenant | | | | | |
| **FACILITY:** Marcy Correctional Facility | Incident Date: | Facility Use of Force | 2 | 1 | - | 0 | 1 | 9 |
| Incident Location: RMHU | Incident Time: 12:35 P.M. | | | | | | | |

| 1. REPORT OF INCIDENT |
|---|

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander |
|---|---|---|---|---|
| Blanford, R | 18B0908 | A2-47 | 3 | 02 Participant |
| | | | | 03 Perpetrator |
| | | | | 04 Suspect |
| | | | | 05 Victim |
| | | | | 06 Witness |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | | | |
|---|---|---|---|
| 1. | Banks CO | 5. | |
| 2. | Johnson CO | 6. | |
| 3. | Leone CO | 7. | |
| 4. | | 8. | |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | | | |
|---|---|---|---|
| 1. | Davis Sgt | 5. | |
| 2. | Kierpiec A/ Capt. | 6. | |
| 3. | Pyke LT | 7. | |
| 4. | | 8. | |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE (This should include, but not be limited to,** the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)

Inmate Blanford, R 18B0908 RM-A2-47 was being removed from his cell to be placed on RCTP status.  As Blanford exited the cell he kicked rearward at staff but did not hit them.

| S. Pyke | | Lieutenant | 02/02/21 |
|---|---|---|---|
| REPORTER - NAME | Signature | Title | Date |

Defendant 000013

CONTINUED

FORM # 2104A (3/16)
Part A 2 of 2

Ref. Directives #4004, 4944

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| TYPE OF FORCE USED | N/A | 01 Baton | 03 Chemical Agents | 05 Use of Firearms | 07 Strike |
|---|---|---|---|---|---|
| | | 02 Body Holds | 04 Mechanical Restraints | 06 Shield | 99 Other |

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by the reporter; Individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

Staff used body holds to take Blanford to the floor face first and held him there untill responding staff applied mechanical leg restraints.  Once the restraints were in place Blanford became compliant and all force ceased.  At no time did I use force.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information; Description of any injuries you sustained.)

Blanford was assisted to his feet by uninvolved staff and escorted to medical for assessment.  He was then strip frisked and admitted to RM-B2-50 on a 1 on 1 watch.  I returned to my normal duties.

| S. Pyke | _signature_ | Lieutenant | 02/02/21 |
|---|---|---|---|
| REPORTER - Name | Signature | Title | Date |

Dist:  Original - Superintendent          Copy - Guidance unit file(s) of inmate(s) involved    Defendant 000014

FORM #2104A (3/16)
1 of 2
Ref. Directives #4004, #4944
(Prior To Completing Form,
See Reverse For Instructions)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| REPORTING STAFF | REPORTING STAFF |
|---|---|
| Name: A. Kierpiec | Title: Lt. |

| FACILITY: Marcy RMHU / RMHU | Incident Date: 2/2/21 | Facility Use of Force: 21 - 019 |
|---|---|---|
| Incident Location: A2-47 cell | Incident Time: 12:35 pm | |

### I. REPORT OF INCIDENT

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander |
|---|---|---|---|---|
| Blanford, R. | 18B0908 | A2-47 | 03 | 02 Participant 03 Perpetrator 04 Suspect 05 Victim 06 Witness |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | | | |
|---|---|---|---|
| 1. Banks, S.   C.O. | | 5. | |
| 2. Johnson, J.   C.O. | | 6. | |
| 3. | | 7. | |
| 4. | | 8. | |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | | | |
|---|---|---|---|
| 1. Sgt. Davis | | 5. | |
| 2. Lt. Pyke | | 6. | |
| 3. Lt. Kierpiec | | 7. | |
| 4. | | 8. | |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE** (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)

Inmate Blanford R. #18B0908 was being removed from his cell to be admitted to A2-50 for a suicide/Contraband watch. As the cell door of A2-47 opened, Inmate Blanford attempted to kick at staff.

| A. Kierpiec | a. 7d | Lt. | 2/2/21 |
|---|---|---|---|
| REPORTER Name | Signature | Title | Date |

Dist.:   Original – Superintendent        Copy – Guidance Unit file(s) of inmate(s) involved

Defendant 000015

CONTINUED

FORM 2104A (3/16)
2 of 2
Ref. Directive #4004, #4944

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| TYPE OF FORCE USED | N/A | 01 Baton | 03 Chemical Agents | 05 Use of Firearms | 07 Strike |
| | | 02 Body Hold | 04 Mechanical Restraints | 06 Shield | 99 Other |

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by reporter; individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

Officers Banks & Johnson used body holds and forced inmate Blanford to the ground. Once on the ground inmate became compliant and all force ceased. At no time did I use force.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

Inmate was then placed in leg restraints & assisted to his feet. He was then taken to medical. After being seen by medical inmate Blanford was brought to reception where he was stripped frisked and use of force photos were taken. He was then placed in B2-50 without further incident. I returned back to my normal daily duties.

| A. Kiepone | a. Y_ | Lt. | 2/2/21 |
| REPORTER – Name | Signature | Title | Date |

Dist.:  Original – Superintendent        Copy – Guidance Unit file(s) of inmate(s) involved

FORM 2104.1 (4/12)

Ref. Directive #4944, 4004

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**USE OF FORCE REPORT (CONT'D)**

There are _____ other
reports filed under this
Use of Force Log #

| FACILITY Marcy 495. | Date & Time of Incident 2/9/21  12:35pm | Facility Use of Force Log # | 21-019 |
| INMATE NAME Blanford, Rashaun, | DIN 18B0908. | If Unusual Incident, CCC Log # | |

## PART B - PHYSICAL EXAMINATION / TREATMENT REPORT

EXAMINER'S NAME AND TITLE  S. DeRocco  RN II

Date & Time of Examination  2/9/21  12:38pm.

MEDICAL REPORT (INDICATE DATE & TIME OF EXAMINATION, DESCRIBE EXTENT OF ANY INJURIES, AND DESCRIBE TREATMENT PROVIDED)

Inmate seen in medical after UOF; I'm very aggitated - states "I have a pen in my dick, you're gonna have to send me out." This foreign body insertion was not witnessed - enc. Inmate to Remove whatever he put in his penis No trauma seen by Staff on penis during strip fisk. Per NP Cortigliano with Regard to FB - monitor Inmate at this Unit.

EXAMINER'S SIGNATURE AND DATE  SN 455  2/9/21.

## PART C - REVIEW AND EVALUATION BY SUPERINTENDENT

The force used by staff, in the form of body holds was necessary to gain control of a combative inmate. The force was minimal, serious injury avoided and order was restored.

SUPERINTENDENT'S SIGNATURE AND DATE                    2/9/21

Dist:  Original - Superintendent        Copy - Guidance unit file(s) of inmate(s) involved

Defendant 000017

FORM 1203 (02/15)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
# EMPLOYEE ACCIDENT / INJURY REPORT

DELIVER THIS REPORT TO PERSONNEL WITHIN 24 HOURS
(#1 - 14 to be completed by Employee)

| Personnel use Only (check one) | ☐ Lost Time |
| | ☐ No Lost Time |

FORM 1203 (02/15)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# EMPLOYEE ACCIDENT / INJURY REPORT

**DELIVER THIS REPORT TO PERSONNEL WITHIN 24 HOURS**
(#1 - 14 to be completed by Employee)

| Personnel use Only (check one) | ☐ Lost Time |
| | ☐ No Lost Time |

Defendant 000019

FORM 1203 (02/15)            STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## EMPLOYEE ACCIDENT / INJURY REPORT

DELIVER THIS REPORT TO PERSONNEL WITHIN 24 HOURS
(#1 - 14 to be completed by Employee)

| Personnel use Only (check one) | ☐ Lost Time |
| | ☐ No Lost Time |

Distribution:  White – Personnel        Canary – Fire/Safety Officer        Pink – Employee

FORM 2104.1ADD (4/12)     STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

Ref. Directive #4944, 4004

## USE OF FORCE REPORT - PART B - ADDENDUM

| FACILITY | Date & Time of Incident | Facility Use of Force Log # |
|---|---|---|
| Marcy 495 | 2/2/21  1235pm | 21-019 |

| INMATE NAME | DIN | Cell Location |
|---|---|---|
| Blanford, Rasheen | 18B0908 | A2-47 |

### PHYSICAL EXAMINATION / TREATMENT - DETAIL

| EXAMINER'S NAME AND TITLE | Date & Time of Examination |
|---|---|
| S. DeRocco RN II | 2/2/21  1238pm |

OD (Right)

OS (Left)

FRONT        BACK

Inmate seen in medical after UOF; Inmate very aggitated — states "I have a pen in my dick, you're gonna have to send me out." This Foreign body insertion was not wittnessed — Enc Inmate to remove whatever he put in his penis — No trauma seen by staff on penis during strip frisk. Per NP Corigliano with regard to Foreign body — monitor Inmate at this time.

| EXAMINER'S SIGNATURE AND DATE |  |
|---|---|
| SR   455 | 2/2/21 |

Dist:  Original - Superintendent         Copy - Guidance unit file(s) of inmate(s) involved

Defendant 000021

FORM 2104.1ADD (4/12)      STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

Ref. Directive #4944, 4004

## USE OF FORCE REPORT - PART B - ADDENDUM

| FACILITY Marcy 495 | Date & Time of Incident 2/2/21 1235pm | Facility Use of Force Log # 21-019 |
|---|---|---|

| INMATE NAME Blanford, Rasheen | DIN 18B0908 | Cell Location A2-47. |
|---|---|---|

### PHYSICAL EXAMINATION / TREATMENT - DETAIL

EXAMINER'S NAME AND TITLE  S. Devzorro RN II

Date & Time of Examination  2/2/21 1238pm.

FRONT    BACK

OD (Right)

OS (Left)

Inmate seen in medical after UOF; Inmate
very aggitated - states "I have a pen in my
dick, you're gonna have to send me out." This
Foreign body insertion was not witnessed - Enc
Inmate to Remove whatever he put in his
penis - No trauma seen by staff on penis
during strip frisk. Per NP Congliani with regard
to Foreign body - monitor Inmate at this time.

EXAMINER'S SIGNATURE AND DATE   Sd 495   2/2/21

Dist:  Original - Superintendent      Copy - Guidance unit file(s) of inmate(s) involved

Defendant 000022

FORM 2104.1 (4/12)         STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**USE OF FORCE REPORT (CONT'D)**

Ref. Directive #4944, 4004

There are _____ other reports filed under this Use of Force Log #

| FACILITY Marcy 445. | Date & Time of Incident 2/8/21 1235pm | Facility Use of Force Log # | 2 1 - 0 1 9 |
|---|---|---|---|
| INMATE NAME Blanford, Rushaun. | DIN 18B0408. | If Unusual Incident, CCC Log # | |

## PART B - PHYSICAL EXAMINATION / TREATMENT REPORT

| EXAMINER'S NAME AND TITLE S. DeLozow RNII | Date & Time of Examination 2/2/21 1238pm. |
|---|---|

MEDICAL REPORT (INDICATE DATE & TIME OF EXAMINATION, DESCRIBE EXTENT OF ANY INJURIES, AND DESCRIBE TREATMENT PROVIDED)

Inmate seen in medical after uof; Im very aggitated - states "I have a pen in my dick, youre gonna have to send me out." this foreign body insertion was not witnessed - Enc Inmate to Remove whatever he put in his penis No trauma seen by Staff on penis during strip frisk. Per NP Corigliano with Regard to FB - monitor Inmate at this time.

EXAMINER'S SIGNATURE AND DATE    SN NSC    2/2/21

## PART C - REVIEW AND EVALUATION BY SUPERINTENDENT

The force used by staff in the form of body holds was necessary to gain control of a combative inmate. The force was minimal. serious injury avoided and order was restored.

SUPERINTENDENT'S SIGNATURE AND DATE

Dist:  Original - Superintendent        Copy - Guidance unit file(s) of inmate(s) involved

Defendant 000023

# *MARCY CORRECTIONAL FACILITY*

**INMATE:** BlANford          **DIN#** 18B0908

**PIC# 1 MUG SHOT**      ☒

**PIC#2 FRONT VIEW**     ☒

**PIC# 3 RIGHT SIDE**    ☒

**PIC# 4 BACK VIEW**     ☒

**PIC# 5 LEFT SIDE**     ☒

**(PHOTOS 1-5 TAKEN FROM 10' DISTANCE WITH FLASH)**

**INCLUDE DESCRIPTION OF INJURED AREA (S)**

**PIC# 6** _____

**PIC# 7** _____

**PIC# 8** _____

**PIC# 9** _____

**PIC# 10** _____

**PHOTOGRAPHER'S NAME AND TITLE:** _____

**DATE:** 2/2/21 _____     **TIME:** 12:45 ____ AM /~~PM~~

Defendant 000024



Blanford, R DIN# 18B0908 A2-47 Cell, UOF# 21-0019

#1

2-2-21

#2



Blanford, R DIN# 18B0908 A2-47 Cell, UOF# 21-0019

2-2-21

Defendant 000026

# 3



Blanford, R DIN# 18B0908 A2-47 Cell,  UOF# 21-0019

2-2-21

#4



Blanford, R DIN# 18B0908 A2-47 Cell, UOF# 21-0019

2-2-21

Defendant 000028

#5



Blanford, R DIN# 18B0908 A2-47 Cell,   UOF# 21-0019

2-2-21

Defendant 000029

FORM 2171A (10/14)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1

_____ MARCY _____ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| Blanford, R. | 18B0908 | A-2-47 |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| A-2-47 Cell | 2/2/21 | Approx 12³⁵ pm |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

100.11 (attempted assault on Staff) 104.11 (Violent conduct) 106.10 (Direct order)

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

While taking inmate Blanford out of his cell I attempted to remove property that was in the way so he could be removed from his cell. Inmate Blanford then attempted to mule kick me. He was then taking to the floor forcibly by myself and another staff member. He continued to struggle until leg restraints could be applied, and at that time he began to comply with no other force used. I was then relieved and inmate Blanford was escorted to medical to be seen.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 2/2/21 | S. Banks | S | C.O. |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)**    SIGNATURES:

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)    FIRMAS: 1. _____ C.O. _____

2. _____    3. _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

**6. WERE OTHER INMATES INVOLVED?**  YES ☐  NO ☒    IF YES, GIVE NAME & # _____
¿HUBO OTROS RECLUSOS ENVUELTOS?  SÍ ☐  NO ☐    DE SER SÍ DÉ LOS NOMBRES Y DIN _____

**7. AT THE TIME OF THIS INCIDENT: (A)** WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?  YES ☐  NO ☒   **(B)** WAS INMATE HOUSED IN A SHU CELL?  YES ☐  NO ☐
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDENTE?  SÍ ☐  NO ☐   OR ♦ O   ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?  SÍ ☐  NO ☐

**(C)** AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?  YES ☐  NO ☒
¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?  SÍ ☐  NO ☐

**8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?**  YES ☐  NO ☒
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?  SÍ ☐  NO ☐

IF YES, (a) CURRENT HOUSING UNIT _____    (b) AUTHORIZED BY _____
DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____    (b) AUTORIZADO POR _____

**9. WAS PHYSICAL FORCE USED?**  YES ☒  NO ☐   (IF YES, FILE FORM 2104) _____
¿SE USÓ FUERZA FISICA?  SÍ ☐  NO ☐   (DE SER SÍ, SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT _____
ENDOSO DEL SUPERVISOR DEL ÁREA _____

Defendant 000030

MARCY CORRECTIONAL FACILITY
MEMORANDUM

TO: Captain _Kierpiec_

FROM: _S. Pyke_ _____ Watch Commander on Duty

DATE: _2-4-21_

SUBJECT: U.I.# _N/A_ _____ CCC# _N/A_ _____ UOF# _21-0019_

UNUSUAL INCIDENT/USE OF FORCE PAPERWORK TO INCLUDE IN PACKETS

INITIALS

1. Final U.I. or U.O.F.                                                              _SP_

2. Photocopies of all Misbehavior Reports                                            _SP_

3. Employee Accident Report(s)- (as required) (Original must be sent
   to Personnel within 24 hours)                                                     _SP_

4. Report of Inmate Injury (as required) (Original must be sent to Fire & Safety)    _SP_

5. Memorandums from all employees involved (Originals)                               _N/A_

6. Forms 2104 and 2104.1 need to be filled out if force was used                     _SP_

   a. Photographs (Crime Scene/Staff/Inmates/Contraband/etc.) (EACH PAGE LABELED)    _SP_

   b. All 2104a's from involved staff                                                _SP_

   c. Verint recording made of incident (DVD) (LABELED)                              _SP_

   d. Hand held video – Use of Force – Transferred to DVD (LABELED)                  _N/A_

7. Supporting Documentation (e.g. Drug Testing Paperwork/Aggravated
   Harassment Paperwork)                                                             _SP_

8. U.I. Cover Sheet indicating that the packet was checked and found complete
   (Form in packet to be signed by W.C. on duty)                                     _SP_

9. State Police Notified (To be done by Captains Office)                             _N/A_

PLACE N/A IF DOCUMENTATION ID NOT NECESSARY

***THIS FORM IS TO BE COMPLETED AND ATTACHED TO ALL UNUSUAL INCIDENTS/USE OF FORCE REPORTS***

Defendant 000031