UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RASHAUN BLANFORD,

<table>
<tr><td></td><td>Plaintiff,</td><td>**DECLARATION OF<br>SARAH DEROCCO**</td></tr>
<tr><td>-against-</td><td></td><td>21-CV-0231</td></tr>
<tr><td>CORRECTION OFFICER S. BANKS, et al.,</td><td></td><td>TJM/CFH</td></tr>
<tr><td></td><td>Defendants.</td><td></td></tr>
</table>

-------------------------------------------------------------X

SARAH DEROCCO, on the date noted below and pursuant to § 1746 of Title 28 of the United States Code, declares the following to be true and correct under penalty of perjury under the laws of the United States of America:

1.     I am a Registered Nurse with a license to practice in the state of New York.  I received my nursing degree from Mohawk Community College in 2008.  I have been practicing as a Registered Nurse since 2008.

2.     I am currently employed by the New York State Department of Corrections and Community Supervision ("DOCCS") as a Registered Nurse at Marcy Correctional Facility ("Marcy"). I have been employed by DOCCS for approximately 2 years and have been assigned to Marcy for my entire career with DOCCS.

3.     As a Registered Nurse at Marcy, my duties include, among others, providing health services to incarcerated individuals housed at Marcy on a regular and emergent basis.

4.     I am a Defendant in the above-captioned action and submit this declaration in support of Defendants' motion for summary judgment.

5.     This information contained herein is based upon my personal knowledge, a review of the records kept in the usual course of business by DOCCS, and DOCCS policy and procedures.

6.      It is my understanding that Plaintiff claims I was deliberately indifferent to his serious medical needs beginning on February 2, 2021, when I treated him following a documented use of force.  Specifically, Plaintiff claims that I failed to treat pen tips that Plaintiff allegedly inserted into his penis and did not transfer Plaintiff to an outside hospital for treatment.

7.      Plaintiff's claims asserted against me are patently false. On February 2, 2021, I provided Plaintiff medical treatment that, in my professional medical judgment, was appropriate for his medical condition.  Based on my thorough evaluation of Plaintiff, I made the determination, using my professional medical judgment, that transfer to an outside hospital was not medically necessary. I was not deliberately indifferent to any of his medical needs.

8.      On February 2, 2021, while working in the Marcy infirmary, Plaintiff was brought to the infirmary to be evaluated following a documented use of force. I evaluated Plaintiff's medical condition at approximately 12:38 p.m. and completed a use of force inmate injury report, a copy of which is attached hereto as **Exhibit A**.

9.      Plaintiff initially presented as quite agitated and stated to me "I have a pen in my dick, you're going to have to send me out." The alleged insertion of the foreign body into Plaintiff's penis was not witnessed by staff members. *See* Exh. A.

10.     Security staff performed a strip frisk of Plaintiff, which is a standard procedure upon entry into the emergency room and reported to me that they did not observe any trauma to Plaintiff's penis. *See id.*

11.     I then viewed Plaintiff in boxer shorts and did not observe any health problems to Plaintiff's genitalia.

12.     In addition to visually evaluating Plaintiff's condition, I consulted with the Marcy provider, Nurse Practitioner Corigliano ("NP Corigliano"). With regards to the alleged foreign

2

body in Plaintiff's penis, NP Corigliano advised me to continue to monitor Plaintiff and that the foreign body would likely pass when Plaintiff urinated. *See id.*

13.    At the conclusion of my examination of Plaintiff, he was highly agitated and remained fixated on being sent to an outside hospital. I advised Plaintiff at that time there was no medical necessity for him to be sent to a hospital.

14.    Other DOCCS Health Services staff members and I continued to provide treatment to Plaintiff following my interactions with him on February 2, 2021.

15.    Plaintiff was evaluated by RN Matos on February 2, 2021, at approximately 4:10 p.m. Plaintiff again demanded that he be sent to an outside hospital. RN Matos did not observe Plaintiff to be in any distress and advised Plaintiff that he could not be sent to an outside hospital because there was no medical emergency. Plaintiff became belligerent and the encounter had to be terminated. A copy of Plaintiff's Ambulatory Health Record for February 2021 is attached hereto as **Exhibit B**.

16.    On February 3rd and February 4th, I stopped at Plaintiff's cell while on medical rounds. On each of these occasions, Plaintiff made no complaints about the alleged pen tips in his penis, nor did Plaintiff appear to be in any distress. See Exhibit B.

17.    On February 10, 2021, Plaintiff again complained of the alleged pen tips in his penis. Plaintiff advised that he was not having any difficulty urinating. I advised Plaintiff that I would notify NP Corigliano for follow-up.

18.    On February 12, 2021, NP Corigliano examined Plaintiff at approximately 8:50 a.m. and did not observe any irritation to Plaintiff's urinary meatus, Plaintiff did not appear to be in any pain, and NP Corigliano reported that she was able to move and manipulate the shaft of Plaintiff's penis without concerns. NP Corigliano determined there was no evidence of a foreign

3

body in Plaintiff's penis and that a trip to an outside hospital was unnecessary. NP Corigliano ordered a urine sample be taken from Plaintiff for urinalysis and culture with sensitivities to determine if any other issues existed such as infection or blood in Plaintiff's urine which is typical of trauma to the genitalia. See Exhibit B.

19.     On February 16, 2021, Plaintiff refused to provide a urine sample for urinalysis. See Exhibit B.

20.     On February 18, 2021, at approximately 11:20 a.m., I received a letter from Plaintiff alleging that he was being denied medical care for the alleged pen tips in his penis. After consulting with NP Corigliano, a new order for urinalysis was written. At approximately 6:50 p.m., I performed a straight catheterization of Plaintiff's urethra wherein I obtained Plaintiff's urine sample. The urine appeared normal, as it was clear with a yellow tint. Plaintiff's urine was sent for analysis. During this procedure, Plaintiff was unable to provide a consistent answer, when asked, as to when he was last able to urinate. Plaintiff initially stated it had been almost a week since he last urinated, which I deemed unlikely based on my examination. See Exhibit B.

21.     After multiple examinations by multiple DOCCS health services providers, in addition to Plaintiff's inconsistent complaints, and with no observation of Plaintiff in distress, I determined, using my professional medical judgment, that Plaintiff was not experiencing a medical emergency, and a trip to an outside hospital was not warranted. See Exhibit B.

22.     Out of an abundance of caution, I requested that my supervisor, NP Corigliano, assist me in evaluating Plaintiff's condition. NP Corigliano agreed with my findings and did not note any symptoms of a foreign body in Plaintiff's penis and concurred that a trip to an outside hospital was not medically necessary. See Exhibit B.

23.     At no point in time have I ever been indifferent to an individual's medical condition, including Plaintiff's. In the instant matter, Plaintiff did not present with any symptoms of a foreign body in his penis despite multiple thorough evaluations of his condition on February 2, 2021, and continuing evaluations by multiple DOCCS Health Services staff members in February 2021. Furthermore, Plaintiff was uncooperative with treatment on numerous occasions when I and other DOCCS Health Services staff members attempted to treat him.

24.     At all times in dealing with Plaintiff, I conducted myself in accordance with my responsibilities as a Registered Nurse, in a manner consistent with the regulations of DOCCS and what I understood my obligations under state and federal law to be.

Dated: Marcy, New York
        September 22, 2022

_____
        Sarah DeRocco

5

# Exhibit A

FORM 2104.1ADD (4/12)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

Ref. Directive #4944, 4004          **USE OF FORCE REPORT - PART B - ADDENDUM**

| FACILITY Marcy 495 | Date & Time of Incident 2/2/21 1235pm | Facility Use of Force Log # 21-019 |
|---|---|---|

| INMATE NAME Blanford, Rasheun | DIN 18B0908 | Cell Location A2-47. |
|---|---|---|

**PHYSICAL EXAMINATION / TREATMENT - DETAIL**

| EXAMINER'S NAME AND TITLE S. DeRocco RN II | Date & Time of Examination 2/2/21 1238pm. |
|---|---|

FRONT          BACK

OD (Right)

OS (Left)

Inmate seen in medical after UOF; Inmate
very aggitated - states "I have a pen in my
dick, you're gonna have to send me out." This
Foreign body insertion was not witnessed - Enc
Inmate to remove whatever he put in his
penis - No trauma seen by staff on penis
during strip frisk. Per NP Corigliano with regard
to Foreign body - monitor Inmate at this time.

| EXAMINER'S SIGNATURE AND DATE SDR 455   2/2/21 |
|---|

Dist:  Original - Superintendent          Copy - Guidance unit file(s) of inmate(s) involved          Defendant 000021

FORM 2104.1ADD (4/12)     STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

Ref. Directive #4944, 4004

## USE OF FORCE REPORT - PART B - ADDENDUM

| FACILITY Marcy 495 | Date & Time of Incident 2/2/21 1235pm | Facility Use of Force Log # | 21-019 |

| INMATE NAME Blanford, Rasheun | DIN 18B0908 | Cell Location A2-47. |

### PHYSICAL EXAMINATION / TREATMENT - DETAIL

| EXAMINER'S NAME AND TITLE S. Petrocci RN II | Date & Time of Examination 2/2/21 1238pm. |

FRONT   BACK

OD (Right)

OS (Left)

Inmate seen in medical after UOF; Inmate very aggitated - states "I have a pen in my dick, you're gonna have to send me out." This Foreign body insertion was not wittnessed - Enc Inmate to remove whatever he put in his penis - No trauma seen by staff on penis during strip frisk. Per. NP Cirigliam with regard to Foreign body - monitor Inmate at this time.

| EXAMINER'S SIGNATURE AND DATE  SP  495  2/2/21 |

Dist:  Original - Superintendent      Copy - Guidance unit file(s) of inmate(s) involved

Defendant 000022

FORM 2104.1 (4/12)  
Ref. Directive #4944, 4004

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**USE OF FORCE REPORT (CONT'D)**

There are _____ other reports filed under this Use of Force Log #

| FACILITY Many 445. | Date & Time of Incident 2/8/21 1235pm | Facility Use of Force Log # | 2 1 - 0 1 9 |
|---|---|---|---|
| INMATE NAME Blanford, Rushaun. | DIN 18B0408. | If Unusual Incident, CCC Log # | |

## PART B - PHYSICAL EXAMINATION / TREATMENT REPORT

EXAMINER'S NAME AND TITLE S. DeToCco RNII    Date & Time of Examination 2/2/21 1238pm.

MEDICAL REPORT (INDICATE DATE & TIME OF EXAMINATION, DESCRIBE EXTENT OF ANY INJURIES, AND DESCRIBE TREATMENT PROVIDED)

Inmate seen in medical after UOF; Im very aggitated - states "I have a pen in my dick, you're gonna have to send me out." this foreign body insertion was not witnessed - Enc Inmate to Remove whatever he put in his penis No trauma seen by staff on penis during strip frisk. Per NP Corigliano with regard to FB - monitor Inmate at this time.

EXAMINER'S SIGNATURE AND DATE    2/2/21

## PART C - REVIEW AND EVALUATION BY SUPERINTENDENT

The force used by staff in the form of body holds was necessary to gain control of a combative inmate. The force was minimal. serious injury avoided and order was restored.

SUPERINTENDENT'S SIGNATURE AND DATE

Dist:  Original - Superintendent    Copy - Guidance unit file(s) of inmate(s) involved    Defendant 000023

# Exhibit B

STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCOMING DRAFT MEDICAL SCREENING

Name: Blanford   DIN: 18B0908   DOB: 6/27/96   Facility: Attica

Date: 3/4/21   Facility of origin: Marcy   ☐ Requires sign/language interpreter services

Allergies: ☐ No known allergies ☐ Allergic to: (food and/or medications) sulfa

Vital Signs:

| Temp | Pulse | Resp | BP | O₂Sat | Height | Weight |
|------|-------|------|-----|-------|--------|--------|
| 97.7 |       |      |     |       |        |        |

Date of last physical exam: 4/9/16   Last optometry exam: _____   ☐ Wears glasses

Date of last dental exam: _____   ☐ Dental concerns: _____

PPD Information: Latest test date: 9/25/19 Result: ☒ Negative ☐ Positive ___ mm
Previous date: 9/19/18 Result: ☒ Negative ☐ Positive ___ mm

Quantiferon: Test date: 1/25/21 Result: negative

Immunizations up to date? ☐ No ☐ Yes ☒ Problem List attached

Current Medical Complaints: ☐ None ☒ Yes (specify) ** Inmate claims pen caps in penis ** Medical Level: 2

Significant Medical History:

| ☒ Asthma/COPD | ☒ Cardiovascular/HTN | Gastrointestinal | Orthopedic |
|---------------|----------------------|------------------|------------|
| Bleeding disorder | Diabetes | Infectious Disease | Pregnancy |
| Cancer (specify): | | Hearing Impaired | Visually Impaired |
| ☒ Other dx (specify): Thrombocytopenia, allergic rhinitis | | | |

Medications: ☒ Medication list/CIPS printout attached   ☐ Inmate is not currently taking medications

| Name | Dose | Route | Frequency | ☐ Additional med list is attached |
|------|------|-------|-----------|-----------------------------------|
| lisinopril | 10 mg | PO | Q Day | |
| see attached | | | | |

Surgical History: _____

Current Mental Health Complaints: ☐ None ☐ Yes (specify): _____

Mental Health Diagnosis/History: Suicide attempts, hunger strikes   MH Level: S

| Mental Health Medications | Dose | Route | Frequency | ☐ Additional mental health med list is attached |
|---------------------------|------|-------|-----------|------------------------------------------------|
| See attached | | | | |

Pending/Scheduled Consults: _____

Current permits: _____

Medical devices, equipment, CPAP, TENS, etc.: _____

Other comments: _____

RN completing form: E. Follodi RN   Signature   198   Provider #   3/4/21   Date   8:45pn   Time

| Provider Notes | ☐ Additional notes/orders on AHR |
|----------------|----------------------------------|
| | |
| | |
| | |

| Signature | Provider # | Date | Time |
|-----------|------------|------|------|
| | | | 000398 |

Form 3297   (9/2017)   File: Ambulatory Health Record Section

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Health Screening for Reception/Classification, Transfers, SHU, Separate KL Unit,
or Adolescent Offender Admissions

Name _Blanford_   DIN _18B0908_   DOB ____   Facility _Attica_

Date of Assessment _3-4-21_   Allergies ____

## Section A:  General Health- Inquiry and Response from the inmate (Adolescents only: Height:____ Weight:____)

| Questions- Check each box with the appropriate response | No | Yes | If yes, MUST be specified |
|---|---|---|---|
| Do you have any current health problem or complaints? | | X | "2 pen caps in urethra "joint"" |
| Do you take any medications, prescribed or OTC? | | X | |
| Have you ever had chicken pox? | X | | |
| Do you have any problem with your… | Vision or your eyes? | X | | |
| | Hearing or your ears? | X | | |
| | Teeth or your mouth? | X | | |
| Do you presently have any of these symptoms… | Cough/phlegm? | X | | |
| | Blood in phlegm? | X | | |
| | Weakness? | X | | |
| | Weight loss? | X | | |
| | Loss of appetite? | X | | |
| | Sweating at night? | X | | |
| | Other? | X | | |
| Do you have a living will/health care proxy/ advance directive? | X | | |
| If no, would you like information? | X | | |
| Have you ever had… | TB? | X | | |
| | Hepatitis? | X | | |
| | Any sexually transmitted disease? | X | | |
| | HIV? | X | | |
| | Do you want an HIV test or information? | X | | |
| Are you currently being treated, or have ever been treated for gender dysphoria or have a desire to become or be treated as another gender? | X | | |
| Have you ever abused alcohol or other drugs? | X | | |
| If yes, have you had alcohol or substance abuse treatment? | X | | |
| For females only: Is there a possibility that you are pregnant? | N/A | | |

## Section B:  General Health Appearance- Observations

| Questions: | No | Yes | If yes, MUST be specified |
|---|---|---|---|
| Are there any body deformities or amputations? | X | | |
| Does the inmate need an assistive device to ambulate? | X | | |
| Are there any skin discolorations (e.g. bruises)/lack of turgor? | X | | |
| Are there any lesions or rashes? | X | | |
| Are there any cuts or evidence of trauma? | X | | |
| Are there any recent tattoos? | X | | |
| Are there any needle marks? | X | | |

Comments: ____

Referrals:  ☐ No referrals needed at this time  ☐ Referral to Dentist  ☑ Referral to Clinician "pen caps in penis"
(For all transfers or SHU/Separate KL Unit admissions)

_E Falleh RN_   _198_   _3/4/21_   _8:45pm_
Signature of RN   Provider #   Date   Time

000399

Form 3278MED   10/2018   Original:  AHR Section   Yellow:  Mental Health Unit Chief -when referral indicated on 3278MH

STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OUTDRAFT/TRANSFER MEDICAL SCREENING

Name: Blanford, Rashaun    DOB: 5/27/96   DIN: 18B0708   Current Facility: Marcy

Allergies: ☐ No known allergies   ☒ Allergies (meds, food etc.) Sulfa abx

Hepatitis A/B/C: _____

PPD Information:   Date: 9/25/19   Result: ☒ Negative   ☐ Positive _____ mm

Quantiferon:   Date: 1/25/21   Result: neg

HIV Screening:   Date: 9/4/14   Result: ☒ Negative   ☐ Positive   ☐ Refused _____
(Date-if known)

---

Medical History: hx hunger strike,  HTN (no meds),
allergic rhinitis

Surgical History: (R) hand 2017 (Syracuse)

Medications: ∅ medical meds currently

☐ Med list attached   Med Level 2

---

Mental Health History: multiple suicide attempt, hunger strikes,
OMH level 1S

Medications: _____

☐ Med list attached   Med Level ___

---

Pending/Scheduled Consults: ∅

Recommendations: ∅

Current Permits/Restrictions: ∅

Comments: _____

---

Completed by: M Whitaker RN    # 283    3/4/21    1550
RN Signature              Provider#        Date        Time

**This information is protected under PHL Law 27F prohibiting further disclosure.
A general authorization is not sufficient for release**

000400

Form 3299 (9/2017)  File: Ambulatory Health Record Section

FORM 3163A (7/13)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
AMBULATORY HEALTH RECORD PROGRESS NOTE

| Name | DIN | Date of Birth | Facility Name |
|------|-----|---------------|---------------|
| Blanford, Rachaelin | 18B0908 | 5/31/96 | Mainigas |

**Subjective:** ESC brought in by security for PREA reported from 2/21/21. I/m reports he

**Objective:** was "sexually touched" on his buttock. No skin to skin contact or penetration. I/m states during

**Assessment:** UOF he was touched over his clothes on his buttocks. Denies any other injuries (physical) but "my inside

**Plan:** hurts" (feelings). OMH notified, Provider notified no treatment @ present

Last Name: Blanford
DIN: 18B0908   Location: ___
Date: 2/20/21   Time: 1045 am
Provider Orders:

Signature/Provider # SDonnell (5)          RN Transcribing Order/Provider #/Date/Time ___

---

**Subjective:**

**Objective:**

**Assessment:**

**Plan:**

Last Name ___
DIN ___   Location ___
Date ___   Time ___
Provider Orders:

Signature/Provider # ___          RN Transcribing Order/Provider #/Date/Time ___

---

**Subjective:**

**Objective:**

**Assessment:**

**Plan:**

Last Name ___
DIN ___   Location ___
Date ___   Time ___
Provider Orders:

Signature/Provider # ___          RN Transcribing Order/Provider #/Date/Time ___

Continue entry into next box if necessary.

FORM 3105A (7/11)      STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
AMBULATORY HEALTH RECORD PROGRESS NOTE

| Name: Blanford, Rashaun | DIN 18B0908 | Date of Birth: 5/27/96 | Facility Name Marcy |

**Subjective:** Inmate was holding the pen door hostage — informed co-presser he would not close

**Objective:** d/t medical not taking care of his medical needs — co-pressler was able to get RN pen door closed —

Last Name Blanford
DIN 0908
Location RMHU
Time 0900p

**Assessment:** Made the nurse aware that IM was closing the ability to urinate. Call placed to Dr.

**Plan:** Dr. Mello informed of above and IM pt was hx'd alleged pain in penis — Blonder NP exam — N/O obtained to straight cath inmate

Signature/Provider #___ RN Transcribing Order/Provider #/Date/Time___

---

**Subjective:** if this agreeable — & send prev. U/A C&S that was ordered — on med

**Objective:** & spoke to IM about new orders — & IM was agreeable — p meds order len. IM brought to medical &

Last Name ___
DIN ___
Location ___
Date ___
Time ___

**Assessment:** straight cath done using sterile technique — urine obtained for U/A C&S as well as

**Plan:** approximately 800 cc clear yellow urine out of bladder — IM was extremely

Signature/Provider #___ RN Transcribing Order/Provider #/Date/Time___

---

**Subjective:** animated during entire procedure — yelled out — then laughing — unable to

**Objective:** obtain straight answer about when IM last urinated — although it obviously wasn't a

Last Name ___
DIN ___
Location ___
Date ___
Time ___

**Assessment:** while ago like IM claimed previously — no trauma/trauma noted to penis — & B felt on shaft — IM insists it was only

**Plan:** tender not full cap of penis — blood noted on urine — after was clear yellow urine

Signature/Provider #___ RN Transcribing Order/Provider #/Date/Time___

Continue entry into next box if necessary.

000402

FORM 3105A(75) 11          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
                           AMBULATORY HEALTH RECORD PROGRESS NOTE

| Name: Blanford Rashieen | DIN: 18B0908 | Date of Birth: 5/27/90 | Facility Name: Marcy MHU |
|---|---|---|---|

**Subjective:** ESC / Im held hatch — Last Name: Blanford
threw off box from feed up. DIN 18B0908 Location RMHU
hatch. Pt. per on cell shield Date 2 (copied) Time 1120am
**Objective:** C/O & having adequately safety — obv.
cells for crisis & pr sgt round — meat c
**Assessment:** DMH nurse, escort's sgt after hatch was
secured. Im will not speak c this
**Plan:** nurse only DMH nurse — c/o not bey seen
and when he was in another facility when

Signature/Provider # _____ RN Transcribing Order/Provider #/Date/Time _____

**Subjective:** this happened he was Last Name:
sent to outside hospital — DIN
Im c/o not bey able tolerate c Location
**Objective:** to DMH nurse but in no apparent distress Date _____ Time _____
only extremely aggitated because he is Provider Orders:
**Assessment:** not bey sent out. Im reminded that he
was seen on 8/18/21 — with completely
**Plan:** normal exam & urine was attempted to
be obtained but he refused to give sample

Signature/Provider # _____ RN Transcribing Order/Provider #/Date/Time _____

**Subjective:** Im became & aggitated Last Name:
and interaction was DIN Location
terminated. Compliance Date _____ Time _____
**Objective:** all/care & above and Provider Orders: to be sent out
will wait for urine sample to be sent out
**Assessment:** fry/ACES — FUU sc PRN

**Plan:**

Signature/Provider # _____ Sr. Nurse _____ RN Transcribing Order/Provider #/Date/Time _____

Continue entry into next box if necessary.

000403

FORM 3105A (7/11)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
AMBULATORY HEALTH RECORD PROGRESS NOTE

| Name | DIN | Date of Birth | Facility Name |
|------|-----|---------------|---------------|
| Blanford, Rashaun | 18B0908 | 5-07-96 | 485 morning |

**Subjective:** Inmate refsed to give urine specimen per pheb.

Last Name Blanford
DIN 18B0908   Location wth
Date 2-16-21   Time 0500

**Objective:**

Provider Orders:

**Assessment:**

**Plan:**

Signature/Provider # _____ RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:** Received letter from inmate stating he is being denied medical care for alleged pen tips up rectus — IM was seen by provider on 2/13/21 — had exam which was normal & urine — UA C&S was ordered — which IM refused to give as above. & medical candidates for trip

Last Name Blanford
DIN 18B0908   Location NMHu
Date 2/18/21   Time 11am

**Objective:**

Provider Orders:

**Assessment:**

**Plan:**

Signature/Provider # Sn Huss    RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:** spoke c provider about above as well as Refusal of daily HTN med — continue to monitor — Ø medical indication for trip due to normal Exam

Last Name Blanford
DIN 18B0908   Location NMHu
Date 2/18/21   Time 1115a

**Objective:**

Provider Orders:

**Assessment:**

**Plan:** D/C Lisinopril DT Inmate Refusals; Reorder UACSS HUM no else?

Signature/Provider # Sn Huss    RN Transcribing Order/Provider #/Date/Time _____

Continue entry into next box if necessary.

000404

FORM 3105A (7/11)   STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

AMBULATORY HEALTH RECORD PROGRESS NOTE

| Name Blanford, Rashron | DIN 18B0908 | Date of Birth 5-27-90 | Facility Name |
|---|---|---|---|

**Subjective:** per CO - Inmate accepted his lunch tray which will conclude

**Objective:**

**Assessment:** 10 day - FHS1

**Plan:** and Email sent

Signature/Provider # Sm#HCC

Last Name Blanford

DIN 18B0908   Location RMHU

Date 2/8/21   Time 1130a

Provider Orders: HS pr

has been updated

Copied
11-16 7

RN Transcribing Order/Provider #/Date/Time

---

**Subjective:** SL/Im Refused to come to cell door

**Objective:** for meds or SL

**Assessment:** do pen tips in penis - no difficulty urinating as of yet - will defer to

**Plan:** provider

Signature/Provider # Sm#HCC

Last Name Blanford

DIN 18B0908   Location RMHU

Date 2/10/21   Time 7a

Provider Orders:

RN Transcribing Order/Provider #/Date/Time

---

**Subjective:** states shoved the cap of a pen up his penis, about 1 wk ago. States voiding fine, but does

**Objective:** have pain c urination. On exam, no irritation noted to urinary meatus, no pain

**Assessment:** or palpible FB noted on exam of shaft on penis,

**Plan:** able to move/manipulate shaft c concerns. No evidence of FB. Will obtain U/a to √ for u/a c C+S

- No medical need for outside tip passed

Signature/Provider # BColuglian NP

Last Name Blanford

DIN 18B0908   Location

Date 2/12/21   Time 0850

Provider Orders:

RN Transcribing Order/Provider #/Date/Time

Continue entry into next box if necessary. On todays exam

000405

FORM 3195A (7/11)        STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

| Name | DIN | Date of Birth | Facility Name |
|---|---|---|---|
| Blanford, Rashaun | 18B0908 | 5-07-90 | 975 Down |

**Subjective:** RCTP Rounds

I'm Ate dinner per security. Laying

**Objective:** on bunk covered, refused medical assessment

**Assessment:** no s/s distress respirations observed

**Plan:**

Last Name: Blanford
DIN: 18B0908   Location: RCTP
Date: 2/7/21   Time: 7⁰⁰ pm

Provider Orders:

Signature/Provider # _____ L A N _____   RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:** RCTP Rounds

I'm laying on Bunk respirations

**Objective:** observed no s/s of distress will continue to monitor

**Assessment:**

**Plan:**

Last Name: Blanford
DIN: 18B0908   Location: RCTP
Date: 2/8/21   Time: 145 pm

Provider Orders:

Signature/Provider # _____ L A _____   RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:**

**Objective:** SCI daily TS Sheet

**Assessment:**

**Plan:**

Last Name: Blanford
DIN: 18B0908   Location: Mhtz
Date: 2/8/21   Time: 719 c

Provider Orders:

Signature/Provider # _____   RN Transcribing Order/Provider #/Date/Time _____

Continue entry into next box if necessary.

000406

FORM 3105A (7/11)     STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
AMBULATORY HEALTH RECORD PROGRESS NOTE

| Name | DIN | Date of Birth | Facility Name |
|---|---|---|---|
| Blanford, Rashaun | 18B0908 | 3-27-96 | 975 Shaw |

**Subjective:** RCTP rounds
inmate awake, sitting
on bunk, OOB to
**Objective:** door, denies medical
**Assessment:** complaints; will monitor
**Plan:** late entry 430pm; Meal taken

Last Name: Blanford
DIN: 18B0908   Location: RCTP
Date: 31 Feb 21   Time: 330pm

Provider Orders:

Signature/Provider: Abdelle RN 453        RN Transcribing Order/Provider #/Date/Time: 3/16/21

---

**Subjective:** RCTP rounds
**Objective:** Inmate resting quietly, Ø s/s of distress noted
**Assessment:** content to nurse

Last Name: Blanford
DIN: 18B0908   Location: inter
Date: 2-6-21   Time: 0337

Provider Orders:

**Plan:**

Signature/Provider # _____ OL _____   RN Transcribing Order/Provider #/Date/Time

---

**Subjective:**
**Objective:** see daily HS sheet
**Assessment:**

Last Name: Blanford
DIN: 18B0908   Location: RM Hh
Date: 2/7/21   Time: 714m

Provider Orders:

**Plan:**

Signature/Provider # _____ GN 455 _____   RN Transcribing Order/Provider #/Date/Time

Continue entry into next box if necessary.

000407

FORM 3105A (7/11)        STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

| Name | DIN | Date of Birth | Facility Name |
|------|-----|---------------|---------------|
| Blanford, Rashaun | 18B0908 | 5-27-96 | 995 Marcy |

**Subjective:** At end of medication pass this evening Im was asked to get up to let the nurse get VS. He stated "no" and stayed on his bunk. No signs of distress observed. Sgt. Brewer notified of Im refusal of VS. Verified that Im did eat evening meal - continues to be on missed meal #9.

**Objective:**

**Assessment:**

**Plan:**

Last Name: Blanford, R
DIN: 18B0908    Location: B2-50
Date: 2/5/21    Time: 1950

Provider Orders:

Signature/Provider # M. Whittaker RN #293    RN Transcribing Order/Provider #/Date/Time: 2/5/21 1950

---

**Subjective:** galley 1:1 rounds

**Objective:** Inmate resting quietly on bunk θ sas of distress noted continue to moter

**Assessment:**

**Plan:**

Last Name: Blanford
DIN: 18B0908    Location: centla
Date: 2-6-21    Time: 0105

Provider Orders:

Signature/Provider # ___ On    RN Transcribing Order/Provider #/Date/Time: ___

---

**Subjective:**

**Objective:** see daily HS note

**Assessment:**

**Plan:**

Last Name: Blantivel.
DIN: 18B0908    Location: humHy
Date: 2/6/21    Time: 2160

Provider Orders:

Signature/Provider # Sn#468    RN Transcribing Order/Provider #/Date/Time: 2/6/21.

Continue entry into next box if necessary.

000408

FORM 3165A (7/11)     STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

| Name Blanford, Rashaun | DIN 18B0908 | Date of Birth 5-27-96 | Facility Name Ogdensburg |
|---|---|---|---|

**Subjective:** Gallery Watch

**Objective:** I'm refused breakfast This am meal #8

**Assessment:** states he put FB in penis and won't eat until it's removed. Refused Tool i meds 3 issue

**Plan:** Continue to monitor

Last Name Blanford
DIN 18B0908   Location
Date 2/5/21   Time 7a

Signature/Provider # _____   RN Transcribing Order/Provider #/Date/Time _____

**Subjective:** I'm refused lunch tray meal #9

**Objective:** Watch commander Sgt.

**Assessment:** NA notified will bring out for VS +

**Plan:** medical ✓

Last Name Blanford
DIN 18B0908   Location
Date 2/5/21   Time 12:30p

Signature/Provider # _____   RN Transcribing Order/Provider #/Date/Time _____

**Subjective:** Gallery Watch Rounds

**Objective:** I'm up to hatch @ approach and calmly stated to this nurse that he was going to eat because he knows that he is going out to

**Assessment:** get x-rayed. This nurse informed I'm that that information is not allowed to be given but it is a good idea to eat. I'm

**Plan:** was asked if he would allow VS to be taken this evening and he agreed. No s/s of distress observed or reported @ this time. Sgt Brewer notified of need to see I'm for VS. Will cont. to monitor.

Last Name Blanford, Rashaun
DIN 18B0908   Location B2-50
Date 2/5/21   Time 1548

Signature/Provider # M. Whittaker RN #__   RN Transcribing Order/Provider #/Date/Time 2/5/21 1548

Continue entry into next box if necessary.

000409

FORM 3405A (7/11)   STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
AMBULATORY HEALTH RECORD PROGRESS NOTE

| Name | DIN | Date of Birth | Facility Name |
|---|---|---|---|
| Blanford, Rashaun | 18B0908 | 5-27-90 | Ulster Corr |

**Subjective:** PCP/gallery watch

**Objective:** Inmate ambulatory in cell — yelling out cell window — & medical needs @ present

**Assessment:**

**Plan:** will continue to monitor

Last Name: Blanford
DIN: 18B0908   Location: RMHU
Date: 2/4/07   Time: 324p
Provider Orders:

Signature/Provider # _____ 8745S RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:** on med refs —

**Objective:** notified by CO on watch that Im did not eat this am — per logbook — Im has Refused #7 state meals as of

**Assessment:**

**Plan:** dinner tonight — will monitor

Last Name: Blanford
DIN: 18B0908   Location: RMHU
Date: 2/4/07   Time: 735
Provider Orders:

Signature/Provider # _____ 8L#44S _____ RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:** galley 1:1 rounds

**Objective:** Inmate resting quietly, on bunk Ø s/s of distress noted continue to monitor

**Assessment:**

**Plan:**

Last Name: Blanford
DIN: 18B0908   Location: RMHU
Date: 2-4-21   Time: 2332
Provider Orders:

Signature/Provider # _____ RN Transcribing Order/Provider #/Date/Time _____

Continue entry into next box if necessary.

FORM 3195A (7/11)        STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

AMBULATORY HEALTH RECORD PROGRESS NOTE                          RMHU

| Name | DIN | Date of Birth | Facility Name |
|------|-----|---------------|---------------|
| Blanford Rasheen | 18B0908 | 3/27/90 | Marcy 955 |

**Subjective:** 1:1 Gallery Watch Rounds          Last Name Blanford, R.

I'm up to hatch using vulgar language          DIN 18B0908    Location B2-50
in very loud voice to security officer on      Date 2/3/21    Time 1533
**Objective:** watch. At nurse's approach
I'm stopped yelling @ officer and stated to the nurse "I don't take
                                               Provider Orders:
**Assessment:** meds now." Then I'm continued using vulgar language to C.O.
No s/s of physical distress observed and I'm voiced no
**Plan:** complaint to this nurse. Will cont. to monitor.

Addendum @ 1635 - I'm refused dinner tray & drink - ref. meal #4  M. Whittaker RN 2/3/21

Signature/Provider # M. Whittaker RN #283    RN Transcribing Order/Provider #/Date/Time  2/3/21  15³³

---

**Subjective:** gallery 1:1 rounds          Last Name Blanford

                                            DIN 18B0908    Location RMHU
**Objective:** Inmate resting              Date 2-4-21    Time 0135
quietly, no s/s of
distress noted                             Provider Orders:
**Assessment:** continue to monitor

**Plan:**

Signature/Provider # _____    RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:** RCTP/gallery watch.          Last Name Blanford.

Inmate laying on bunk                       DIN 18B0908    Location RMHU
**Objective:** covered c blanket - I'm      Date 2/4/21    Time 1500
offered and refused to respond for
                                            Provider Orders:
**Assessment:** Medication - considered a med. Refusal -
**Plan:** Inmate did eat Bfast per CO -
will continue to monitor.
S. Russ

Signature/Provider # _____    RN Transcribing Order/Provider #/Date/Time  2/4/21

Continue entry into next box if necessary.

000411

FORM 3105A (7/11)   STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
AMBULATORY HEALTH RECORD PROGRESS NOTE

| Name | DIN | Date of Birth | Facility Name |
|------|-----|---------------|---------------|
| Blanford, Rashaun | 18B0908 | 5/23/96 | Upst |

**Subjective:** Gallery 1-1 watch
Rounds
I'm up at cell door
**Objective:** talking to security
no signs/symptoms of
**Assessment:** distress will continue
to monitor

**Plan:**

Last Name _Blanford_
DIN _18B0908_   Location _B2-50_
Date _2/3/21_   Time _2 35 pm_

Provider Orders:

Signature/Provider # _L. ___ RN_   RN Transcribing Order/Provider #/Date/Time _____

**Subjective:** Gallery watch rds
Inmate building watch
**Objective:** on med rds- would
not put hands in for am meds-covered
**Assessment:** a med refusal— Im continues to call
**Plan:** out to staff to "Don't be afraid
of me, I'm not gonna do anything to

Last Name _Blanford_
DIN _18B2908_   Location _Dmttu_
Date _2/3/21_   Time _715am_

Provider Orders:

Signature/Provider # _____   RN Transcribing Order/Provider #/Date/Time _____

**Subjective:** you." Inmate has
refused dinner last
**Objective:** evening and Breakfast this am — will
**Assessment:** continue to monitor
**Plan:**

Last Name _____
DIN _____   Location _____
Date _____   Time _____
Provider Orders:

am refused
lunch #3 RN

Signature/Provider # _RNVSJ_   RN Transcribing Order/Provider #/Date/Time _____

Continue entry into next box if necessary.

000412

FORM 3105A (9/11)     STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
AMBULATORY HEALTH RECORD PROGRESS NOTE *Continued*

---

Name: Blanford, Rashaun   DIN: 18B0908   Date of Birth: 5/21/94   Facility Name: ___

**Subjective:** When on an ESC for another inmate —
Im yelly out "If I
get a chance, I'm gonna smack the
shit outta you!" — CO Wiley
present — Ø interaction that time
c̄ Im — true low Hx

Last Name: Blanford
DIN: 18B0908    Location: RMU Hx
Date: 2/6/21      Time: 1:15 pm
Provider Orders:

**Objective:**

**Assessment:**

**Plan:**

Signature/Provider # _____ Sn Yss _____    RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:** Gallery Round
Inmate ambulatory in cell.
Gait steady. No distress.
No complaints to medical.

**Objective:**

**Assessment:** Will continue to monitor.

Last Name: Blanford
DIN: 18B0908    Location: B2-50
Date: 2/2/21      Time: 2:05 pm
Provider Orders:

**Plan:**

Signature/Provider # _____ M Yuson 436 _____    RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:** [ESC]
Inmate ambulatory in cell. Gait
steady. Seen cellside for c/o
"severe pain in penis" per
CO on watch. Inmate is in no
distress. No grimacing, no guarding. This issue already
addressed by provider earlier today to inmate claimed he
inserted a pen into his penis when strip frisked earlier
by CO's, no trauma was noted to penis or surrounding
areas. Inmate claims he is "not eating or drinking." Offered
Tylenol, refuses. States "you have to send me out". The
other place did. Informed not a medical emergency
to warrant

Last Name: Blanford
DIN: 18B0908    Location: B2-50
Date: 2/2/21      Time: 4:10 pm
Provider Orders:

**Objective:**

**Assessment:**

**Plan:**

Signature/Provider # _____    RN Transcribing Order/Provider #/Date/Time _____

Trip out. Belligerent. Encounter
terminated. Will continue to monitor   M Yuson 436

Continue entry into next box if necessary.

000413