


STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

September 28, 2022

[VIA U.S. MAIL]
Hon. Christian F. Hummel
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re:   *Blanford v. Banks, et al.*
      N.D.N.Y. 21-CV-0231 (TJM/CFH)

Dear Judge Hummel:

    I am counsel for Defendants in the above-captioned action. Today, I filed a summary judgment motion indicating that the attached exhibit, a video recording, would be submitted for in-camera review. Plaintiff has previously viewed the video in discovery, but, for security reasons, is not permitted to possess copy of it.

    With this letter, I am submitting Exhibit A to the Declaration of William Snyder for your in-camera review.

    Thank you.

Respectfully Submitted,

/s/ Brittany M. Haner

Brittany M. Haner
*Assistant Attorney General*
Litigation Bureau
The Capitol, Justice Building
Albany, NY 12224
Telephone: (518) 776-2389

Brittany.Haner@ag.ny.gov

cc:  Mr. Rashaun Blanford [Cover Letter (only) without attachments]
*Pro se Plaintiff*
DIN 18B0908
Marcy C.F.
P.O. Box 3600
Marcy, N.Y. 13403-5000

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224-0341

BLANFORD V BANKS, ET AL,
Index No. 21-CV-0231

**CONFIDENTIAL**
Material Submitted to the Court for
<u>IN CAMERA REVIEW ONLY</u>
EXHIBIT A

Return to: Brittany M. Haner

**State of New York**
**Office of the Attorney General**
**The Capitol**
**Albany, NY 12224-0341**



Hon. Christian F. Hummel
United States Magistrate Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207