DATE:

FROM: RASHAUN BLANFORD

TO: Hon. MR. Christian F. hummel

SUBJECT
LETTER

LOCATION
RMHU-9-cell

I am respectfully writing you to let you know that i now have a lawyer too represent me in this civil 1983 lawsuit. AND his name is Marc Canaan and his address is Beldock Levine and hoffman LLP 99 park Avenue, PH/26th Fl. New York, NY, 10016. IF it's not to much too ask you before you make the final determination can you allow my lawyer to reach out too you so he can gather more documents to present on my behalf on the summary judgment and also can you allow him to reach out too you so he can be up too date on what's going on. PLEASE and thankyou respond back to this letter and my lawyer and once again his address is below.

MARC CANAAN
Beldock Levine and hoffman LLP
99 Park Avenue, PH/26th FL.
New York, NY, 10016

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 03 2023
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

**FIVE POINTS CORRECTIONAL FACILITY**
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK  14541

NAME: RASHAUN BLANFORD     DIN: 18B0908     LOC: RMHU-9-cell

Five Points
Correctional Facility

neopost
12/08/2022
US POSTAGE $00

FIRST

ZIP 14541
041M11272007

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
JAN 03 2023
RECEIVED

CHAMBERS OF
CHRISTIAN F. HUMMEL
U.S. MAGISTRATE JUDGE
United STATES District
Court JAMES T. FOLEY
U.S. Courthouse 445 BROADWAY
Room-441 ALBANY, NY. 12207
(12207)

