DISTRIBUTION
FROM: RASHAUN BLANFORD
TO: CLERK, U.S. DISTRICT COURT

SUBJECT: letter

DATE: MAY 15 2023

CELL-LOCATION: AMHU-9-CELL

I am writing to you because i would like to know what's going on with this civil case. AND i would like to know did the Attorney general lifted the protection order so the Attorney general can send the video to my lawyer also i would like to know my next court date.

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 18 2023
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

