UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

RASHAUN BLANFORD,

                Plaintiff,

    v.                                            9:21-cv-231 (BKS/CFH)

BANKS, *et al.*,

                Defendants.
_____

**Appearances:**

*For Plaintiff*:
Sara Wolkensdorfer
Stephanie Panousieris
Rickner PLLC
14 Wall Street, Suite 1603
New York, NY 10005

*For Defendant*:
Letitia James
Attorney General for the State of New York
Brittany M. Haner
New York State Attorney General
The Capitol
Albany, NY 12224

**Hon. Brenda K. Sannes, Chief United States District Judge:**

MEMORANDUM-DECISION AND ORDER

        Plaintiff Rashaun Blanford, who was at all relevant times in the custody of the New York State Department of Corrections and Community Supervision, brought this action *pro se*[1] pursuant to 42 U.S.C. § 1983 asserting that the defendants violated his Eighth Amendment rights and New York State law. *See* Dkt. No. 1 ("Complaint"). The case was referred to the Hon.

---

[1] Plaintiff is now represented by retained counsel. *See* Dkt. No. 137.

1

Christian F. Hummel, United States Magistrate Judge, for a Report-Recommendation and Order pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). Judge Hummel addressed the defendants' motion for summary judgment, *see* Dkt. No. 100, and recommended that the motion be granted and the Complaint be dismissed in its entirety with prejudice. *See* Aug. 28, 2023 Report-Recommendation and Order, Dkt. No. 147. Although plaintiff's counsel's request for an extension of time to lodge objections to the Report-Recommendation and Order was granted, *see* Dkt. No. 149, counsel ultimately indicated that "after discussing Magistrate Lovric's[2] Recommendation and Order extensively with our client, we will not be filing any objections." Dkt. No. 150.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is

**ORDERED** that the Report-Recommendation (Dkt. No. 147) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' Motion for Summary Judgment (Dkt. No. 100) is **GRANTED**, and plaintiff's Complaint (Dkt. No. 1) is **DISMISSED WITH PREJUDICE**.

---

[2] The reference to Magistrate Judge Lovric appears to be a scrivener's error inasmuch as it appears in a letter to Judge Hummel bearing the name and civil action number of this case. *See* Dkt. No. 150.

The Clerk is respectfully directed to enter judgment in favor of the defendants and close the file in this matter.

**IT IS SO ORDERED.**

Dated: <u>April 10, 2024</u>

Brenda K. Sannes
Chief U.S. District Judge